UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE HM, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00946 ERW |
| ) | |
| CITY OF CREVE COEUR, MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion to Consolidate [docs. #17 and 21]. Plaintiff moves to consolidate this action with 4:07CV02116, an action currently pending before Judge Jackson. The Court heard arguments from the Parties on Plaintiff's first Motion to Consolidate on February 29, 2008. The Court learned that some of the Defendants in 4:07CV02116 had not yet been served, and ordered that Plaintiff's Motion be held in abeyance. Plaintiff has now filed a second Motion to Consolidate, and the Court heard arguments from the parties on this Motion on June 17, 2008.

"When actions involving a common question of law or fact are pending before the court . . . it may order all the actions consolidated." The Parties agree, and the Court finds, that both actions involve common questions of law and fact, and consolidation is appropriate. *See Equal Employment Opportunity Commission v. HBE Corp.*, 135 F.3d 543, 551 (8th Cir. 1998). There is no evidence that consolidation will lead "to inefficiency, inconvenience, or unfair prejudice to a party." *Id.* Rather, consolidation is in the interests of judicial economy and allows the avoidance of unnecessary cost and delay. Plaintiff's Motion to Consolidate will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions to Consolidate [doc. #17 and doc. #21] are **GRANTED.** Future pleadings shall be filed under Case No. 4:07CV00946 ERW, and Case No. 4:07CV02116 CEJ shall be administratively closed.

**IT IS FURTHER ORDERED** that any Defendant who has not yet filed an answer shall answer or otherwise respond to Plaintiff's Complaint by June 30, 2008. All deadlines set forth in the previously issued Case Management Order remain in effect.

Dated this 19th day of June, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE