Date/Time Printed: 03/31/2008 11:36:23 AM (CDT)
Printed By / Reason: #pezsl1 / PO McCormack

5-114684

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 5 - 114684 - ORIGINAL

### INVESTIGATIVE INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Offense | ATTEMPT SUICIDE | | |
| UCR Crime Code | ATTEMPTED SUICIDE | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | RADIO |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 3415 - THOMECZEK |
| Case Status | INACTIVE | Reporting Dept. | AFFTON PRECINCT |

**CAD Details**

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Received | 12/31/2005 13:03 SATURDAY | Nature | ATTEMPT SUICIDE |
| Date/Time Dispatch | 12/31/2005 13:05 SATURDAY | Date/Time Arrival | 12/31/2005 13:11 SATURDAY |
| Unit Num. | 1307 | COGIS | 3540 |
| PCT/Dist | AFFTON SOUTHWEST PRECINCT | Sector | 3 |

**Respond Location**

| Field | Value | Field | Value |
|---|---|---|---|
| Street Address | 4608 SKYRIDGE MEADOWS CT | Apt/Suite/Rm # | |
| City | SAINT LOUIS COUNTY | State | |
| Zip | | Location Desc. | |

**Caller Information**

| Field | Value | Field | Value |
|---|---|---|---|
| Caller Name | HICKEY, MONTE | | |
| Street Address | 4608 SKYRIDGE MEADOWS CT | Apt/Suite/Rm # | |
| City | | State | |
| Zip | | Location Desc. | |
| Area Code | | Phone # | |

**Occurrence Details**

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time From | 12/31/2005 13:00 SATURDAY | Date/Time To | |
| Premise | RESIDENCE | | |
| Street Address | 4608 SKYRIDGE MEADOWS CT | Apt/Suite/Rm # | |
| City | SAINT LOUIS COUNTY | State | |
| Zip | | Location Desc | |

**Burglary Details**

| Field | Value | Field | Value |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |

**Other Agency**

| Field | Value |
|---|---|
| Agency/Personnel | |

**Management**

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Entered | 12/31/2005 17:01 SATURDAY | Reviewed By | JOSEPH STOBIE |
| Entered By | LINDA MCCRADY | Approval Status | APPROVED |





Page 1 of 4

## VICTIM INFORMATION

**Victim Role(s)**

☑ Medical Assistance    ☐ Domestic Abuse    ☐ Will Prosecute

### Person Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | HICKEY | Middle Name | G |
| First Name | MONTGOMERY | Suffix Name | |
| SSN | ████2674 | Ethnicity | |
| License Number | | License State | |
| Race | WHITE | Occupation | POLICE OFFICER |
| Sex | MALE | Present/Last Employer | |
| DOB | ████/1972 | Marital Status | MARRIED |
| Age | 33 | Resident Status | RESIDENT |
| Person Code | ADULT | Birth Place | ILLINOIS |

**Additional Info**

### HOME Address

| Field | Value | Field | Value |
|---|---|---|---|
| Street Address | 4608 SKYRIDGE MEADOWS CT | Apt/Suite/Rm # | |
| City | ST. LOUIS | State | MISSOURI |
| Zip | 63128 | Location Desc. | |

### HOME Phone

| Field | Value | Field | Value |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 471-3372 | Ext. | |

**Email Address**

### Physical State/Emotions

Physical State
Emotions
Emotions Comments

### Medical Assistance

| Field | Value | Field | Value |
|---|---|---|---|
| | ☑ Next of Kin Notified | Notified By | PO THOMECZEK |
| | ☐ Paramedics On Scene | | |
| Injury Class | NOT APPARENT | | |
| Injury Description | THREATENED SUICIDE | | |
| Treatment Disposition | CONVEYED TO HOSPITAL | Conveyed To | ST. ANTHONY'S |
| Hospital Disposition | ADMITTED | Conveyed By | PO THOMECZEK |
| Physicians Name | | | |
| Diagnosis | PSYCHIATRIC EVALUATION | | |

Released Consent Signed

## ADDITIONAL PARTY INFORMATION

**Person Role(s)**    REPORTING PARTY

### Person Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | HICKEY | Middle Name | K |
| First Name | LISA | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | WHITE | Occupation | UNEMPLOYED |
| Sex | FEMALE | Present/Last Employer | |
| DOB | ████1969 | | |
| Age | 36 | Resident Status | RESIDENT |

**Additional Info**

### HOME Address

| Field | Value | Field | Value |
|---|---|---|---|
| Street Address | 4608 SKYRIDGE MEADOWS CT | Apt/Suite/Rm # | |
| City | ST. LOUIS | State | MISSOURI |
| Zip | 63128 | Location Desc. | |

### HOME Phone

| Field | Value | Field | Value |
|---|---|---|---|
| Area Code | 314 | Contact Name | |

| Phone # | 487-5472 | Ext. | |
|---|---|---|---|
| Email Address | | | |

### FIREARM #1 INFORMATION

| Owner Name | | | |
|---|---|---|---|
| Firearm Roles | SEIZED | | |

**Detail Info**

| Classification | PISTOL REVOLV | Firearm Action | SEMI-AUTOMATIC |
|---|---|---|---|
| Manufacturer | SIGSAUER | Model | P228 |
| Caliber | 9MM | Finish | BLUE STEEL |
| Serial Num. | B108882 | Total Length | |
| Barrel Length | 4.00 | Stock Material | |
| Firearm Value | | Recovered Value | |

Additional Info

### FIREARM #2 INFORMATION

| Owner Name | | | |
|---|---|---|---|
| Firearm Roles | SEIZED | | |

**Detail Info**

| Classification | PISTOL | Firearm Action | SEMI-AUTOMATIC |
|---|---|---|---|
| Manufacturer | WALTHER | Model | PPK |
| Caliber | .380 | Finish | STAINLESS STEEL |
| Serial Num. | 9206BAD | Total Length | |
| Barrel Length | 4.00 | Stock Material | |
| Firearm Value | | Recovered Value | |

Additional Info

### PROCEDURE INFORMATION

| | ☑ Neighborhood Canvassed | ☑ Send A Teletype | ☑ Was Any Evidence Seized |
|---|---|---|---|
| Teletype Message | SEIZED FIREARMS/G821299774/G131299827 | | |
| Teletype/Reference # | 538 | Entered By | 3525 |

### NARRATIVE

On the above date and time, I received a call of an attempt suicide at 4608 Skyridge Meadows Court. The reportee, Lisa Hickey, stated her husband, Monty Hickey, had said he was going to commit suicide. He had left the residence and was driving towards I-270 in a white Ford Explorer bearing MSL 520YLF.

While en route to the address, I observed the above vehicle, occupied by one white male, southbound on Highway 21 near Schuessler Road. I activated my emergency equipment, made a U-turn, and got behind the vehicle. The vehicle made a left turn from Highway 21 onto the parking lot of a medical center north of Bauer Road. The vehicle then abruptly made a U-turn and was facing the patrol vehicle. I ordered the driver to place his hands where I could see them and after several orders, he complied.

I then approached the vehicle, opened the driver's door, and ordered the driver out of the vehicle. He immediately told me that he was a police officer with Creve Coeur PD, and I told him I was already aware of that. I then asked him if he had any firearms on his person, and he indicated on the right side of his waistband. I then told him not to reach for the weapon, and I removed the weapon from a holster. I ejected the magazine and ejected a shell from the chamber. The weapon was identified as a Walther PPK, serial #9206BAD.

A short time later, PO Scott Venable, DSN 3559, arrived. While he watched M. Hickey, I checked the interior of the vehicle for any other weapons. Laying on the passenger seat, within easy reach of the driver, was found a Sigsauer 9mm, serial #B108882. This weapon was made safe by releasing the magazine and ejecting a shell from the chamber. The weapon was then placed in my patrol car. These two handguns were subsequently transported to the 3rd Precinct, where they were entered into evidence for safekeeping. They were entered into NCIC as weapons seized for safekeeping under teletype #538 by DSN 3525.

M. Hickey was handcuffed for his safety and the safety of other officers, placed in my patrol car, C325, and transported to St. Anthony's Medical Center, where I completed a 72 hour affidavit. He was subsequently transferred to the Hyland Center, where he was admitted as an inpatient for further observation.

Case: 4:07-cv-00946-ERW   Doc. #: 113-4   Filed: 07/31/09   Page: 4 of 8 PageID #: 915
Date/Time Printed: 07/23/2009 8:58:49 AM (CDT)
Printed By / Reason: #vivpl1 / cc
5-114684

I contacted Lisa Hickey. She told me her husband, M. Hickey, had been acting "weird" for about a week and had a high profile court case coming up in Illinois, which was stressing him out. She said M. Hickey came by her residence and told their three daughters "good bye" and that they would never see him again. He told Lisa H. that she would get all of the money and would be well taken care of.

Sergeant Lasater, DSN 1821, contacted Michael Hickey, Monty Hickey's brother. Michael said that for the past two weeks, his brother, Monty, had been making suicidal statements, such as he would "go out a hero," and he had thought about driving his car into a building.

I made contact with Monty Hickey's ex-girlfriend, Crystal Marshall. She said she had found a suicide note in Monty Hickey's apartment that said he had no reason to live and that he would take his own life. I had Crystal M. contact me at the Hyland Center, and at this time, she decided not to cooperate and refused to give me the alleged suicide note.

Nothing further at this time.

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 5 - 114684 - SUPPLEMENT #1

### INVESTIGATIVE INFORMATION

**Supplement Information**

| | |
|---|---|
| Current Case Status | INACTIVE |
| Date/Time Investigation | 04/10/2009 13:34 FRIDAY |
| Reclassified Description | |
| Orig. Offense | ATTEMPT SUICIDE |
| Orig. UCR Code | ATTEMPTED SUICIDE |
| Juris Reporting | SAINT LOUIS COUNTY |
| For Jurisdiction | SAINT LOUIS COUNTY |
| Call Received | RADIO |
| Reporting Officer | 3852 - KING |
| Reporting Dept. | CARE DAY WATCH |

**CAD Details**

| | |
|---|---|
| Date/Time Received | 12/31/2005 13:03 SATURDAY |
| Date/Time Dispatch | |
| Unit Num. | |
| PCT/Dist | AFFTON SOUTHWEST PRECINCT |
| Nature | ATTEMPT SUICIDE |
| Date/Time Arrival | |
| COGIS | 3540 |
| Sector | 3 |

**Respond Location**

| | |
|---|---|
| Street Address | 4608 SKYRIDGE MEADOWS CT |
| City | SAINT LOUIS COUNTY |
| Zip | |
| Apt/Suite/Rm # | |
| State | |
| Location Desc. | |

**Caller Information**

| | |
|---|---|
| Caller Name | HICKEY, MONTE |
| Street Address | 4608 SKYRIDGE MEADOWS CT |
| City | |
| Zip | |
| Area Code | |
| Apt/Suite/Rm # | |
| State | |
| Location Desc. | |
| Phone # | |

**Occurrence Details**

| | |
|---|---|
| Date/Time From | 12/31/2005 13:00 SATURDAY |
| Premise | RESIDENCE |
| Street Address | 4608 SKYRIDGE MEADOWS CT |
| City | SAINT LOUIS COUNTY |
| Zip | |
| Date/Time To | |
| Apt/Suite/Rm # | |
| State | |
| Location Desc | |

**Burglary Details**

| | |
|---|---|
| Entry Point | |
| Entry Method | |
| ☐ Visible Point of Entry? | |
| Weapon/Object Used | |
| Exit Point | |
| Tools Used | |

**Other Agency**

Agency/Personnel

**Management**

| | | | |
|---|---|---|---|
| Date/Time Entered | 04/10/2009 13:34 FRIDAY | Entered By | LAUREN KING |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | JUDY FITHIAN | DSN 2630 | 04/12/2009 10:23 SUNDAY |

Case: 4:07-cv-00946-ERW  Doc. #: 113-4  Filed: 07/31/09  Page: 6 of 8 PageID #: 917
Date/Time Printed: 07/23/2009 8:58:49 AM (CDT)
Printed By / Reason: #vivpl1 / cc
5-114684

## NARRATIVE

In conducting a record check on the serial number (B108882) for the above described Sig Sauer pistol, serial number B108882, no entry was located, therefore, no teletype number was assigned to cancel the entry per the request of Property Control Supervisor Fite.

# SAINT LOUIS COUNTY POLICE DEPARTMENT
# INVESTIGATIVE REPORT
# 5 - 114684 - SUPPLEMENT #2

## INVESTIGATIVE INFORMATION

### Supplement Information
| | |
|---|---|
| Current Case Status | INACTIVE |
| Date/Time Investigation | 04/10/2009 13:56 FRIDAY |
| Reclassified Description | |
| Orig. Offense | ATTEMPT SUICIDE |
| Orig. UCR Code | ATTEMPTED SUICIDE |
| Juris Reporting | SAINT LOUIS COUNTY |
| For Jurisdiction | SAINT LOUIS COUNTY |
| Call Received | RADIO |
| Reporting Officer | 3882 - WOOD |
| Reporting Dept. | CARE DAY WATCH |

### CAD Details
| | |
|---|---|
| Date/Time Received | 12/31/2005 13:03 SATURDAY |
| Date/Time Dispatch | |
| Unit Num. | |
| PCT/Dist | AFFTON SOUTHWEST PRECINCT |
| Nature | ATTEMPT SUICIDE |
| Date/Time Arrival | |
| COGIS | 3540 |
| Sector | 3 |

### Respond Location
| | |
|---|---|
| Street Address | 4608 SKYRIDGE MEADOWS CT |
| City | SAINT LOUIS COUNTY |
| Zip | |
| Apt/Suite/Rm # | |
| State | |
| Location Desc. | |

### Caller Information
| | |
|---|---|
| Caller Name | HICKEY, MONTE |
| Street Address | 4608 SKYRIDGE MEADOWS CT |
| City | |
| Zip | |
| Area Code | |
| Apt/Suite/Rm # | |
| State | |
| Location Desc. | |
| Phone # | |

### Occurrence Details
| | |
|---|---|
| Date/Time From | 12/31/2005 13:00 SATURDAY |
| Premise | RESIDENCE |
| Street Address | 4608 SKYRIDGE MEADOWS CT |
| City | SAINT LOUIS COUNTY |
| Zip | |
| Date/Time To | |
| Apt/Suite/Rm # | |
| State | |
| Location Desc | |

### Burglary Details
| | |
|---|---|
| Entry Point | |
| Entry Method | |
| ☐ Visible Point of Entry? | |
| Exit Point | |
| Tools Used | |

Weapon/Object Used

### Other Agency
Agency/Personnel

### Management
| | |
|---|---|
| Date/Time Entered | 04/10/2009 13:56 FRIDAY |
| Entered By | JULIA WOOD |

### Approval Record(s)
| | | |
|---|---|---|
| FINAL APPROVAL | JUDY FITHIAN | DSN 2630 | 04/12/2009 10:24 SUNDAY |

**NARRATIVE**

Notification was received from the Property Control Unit that the firearm identified as:

Walther
380 caliber
Serial #9206BAD

was released.

In conducting a record check on the serial number, no entry was located, therefore no teletype number was assigned.