COPY

IN THE MATTER OF:

RECEIVED

MAY 1 3 2009

COUNTY COUNSELOR

# John Doe HM
## vs.
# City of Creve Coeur, et al.

*Cause No. 4:07-CV-00946-ERW*

*Deposition of Shawn Hibbard*
*5/4/2009*

**Gore Perry Gateway Lipa Baker Dunn & Butz**
**Certified Court Reporters & Legal Videographers**
**1-800-878-6750**

,

DepoScript3



1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF MISSOURI

3                      EASTERN DIVISION

4

5

6

7       JOHN DOE HM, AN INDIVIDUAL,

8

9       Plaintiff,

10

11      vs.                     No. 4:07-CV-00946-ERW

12

13      CITY OF CREVE COEUR, ET AL.,

14

15      Defendants.

16

17

18          Deposition of SHAWN EDWARD HIBBARD, taken

19   on behalf of the Defendants at the County Government

20   Center, 41 South Central, 9th Floor, in the County of

21   St. Louis, State of Missouri, on the 4th day of May,

22   2009, before Christopher C. Wiegers, MO-CCR #848.

23

24

25

DepoScript3

APPEARANCES OF COUNSEL:


FOR THE PLAINTIFF:

    Rebecca M. Randles, Esq.

    RANDLES, MATA & BROWN, LLC

    406 West 34th Street, Suite 623

    Kansas City, Missouri 64111

    (816) 931-9901


FOR THE DEFENDANTS:

    Lorena Merklin von Kaenel, Esq.

    OFFICE OF THE COUNTY COUNSELOR

    County Government Center

    41 South Central, 9th Floor

    St. Louis, Missouri 63105

    (314) 615-7042



INDEX


                PAGE

Examination by Ms. von Kaenel        4

Examination by Ms. Randles       54

Further Examination by Ms. von Kaenel   55

1     SHAWN EDWARD HIBBARD,

2

3  Of lawful age, having been first duly sworn to

4 testify the truth, the whole truth, and nothing but

5 the truth in the case aforesaid, deposes and says in

6 reply to oral interrogatories propounded as follows:

7        EXAMINATION

8 BY MS. VON KAENEL:

9  Q: Mr. Hibbard, would you prefer Mr. Hibbard

10 or Shawn or --

11  A: Shawn is fine.

12  Q: Okay.  I don't want to be disrespectful.

13  A: That's fine.

14  Q: The court reporter is going to take down

15 your testimony today.  What I need you -- what we all

16 need you to do is to speak clearly.  Answer yes and

17 no rather than uh-huh or uh-uh, because he's trying

18 to take down words, of course.  And then I'll let you

19 finish your answers, and you have to let me finish my

20 questions, because he has to take down all of our

21 testimony.  And the same will take place with respect

22 to the phone questions.  It's going to be a little

23 harder on the phone, but we'll try to work it out.

24    Is there anything -- any kind of

25 medication you're taking or anything else that would

DepoScript3

1  prevent you from giving truthful testimony today?

2      A:  No.

3      Q:  Okay.  Have you ever given a deposition

4  before?

5      A:  No.

6      Q:  So this is your first?

7      A:  Yes.

8      Q:  Okay.  It will go pretty easy.  It's just

9  questions and answers.  If you don't understand

10  something that I say or you want me to repeat

11  something or elaborate on it, I'll be happy to do

12  so.  You just have to stop me and I'll do it.  Okay?

13      A:  Okay.

14      Q:  Will you please put your full name on the

15  record?

16      A:  Shawn Edward Hibbard.

17      Q:  And where do you live, Mr. Hibbard?

18      A:  11710 Fawn Ridge Drive, Des Peres,

19  Missouri.

20      Q:  Do you live at home alone or do you live

21  with someone?

22      A:  I just moved home with my parents.

23      Q:  What are their names?

24      A:  Paul and Cindy.

25      Q:  Same last name?

1      A:  Yes, Hibbard.

2      Q:  Okay.  And what do you do for a living,

3  sir?

4      A:  I work for Ultimate Acquisition Partners.

5      Q:  What do you do with them?

6      A:  Sales.

7      Q:  And what kind of products do you sell?

8      A:  Home electronics.

9      Q:  And what's the highest you've achieved in

10  education?

11      A:  Associate's.

12      Q:  Where did you get that?

13      A:  Actually, it's not technically my

14  Associate's.  I have more hours than I need for an

15  Associate's, but I actually don't have my Associate's

16  degree.

17      Q:  Where did you get that?

18      A:  Meramec Community College.

19      Q:  What degree was that, sir?

20      A:  It was just gen ed.

21      Q:  All right.  Tell me, are you -- you are

22  related to the plaintiff in this case, John Doe HM,

23  is that right?

24      A:  Yes.

25      Q:  How are you related to him?

1      A:   He's my uncle.

2      Q:   And he is -- he is your uncle on whose

3    side?  Your mother's side or your father's side?

4      A:   My mother's side.

5      Q:   And that would be Cindy Hibbard?

6      A:   Correct.

7         MS. RANDLES:  Hey Lorena, we've gotten

8    that much information concerning his relationship to

9    the plaintiff.  I would suggest that his name also be

10   Shawn Doe.

11        MS. VON KAENEL:  well -- I, mean, we can

12   talk about it.  I don't really see the importance

13   because I know it's about keeping your client's name

14   confidential, and this gentleman has a very different

15   last name than your client.

16        MS. RANDLES:  Yeah, but we just

17   established enough facts that someone could put it

18   together.

19        MS. VON KAENEL:  Okay.

20     Q:   (By Ms. Von Kaenel)  Do you have any

21   brothers and sisters?

22     A:   I have a younger sister.

23     Q:   Does she live here in St. Louis?

24     A:   Yes.

25     Q:   Does she live at home with you?

DepoScript3

1      A:   Yes.

2      Q:   Is she attending school now?

3      A:   No.  She graduated.

4      Q:   Okay.  And how would you describe your

5   relationship with John Doe HM?

6      A:   Probably more like a brother than an

7   uncle.

8      Q:   Why is that?  Are you close in age?

9      A:   Yes.

10      Q:   How close in age are you?

11      A:   Five years.

12      Q:   And do you see him often?

13      A:   Yes.

14      Q:   How often do you get to see him?

15      A:   I mean --

16      Q:   Is it once a week?

17      A:   I mean -- yeah, it might be four times one

18   week, and then we don't see each other for three or

19   four weeks.

20      Q:   Do you talk on the phone often?

21      A:   Yeah, a couple times a week.

22      Q:   Okay.  Would you do me a favor?  Would you

23   please tell me what cell phone number you had on

24   12/31/2005?

25      A:   I can't.  I wish I could.  I actually

1   name?

2       A:   It should have been in mine.

3       Q:   And you spell Shawn S-h-a-w-n?

4       A:   Yes.

5       Q:   And you spell Hibbard with two Bs?

6       A:   Yes.

7       Q:   Okay.  And where did you live -- do you

8   remember where you lived on 12/31/2005?

9       A:   Back home with my parents.

10       Q:   Was there a time when you moved away from

11   living with your parents?

12       A:   Actually, yes.

13       Q:   When was that?

14       A:   I'm trying to remember exact dates.  For a

15   few months I lived in Bonhomme Village, and that

16   would have been just prior to the incidents.

17       Q:   So just before 12/31/2005?

18       A:   I believe I moved out of there in

19   September.  I can't be positive, but it was a couple

20   of months prior.

21       Q:   Okay.  And then you moved home with your

22   parents after that?

23       A:   Yes.

24       Q:   And then did you have -- was there an

25   occasion where you moved out after 12/31/2005?

11

1    A:   I'm trying to think when all that was --

2    Q:   I know it's a long time.

3    A:   I've mostly lived with my parents, but for

4    a while I was living in the apartment on Bonhomme,

5    and then I was living with a buddy of mine, Matt,

6    while I was doing some construction work.

7    Q:   Would this have been -- if you remember,

8    would this have been after the incidents?

9    A:   Yes.

10   Q:   Otherwise, other than living in Bonhomme

11   and living with your friend, Matt, you've lived at

12   home with your parents?

13   A:   Yes.

14   Q:   Did your parents -- have they had that

15   same land line?

16   A:   Yes.

17   Q:   What number is that?

18   A:   (314) 822-1032.

19   Q:   And is that in your parents' name?

20   A:   Yes.

21   Q:   Is it in both Cindy and Paul Hibbard's

22   name or just one of them?

23   A:   I don't know.

24   Q:   Are you -- so we talked about how --

25   briefly what your relationship is with John Doe HM.

12

1    Did you two talk about his sexual abuse lawsuit?  Did

2    you know about his sexual abuse lawsuit?

3        A:   No.

4        Q:   Did you know about the sexual abuse he

5    underwent as a child?

6        A:   No.

7        Q:   He didn't talk to you about that?

8        A:   No.

9        Q:   So he didn't talk to you about the sexual

10   abuse, is that right?

11       A:   That's correct.

12       Q:   And he didn't talk to you about the sexual

13   abuse lawsuit he had when he was a victim?

14       A:   He never ever told me anything about it.

15       Q:   Okay.  Did he talk to you about his

16   separation from his wife?

17       A:   Yes.

18       Q:   Do you know when that occurred?

19       A:   No.  Not date-wise.

20       Q:   Do you know roughly when they separated?

21       A:   I really don't.

22       Q:   What did he tell you about the separation

23   from his wife?

24       A:   Really that it was just best for everyone

25   at that given point in time.

DepoScript3

13

1     Q:  That's all he said about the separation?

2     A:  Yes.

3     Q:  Did he talk to you about his divorce from

4 his wife?

5     A:  Vaguely.

6     Q:  What did he say about that, sir?

7     A:  Just that they were contemplating it.

8     Q:  Did you know that they filed?

9     A:  I did not.

10    Q:  Okay.  And did you know his -- did you

11 know his girlfriend, Crystal Marshal?

12    A:  Yes.

13    Q:  How do you know her?

14    A:  Through John Doe HM.

15    Q:  When did you meet her?

16    A:  I don't have an exact date for you.  I

17 couldn't tell you.

18    Q:  Well, was it prior to 12/31/2005?

19    A:  Yes.

20    Q:  Was it a like a year before or less or

21 more, if you can remember?

22    A:  I don't know.  Eight months, maybe.  I

23 honestly couldn't really give you an exact time

24 frame.

25    Q:  And what did you -- did you meet her in

DepoScript3

```
 1    person?

 2        A:   Yes.

 3        Q:   And did you do things with them?

 4        A:   Yes.

 5        Q:   What kind of things did you do with them?

 6        A:   We would -- we went and saw bands

 7    together.

 8        Q:   What do you mean by that?  Like concert

 9    bands?

10        A:   Yeah, concert bands.

11        Q:   Like rock-n-roll bands?

12        A:   Well, cover bands at like West Port

13    Plaza.  We did barbecues, things like that.

14        Q:   Did you go out to dinner?

15        A:   Yeah, we had dinner a few times.

16        Q:   So before 12/31/2005, you had a few

17    dinners, you went to barbecues, and you saw some

18    cover bands at West Port Plaza.  Anything else you

19    guys did together?

20        A:   Maybe we did, but I -- as far as I can

21    remember, those are just the few things that stick

22    out.

23        Q:   So were there other times that you just

24    hung out socially?

25        A:   Yeah.  That was the whole barbecue thing,
```

DepoScript3

1   that type of stuff.

2        Q:   Did you know her son?

3        A:   Yes.

4        Q:   How did you know her son?

5        A:   I just met him from her and him being

6   around.

7        Q:   Okay.

8        A:   Obviously she's going to bring her child

9   where she goes.

10       Q:   How would you describe John Doe HM and

11  Crystal Marshal's relationship?

12       A:   I mean, pretty basic relationship.

13       Q:   What does that mean, sir, to you?

14       A:   I mean, it was just a relationship.  They

15  were together most of the time.  They weren't, you

16  know, having to be responsible for their lives,

17  obviously their jobs, things like that.  They seemed

18  to get along pretty well.  I mean, I never really --

19  I've never seen them really argue or anything like

20  that.  I mean, John Doe HM is not really the

21  argumentive type.  They seemed to be decent, I

22  guess.

23       Q:   Would you describe them as in love?

24       A:   In lust, maybe, to be honest with you.

25       Q:   Fair enough.  It's your description, sir.

1          Did you have -- did you ever talk to her

2    on the phone?

3        A:   Yes.

4        Q:   Did you ever call her?

5        A:   I think I have, yeah.

6        Q:   Did she ever call you?

7        A:   Yes.

8        Q:   Did you talk -- did you and Crystal

9    Marshal talk often?

10       A:   No, not -- unless it was in regards to

11   John Doe HM, we didn't speak.

12       Q:   What were you doing at the time, sir,

13   around 12/31 of '05?  What was your profession at

14   that time?

15       A:   I want to say that's when I was in the

16   carpenter's union, I believe, but I cannot be

17   positive about that.  I've had many jobs.

18       Q:   Okay.  And did John Doe HM talk to you

19   about going to a psychiatrist?

20       A:   About me going?

21       Q:   No.  I'm sorry.  Did John Doe HM talk to

22   you about his going to a psychiatrist?

23       A:   No.

24       Q:   Did John Doe HM talk to you about being on

25   Zoloft?

1     A:  No.

2     Q:  Did he talk to you about an affair he had

3  with a Becky?

4     A:  No.

5       MS. RANDLES:  I object.  That

6  mischaracterizes prior testimony.

7     Q:  (By Ms. Von Kaenel)  And your answer was

8  no, sir?

9     A:  Yeah.  I've never heard of Becky.

10    Q:  Did he talk to you about a relationship he

11  had with Grace Jones?

12    A:  No.

13      MS. RANDLES:  Same objection.

14    Q:  (By Ms. Von Kaenel)  What was your

15  understanding of John Doe HM's relationship with his

16  mother?

17    A:  What was my understanding of it?

18    Q:  Yes.  Was he close to her?  How would you

19  describe that relationship?

20    A:  Well, she passed away when he was very

21  young, so unfortunately he probably didn't get a

22  chance to establish much of a relationship with his

23  mom.

24    Q:  Well, is that what he told you?

25    A:  No.  That's my -- you know, that's my

DepoScript3

1    assumption.

2        Q:   What did he tell you about his mother?

3        A:   He didn't really tell me anything.

4        Q:   So you guys didn't talk about that?

5        A:   No.

6        Q:   Do you know what Castle Ranch is?

7        A:   No.

8        Q:   Did John Doe HM ever talk about Castle

9    Ranch?

10       A:   I don't believe so.

11       Q:   Did he ever talk to you about Our Lady of

12   Snows?

13       A:   The Shrine?

14       Q:   Yes.

15       A:   Yes.

16       Q:   What did he say about that?

17       A:   Well, we would just talk about it because

18   that's where we would spend our Christmases.

19       Q:   What do you mean you would spend your

20   Christmases?

21       A:   That's where we all had family Christmas

22   together.  That's where we all had dinner.

23       Q:   When did you do that?

24       A:   I was very young.  Probably every year.

25   Regrettably, every year.

19

```
 1        Q:   Why is that?

 2        A:   It was -- the food was terrible.  That was

 3   until I was probably, I want to say, 10 or 11,

 4   something like that.  I can't be sure.

 5        Q:   Until you were 10 or 11?

 6        A:   Correct.

 7        Q:   What part of the family would go to Our

 8   Lady of Snows?

 9        A:   Just John Doe HM's side, my mother's

10   side.  And then obviously their spouses.

11        Q:   Would it be family members from out of

12   town that would come in for that?

13        A:   Yeah, sometimes if they could, I'm sure.

14        Q:   Would it be your mother's father or John

15   Doe HM's father would come?

16        A:   Well, sure.  It was his idea.

17        Q:   It was the father's idea?

18        A:   Yeah.  He loved the place.

19        Q:   What is his name, sir?

20        A:   Ed.

21        Q:   So Ed Doe?

22        A:   Yes.

23        Q:   So it was his idea to have Christmas

24   dinners there?

25        A:   Yes.
```

DepoScript3

1      Q:   To your mind, they ended when you were

2   about 11?

3      A:   Yeah, as far as I can remember.

4      Q:   Do you know why they ended?

5      A:   I couldn't tell you.  Probably because the

6   food's terrible.

7      Q:   Where did you have Christmas dinners after

8   that?

9      A:   It was just -- it just depends.  A lot of

10   them actually would end up at my parents' house.  We

11   typically host a lot of the Christmases.

12      Q:   Did you host the Christmas of 12/25/2005,

13   do you know?

14      A:   Yes.

15      Q:   Who was there?

16      A:   I mean, just family.

17      Q:   Well, could you tell me who they are?  Can

18   you identify your family for me that was there?

19      A:   Obviously my mom, my dad, me, my sister,

20   and the Jacksons were there.

21      Q:   Is that Sharon Jackson?

22      A:   Yes.

23      Q:   What's her husband's name?

24      A:   Tom.

25      Q:   Was John Doe HM there?

1      A:   I'm trying to remember.  I don't think

2   that he was.

3      Q:   Okay.  It may sound like a different

4   question, but was Crystal Marshal there?

5      A:   I don't recall.

6      Q:   Okay.  Was your mother's brother, Mark Doe

7   there?

8      A:   No.

9      Q:   Where does he live?

10      A:   At the time or now?

11      Q:   At the time, sir.

12      A:   Scottsdale, Arizona.  That's why I know he

13   wasn't there, because I left the next day to go out

14   there.

15      Q:   Meaning you left on 12/26/05?

16      A:   Yes.

17      Q:   Why did you go to Scottsdale?

18      A:   Just to visit.

19      Q:   Anything particular or just a regular

20   social visit?

21      A:   Well, it was kind of -- my grandfather was

22   out there.  Mark's out there.  Shelly and Jerry were

23   out there.  Their family's out there.  I hadn't seen

24   them in a while.  It was one of the things that I

25   wanted to do as far as Christmas.  So I went out

1    there to get away and to visit them.

2         Q:   Okay.  Was Michael Doe at that Christmas

3    on 12/25/2005, do you remember?

4         A:   I don't remember if that was the one or

5    not.

6         Q:   Do you know where he lived at that time?

7         A:   Seattle.

8         Q:   Does he still live there, sir?

9         A:   Yes.

10        Q:   What is Mark Doe's wife's name?

11        A:   He is not married.

12        Q:   He's not married?

13        A:   No.

14        Q:   And what is Michael Doe's wife's name?

15        A:   Mona.

16        Q:   Prior to that Christmas of 12/25/05, was

17   John Doe HM and Crystal Marshal still together, as

18   far as you knew?

19        A:   As far as I knew, yes.

20        Q:   Is there a time that you know -- At the

21   time -- was there a time after that Christmas that

22   they had broken up?

23        A:   I'm sorry?

24        Q:   I'm sorry if that's confusing.  After

25   12/25/2005, did you come to know if they broke up or

1    not?

2        A:   At any date in time after --

3        Q:   Well, just after that.  Is there any time

4    after that.  The next time after 12/25/2005.

5        A:   Well, sure.  I mean, they're not together

6    now.

7        Q:   I understand.  After that Christmas -- did

8    they break up after that Christmas some time?

9        A:   Sure.

10       Q:   When was that?

11       A:   I don't know.

12       Q:   Okay.  I'm going to take your attention to

13   12/31/05.  Did you come to know on that date that

14   John Doe HM was taken to St. Anthony's?  Is that what

15   you associate 12/31/05 with, that he went to

16   St. Anthony's?

17       A:   Yeah.  I mean, I was aware of it after the

18   fact.

19       Q:   Okay.  Tell me what you were aware -- what

20   was the first thing in relation to -- if you can

21   remember on that date, 12/31/05.  So it's New Year's

22   Eve.  What was your first contact with John Doe HM or

23   about John Doe HM that day, if you remember?

24       A:   Well, the first thing, which, I guess

25   put -- that pretty much put everything in motion that

DepoScript3

1    day was a discussion with Crystal about John Doe HM

2    being suicidal.

3        Q:   And I'm going to stop you there.  Are you

4    in St. Louis at the time or are you still in Arizona?

5        A:   I'm in Arizona.

6        Q:   Okay.  And is that a discussion you have

7    with her?

8        A:   It was on the telephone.

9        Q:   But it's a discussion you had with her?

10        A:   Correct.

11        Q:   And who called whom?

12        A:   I want to say that she called me looking

13    for John Doe HM, but I cannot be 100 percent positive

14    on that.

15        Q:   Do you know why she would have called you

16    looking for John Doe HM?

17        A:   I remember her being upset.

18        Q:   What did she say that made you think she

19    was upset?

20        A:   Well, I could just hear it in her voice.

21    She was looking for him.  She was trying to find

22    where he was.  Obviously she didn't know that I was

23    in Arizona because she was wondering if I was with

24    him.  When the conversation unfolded, she basically

25    explained to me that he's -- he was going to hurt

1    himself.

2        Q:   And this is all taking place in one

3    conversation?

4        A:   Yes.

5        Q:   Okay.  And what did she say about that?

6        A:   I mean, basically -- I mean, in a

7    nutshell, that he's suicidal.

8        Q:   I understand the nutshell, but can you

9    give me some -- can you elaborate a little bit more

10   on that, sir?

11       A:   Well, she explained to me that she had a

12   note in reference to ending his life.

13       Q:   And she sounded worried?

14       A:   She sounded pretty distressed.

15       Q:   Was she crying?

16       A:   I don't know that for sure.

17       Q:   Okay.  What else did she say about John

18   Doe HM or the suicide or the note?

19       A:   I really -- that's the biggest thing that

20   really stuck out.  That's really what -- obviously

21   that's kind of a big deal.  I mean, that's pretty

22   much what I remember more than anything.  I'm sure

23   there was a lot of other -- I couldn't even tell

24   you.

25       Q:   Had you gotten any phone calls prior to

26

1    this phone call with Crystal Marshal from any of your

2    family members regarding John Doe HM?

3        A:   No.

4        Q:   And did you talk to anybody in Arizona

5    while you were there about John Doe HM that day

6    before this phone call?

7        A:   Before the phone call?

8        Q:   Yes, sir.

9        A:   No.

10       Q:   Did you talk to your mother before this

11   phone call?

12       A:   Not about John Doe HM.

13       Q:   What did you talk to your mother about?

14       A:   Arizona's fun.  I mean, nothing pertaining

15   to John Doe HM or any type of --

16       Q:   Or Crystal?

17       A:   Right.  Exactly.

18       Q:   So the first call you had that has to do

19   with John Doe HM is this phone call you get from

20   Crystal Marshal, is that correct?

21       A:   Say that one more time.

22       Q:   The first phone call that you get that day

23   on 12/31/05 with respect to John Doe HM is this phone

24   call that you get from Crystal Marshal, is that

25   right?

DepoScript3

1    A:   Correct.

2    Q:   What's the next thing you do, sir?

3    A:   Well, I tell Mark.  Mark was standing

4  right next to me.

5    Q:   So Mark Doe?

6    A:   Yes.

7    Q:   And what do you tell him?

8    A:   I was staying with Mark.  I was staying at

9  his condo.  Obviously, after the phone call, I

10  explained to him that you know, I just got a phone

11  call from Crystal and this is what's going on.  That

12  kind of set the wheels in motion.

13    Q:   And she had called you before -- prior to

14  this day, you talked to each other on the phone?

15    A:   Sure.

16    Q:   So you tell Mark -- you explained to him

17  what she tells you, and you say to Mark what exactly,

18  if you can remember?

19    A:   I can't be exact.

20    Q:   Do you tell him that she's distressed?

21    A:   Sure.  I mean, there was definitely

22  conversation about Crystal being upset.

23    Q:   Do you tell him that she talks about the

24  suicide note?

25    A:   Yes.

DepoScript3

1  Q:  Do you tell Mark that she's -- that
2  Crystal Marshal says John Doe HM is suicidal?

3  A:  Yes.

4  Q:  Is there anything else you tell him that
5  you can remember?

6  A:  It was so long ago.

7  Q:  I know.

8  A:  That's really the only thing.  I mean --

9  Q:  And I appreciate you -- I know it's hard
10  to remember everything, and I appreciate you trying.
11  How did you feel after Crystal Marshal told you this?

12  A:  Scared.

13  Q:  Okay.  And how -- what was Mark's
14  reaction?

15  A:  I mean, I'm sure equally -- you know, his
16  reaction was obviously surprised and I guess
17  shocked.

18  Q:  What's the next thing either of you do,
19  either you or Mark?

20  A:  I believe Mark called Shelly.

21  Q:  And are you there while he's talking to
22  Shelly?

23  A:  Yeah.  Actually, I think we tried calling
24  John Doe HM first.

25  Q:  Who tried, sir?

DepoScript3

1      A:   I did.

2      Q:   Okay.

3      A:   But his phone -- it kept going straight to

4  voice mail.

5      Q:   Okay.

6      A:   That's why --

7      Q:   Can I ask you -- do you remember what time

8  this was during the day?

9      A:   It was bright outside.  I remember it

10  being bright and hot.

11     Q:   Isn't that Arizona all of the time?

12     A:   Yes.

13     Q:   Was it in the morning?  Was it in the

14  afternoon?

15     A:   I would say it was early afternoon, if I

16  had to guess.

17     Q:   Okay.  Early afternoon Arizona time or

18  early afternoon St. Louis time?

19     A:   Probably Arizona time.

20     Q:   Okay.  And Arizona is how many hours

21  behind St. Louis?

22     A:   I don't remember.  I thought it was just

23  one, but I can't remember.

24     Q:   Okay.  So you try to call John Doe HM.

25  Does Mark try to call John Doe HM?

DepoScript3

30

1    A:   I don't believe so.

2    Q:   And you said Mark calls Shelly?

3    A:   Yes.

4    Q:   Are you present for that conversation?

5    A:   Yes.

6    Q:   What does Mark tell Shelly?

7    A:   He explains to her that I just received a

8  phone call from Crystal in regards to John Doe HM

9  possibly hurting himself.

10   Q:   So you said -- and if I'm incorrect,

11 please correct me.  So Mark tells Shelly -- he

12 explains that you just spoke to Crystal Marshal.  Do

13 they know Crystal Marshal, Mark and Shelly?

14   A:   I don't know.

15   Q:   Okay.  He talks about John Doe HM hurting

16 himself.  He tells Shelly that -- you tell me what he

17 tells Shelly.

18   A:   He explains to Shelly that I, Shawn, just

19 received a phone call from Crystal explaining to me

20 that she is under the impression that John Doe HM is

21 going to hurt himself.

22   Q:   Anything else he tells Shelly that you

23 remember?

24   A:   Not that I remember.

25   Q:   So what's the next thing that happens that

DepoScript3

1   you know?

2       A:   I mean, pretty much after that I didn't

3   really know what was going on until after I heard

4   about it weeks later.

5       Q:   So after this phone call from Mark to

6   Shelly, there's nothing else you find out about with

7   respect to John Doe HM for weeks?

8       A:   Yeah.  I mean, it wasn't the same day.  It

9   was later on.  It was not on December 31st.

10      Q:   So with respect to December 31st, this is

11  everything that happens that day that has to do with

12  Crystal Marshal, John Doe HM, and his going to

13  St. Anthony's?  Is that everything that you know for

14  that day?

15          MS. RANDLES:  You mean that he knew at the

16  time?

17          MS. VON KAENEL:  Yeah, at the time.

18      A:   I mean, that's --

19      Q:   (By Ms. Von Kaenel)  And I know you find

20  out more later.

21      A:   Right.  That's --

22      Q:   I'm just trying to get to that day.

23      A:   Right.  I'm just trying to separate what I

24  found out later from that day, because --

25      Q:   And I appreciate that.

DepoScript3

1    A:   -- typically -- you know, after -- I mean,

2    Mark and Shelly pretty much took over from there.  So

3    I -- it was -- unfortunately, since I was in Arizona,

4    there wasn't a whole lot I could do for John Doe HM.

5    Q:   Do you know what Mark and Shelly did to --

6    you said they took over from there.  Do you know what

7    they did?

8    A:   They were just very assertive as far as

9    trying to find him.  They wanted to obviously look

10   out for his best interests and make sure that -- you

11   know, we were all led to believe that he was out to

12   hurt himself.  So everybody was doing everything they

13   could to find him and give him any type of help that

14   he needed.

15   Q:   So Mark and Shelly did most of the -- did

16   all of the phone calling -- you didn't make anymore

17   phone calls with respect to this that day?

18   A:   No.

19   Q:   Do you remember if you made any the next

20   day?  It would be New Year's Day.

21   A:   Not to my knowledge.  I mean, not that I

22   can remember.

23   Q:   All right.  So you then -- what did you

24   learn about what happened on 12/31/05?  When did you

25   learn that?

1    A:   I don't have the exact date.

2    Q:   A couple days later or a couple weeks

3  later?

4    A:   Yeah, I would say around a week or two

5  later.  Obviously I'm -- because of this I'm finding

6  out even more stuff.

7    Q:   So about a week or two later you find out

8  more information about what happened that day, is

9  that right?

10    A:   That sounds about right.

11    Q:   You tell me what you found out.

12    A:   Well, I found out that he went to

13  St. Anthony's.  I didn't find out that day.  I found

14  out that he and Crystal were actually broken up,

15  which I did not know.  I found out that that was

16  never his intent whatsoever to hurt himself or harm

17  himself in any way, shape, or form.

18    Q:   And why don't we start with the first

19  thing you told me.  You found out he went to

20  St. Anthony's?

21    A:   Yes.

22    Q:   What did you find out about that

23  particular detail?

24    A:   Just that he was admitted to

25  St. Anthony's.

DepoScript3

34

1      Q:   Nothing else?

2      A:   No.

3      Q:   Who told you that?

4      A:   I honestly believe that I overheard it in

5  a conversation.  It wasn't actually directly spoken

6  to me about it.

7      Q:   Did you -- have you subsequently had any

8  conversations with anybody with respect to his

9  admission to St. Anthony's?

10     A:   No.

11     Q:   So you haven't talked to John Doe HM about

12  it?

13     A:   No.

14     Q:   You haven't talked to your mom about it?

15     A:   No.  I mean, other than the fact that he

16  was admitted to St. Anthony's, that's it.

17     Q:   That's all you know?

18     A:   Yes.

19     Q:   Is there anything else you -- I know we

20  talked about St. Anthony's.  Do you know anything

21  with respect to either Hyland Center or anything else

22  that happened on 12/31/05 with respect to John Doe

23  HM?

24     A:   No.

25     Q:   So you said you found out that John Doe HM

1   and Crystal were broken up.  Who did you find that

2   out from?

3       A:   That I don't know.

4       Q:   Okay.  And then you found out that he had

5   no -- you said he had no intention to hurt himself.

6   Who did you find that out from?

7       A:   The first person I found that out from, I

8   believe -- I'm pretty sure Mark was the first

9   person.

10      Q:   What did he say?

11      A:   Well, we were all pretty surprised just

12  by -- you know, when you're told that a family member

13  has written a note of suicidal tendencies, your first

14  inclination is worry and okay, how can we help them.

15  But if you know John Doe HM like our family knows

16  John Doe HM, it was even a bigger surprise because

17  John Doe HM doesn't -- he's not that way.  He's

18  not -- he wouldn't -- it's just very, very out of

19  character.

20      Q:   Meaning that's not what he did -- he

21  never -- he never said that to you?

22      A:   Oh, my gosh, no.

23      Q:   Okay.  So that's why it was out of

24  character?

25      A:   Yeah.  It was just very odd.

1      MS. RANDLES:  Objection.  That

2  mischaracterizes his testimony and puts words in his

3  mouth.

4      Q:  (By Ms. Von Kaenel)  So who did you -- you

5  said you found that out from Mark.  Did you find that

6  out from anybody else, sir?

7      A:  I believe the first person I heard it from

8  was Mark, and then my mother also explained it to me.

9      Q:  What did she explain to you?  This is

10  Cindy Hibbard, correct?

11      A:  Correct.  Just what had happened.  Just

12  the circumstances.

13      Q:  What did she tell you, if you remember?

14      A:  In regards to which part?

15      Q:  In regards to either -- any about John Doe

16  HM and this incident.

17      A:  Just that he was admitted to

18  St. Anthony's.  I'm trying to think.  I mean, that

19  was all -- I mean, it was just basic conversation of

20  everyone trying to catch up on what was going on.  So

21  I really don't know who said what first.

22      Q:  Well, I guess I just want to know what you

23  know and who said it to you.

24      A:  Yeah.  I mean, it's --

25      Q:  So as best you can, sir.

DepoScript3

37

1     A:   So in conversation -- in regards to him

2   being admitted to St. Anthony's, I heard it from

3   Mark.  I heard my mother talking about it.  I've

4   heard -- but typically, it was all indirect

5   conversation.

6     Q:   Did you ever talk to John Doe HM about

7   it?

8     A:   No.

9     Q:   Why not?

10     A:   That's not like John Doe HM.  He just

11   doesn't talk about things like that.

12     Q:   Okay.

13     A:   It's his own personal life, and he keeps

14   it separate.

15     Q:   So you guys don't talk about very personal

16   things?

17     A:   Well, sure.

18     Q:   Well, I'm just trying to get an

19   understanding.

20     A:   Sure, we talk about personal things.

21     Q:   But you just didn't talk about this

22   personal thing?

23     A:   Correct.

24     Q:   Okay.  You stated that you found out about

25   his being at St. Anthony's from Mark, from Cindy, and

DepoScript3

38

1   from indirect conversations.  Was it all with family,

2   those indirect conversations?

3       A:  Yes.

4       Q:  Anybody else outside of the family?

5       A:  No.

6       Q:  Did you ever talk to his wife?

7       A:  No.

8       Q:  Where were you the next day, 1/1/06?  Were

9   you still in Arizona?

10      A:  Yes.

11      Q:  And what -- is that the only conversation

12  you had with Crystal Marshal on 12/31/05 is the

13  conversation you just described for us?

14      A:  I believe so.  I'm not 100 percent

15  positive, though.

16      Q:  Do you remember having another

17  conversation with Crystal Marshal?

18      A:  I do not.

19      Q:  So after this conversation where she

20  describes a suicide note and you stated -- you

21  described her as being distressed, you had no other

22  conversations with her?

23      A:  I don't remember.  I don't recall.

24      Q:  Okay.  So that would have been your last

25  conversation you had with her, to your memory?

DepoScript3

1      A:   I don't remember.

2      Q:   Okay.  Did you ever see her -- not talk to

3   her on the phone, but did you ever see her socially

4   after that?

5      A:   No.

6      Q:   Did you ever see her not socially?  Did

7   you ever see her at all?

8      A:   No.

9      Q:   Did you come to find out that John Doe HM

10   was terminated by the Creve Coeur Police Department?

11      A:   Yes.

12      Q:   Who did you find that out from?

13      A:   I believe from John Doe HM.

14      Q:   What did he say about it?

15      A:   I remember him being upset that he lost

16   his job over this whole -- obviously this whole

17   issue, this whole circumstance, this whole situation.

18      Q:   Did he say anything else other than he was

19   upset about losing his job?  Do you remember anything

20   specifically that he said?

21      A:   I remember him being upset that it was out

22   of his control as to how he lost his job.

23      Q:   What do you -- do you know what -- did he

24   elaborate on that?

25      A:   Well, being that it wasn't something that

DepoScript3

1  he was directly responsible for, he felt -- I don't

2  know how he felt because I don't know how John Doe HM

3  was feeling, but if I was in his shoes, I would have

4  felt totally ripped off.

5      Q:  What did he tell you he felt?

6      A:  Well, he was upset.  He took a lot of

7  pride in being an officer.

8      Q:  Did he tell you about -- did he talk to

9  you about Chief Beardsly, his boss at the time?

10     A:  No.

11     Q:  Did he talk to you about the St. Louis

12 County Police Officers that took him to

13 St. Anthony's?

14     A:  No.

15     Q:  Did he talk to you about his actual stay

16 either in St. Anthony's, the emergency room, or in

17 Hyland?  Did he talk about that?

18     A:  No.

19     Q:  No?

20     A:  No.

21     Q:  Is that everything that he told you about

22 him losing his job?

23     A:  As far as I can remember.

24     Q:  Okay.  Are you familiar with John Doe HM's

25 employment after Creve Coeur?  Do you know where he

DepoScript3

1    worked after he was terminated from Creve Coeur?

2        A:   No.  I'm trying to think.  No.

3        Q:   Do you know if he's employed now?

4        A:   I don't know.  Is that bad?

5        Q:   Have you had any conversations with

6    anybody with St. Louis County with respect to these

7    events?  Any conversations with any police officers?

8        A:   No.

9        Q:   Did you have any conversations with

10   anybody connected to Creve Coeur with respect to

11   these events?

12       A:   No.

13       Q:   When is the last time you talked to

14   someone about these events of 12/31 of '05 and 1/1 of

15   '06?

16       A:   The last time?

17       Q:   Yes.

18       A:   I have no idea.

19       Q:   And other than talking to John Doe HM

20   about his termination -- and that came out of these

21   events.  For purposes of the question, that's part of

22   the events.  The events are essentially 12/31/05,

23   1/1/06, and then, for the record, I'll tell you he

24   was terminated on 1/4/06.  We'll call that the

25   incident.  So you've talked about talking to John Doe

DepoScript3

1    HM and John Doe HM losing his job.  Is there anything

2    else with respect to these events that you've talked

3    to John Doe HM about?

4        A:   I mean, not that I really can recall.  It

5    was kind of -- the whole situation is kind of one of

6    those things that no one really wants to talk about.

7        Q:   I understand.  And when was -- when was

8    the last time you talked to him about this?

9        A:   It had to be sometime around then.

10       Q:   So the last time you talked to John Doe HM

11   about this was in 2006?

12       A:   About what?

13       Q:   About any part of these events?

14       A:   Yeah.  I mean, there might have been

15   conversation as far as -- more recent conversation as

16   far as him wanting -- you know, wishing that he could

17   still be an officer.  Other than that -- I mean, this

18   is kind of something that I think everyone wants to

19   forget about.

20       Q:   Did you have any conversations with him

21   about Crystal Marshal?

22       A:   No.

23       Q:   Any conversations with him about Crystal

24   Marshal after these events?

25       A:   Not that I recall.

DepoScript3

43

1     Q:  Okay.  Did you talk to anybody else with

2  respect to John Doe HM's termination other than with

3  John Doe HM?

4     A:  No.

5     Q:  So you haven't talked to your mother about

6  it --

7     A:  No.

8     Q:  -- or your father or your sister?

9     A:  No.

10     Q:  What about with Mark or Michael Doe?

11     A:  No, just John Doe HM.

12     Q:  Okay.  And are you familiar with -- are

13  you familiar at the time -- I'm going to take you

14  back to 12/31/05.  Are you familiar with what

15  telephone number your mother had other than her land

16  line?  Did she have a cell phone at that time?

17     A:  Yeah.  I want to say it's the same

18  number.  It's (314) --

19     Q:  You mean her land line?

20     A:  No, her cell phone.

21     Q:  Oh, her cell phone.  Okay.

22     A:  -- 956-0044, I believe.

23     Q:  Do you remember your dad's?

24     A:  Not off the top of my head.

25     Q:  Are you familiar with Mark Doe's cell

DepoScript3

44

1   phone number?

2     A:  No.

3     Q:  How about his land line?

4     A:  No.

5     Q:  Are you familiar with Michael Doe's cell

6   phone number or land line?

7     A:  No.  It's a digital age.  It's all

8   stored.

9     Q:  Yeah, I understand that.  Well, is it in

10  your phone today?

11     A:  No.  Otherwise, I would get it for you.

12     Q:  So you don't keep Mark Doe and Michael

13  Doe's phone numbers in your cell phone?

14     A:  No.

15     Q:  You don't keep Paul Hibbard's cell phone

16  number in your phone?

17     A:  No.  Just my mom's.

18     Q:  That's a trim list.

19     A:  My dad doesn't turn his phone on unless he

20  has to use it, so --

21     Q:  Okay.  And just to recap, you have not had

22  another conversation or met with Crystal Marshal

23  since that conversation you had with her on

24  12/31/2005?

25     A:  Yeah, all of that day -- I don't believe

DepoScript3

1    that we spoke after that, after 12/31.

2         MS. VON KAENEL:  I'm going to just take a

3    break, if you don't mind, and then I'll be right with

4    you.

5         (A short break was taken.)

6    Q:  (By Ms. Von Kaenel)  Okay.  Are you

7    familiar with John Doe HM going to Arizona while you

8    were there?

9    A:  Yes.

10    Q:  When did he show up in Arizona?

11    A:  I was trying to think of that.  It was

12    after the incident.

13    Q:  Do you remember how much after the

14    incident?

15    A:  I want to say a few days afterwards --

16    Q:  Okay.

17    A:  -- he showed up.

18    Q:  Was he expected to come to Arizona?

19    Before the incident, was he planning on going out to

20    Arizona, as far as you know?

21    A:  Not that I know of.

22    Q:  So his time in Arizona overlapped with

23    your time in Arizona?

24    A:  I believe he came the day that I was

25    leaving, if I remember correctly.  I had to get

DepoScript3

46

1    back.  So maybe a day, but I don't remember exactly.

2        Q:  When he got there, did he talk about what

3    had happened to him?

4        A:  Not directly with me.

5        Q:  Who did he talk to?

6        A:  I want to say mostly with Mark and

7    Shelly.

8        Q:  Did you overhear their conversation?

9        A:  I did not.

10       Q:  Was your -- Ed Doe, is he your

11   grandfather?

12       A:  Yes.

13       Q:  Was he ill at the time?

14       A:  I don't remember if it was then or not.

15       Q:  Okay.  After 1/1/06 -- so New Year's

16   Day -- what, if anything, do you know about John Doe

17   HM and Crystal Marshal's relationship?

18       A:  I mean, nothing concrete.  I mean, nothing

19   that wasn't assumed.

20       Q:  Well, what was assumed?

21       A:  I assumed that they were then broken up

22   after everything that had gone on.

23       Q:  So it's your impression that they're

24   broken up after 1/1/06?

25       A:  Yeah, I would think so.

DepoScript3

47

1      Q:   And why would you think that they were

2  broken up?

3      A:   I wouldn't be with somebody that --

4      Q:   Elaborate.

5      A:   Me personally, I wouldn't stick around

6  with somebody that is going to cause that kind of

7  chaos if they don't -- if it was false.

8      Q:   And is that what your understanding is,

9  that she caused chaos?

10      A:   I mean, that's what happened.

11      Q:   Well, why don't you elaborate on that?  I

12  don't understand.

13      A:   Well, everything was fine.  Nothing would

14  have been -- I mean, when somebody calls you and

15  explains to you that one of your family members is

16  considering suicide, that, to me, is chaos.

17  Obviously everything that ensued afterwards I wasn't

18  a main part of, other than the initial phone call.

19  Yeah, to me, I would call that instigating chaos for

20  sure.

21      Q:   So do you see it as her fault that this

22  happened?

23      A:   Well, no one else found a suicide note.

24  No one else claimed to have anything along those

25  lines.  Everything was fine until this phone call

1    happened.

2         Q:   So have other people blamed her?

3         A:   Sure.

4         Q:   Who is that?

5         A:   Family.

6         Q:   Well, give me their names, please.

7         A:   I can't actually do that because I don't

8    know who actually feels that she is 100 percent

9    responsible for it.

10        Q:   Who told you that they think she has some

11   responsibility?

12        A:   Nobody told me directly.

13        Q:   All right.  How did you find out

14   indirectly?  How would you have found out?  Like did

15   your mom say something that Crystal had something to

16   do with this or it was Crystal's fault?

17        A:   Well, sure.  I mean, everyone was talking

18   about how Crystal had something to do with it.

19        Q:   So Cindy Hibbard was one?

20        A:   Yeah.  And Shelly and Mark.  These are all

21   just people throughout conversation that I obviously

22   overheard.

23        Q:   I understand that.  Anybody else?  Your

24   father?

25        A:   No.

DepoScript3

1    Q:   Lisa Doe?

2    A:   I didn't really speak with her.

3    Q:   Were you aware that she called 911?

4    A:   After the incident.

5    Q:   And what did you hear about that?

6    A:   Just that she did.

7    Q:   Do you know how she came to call 911?

8    A:   No.

9    Q:   Okay.  So you don't know what made her

10   call 911?

11   A:   No, I don't.

12   Q:   Do you suspect or do you have an inkling

13   of what had caused her to call 911?

14   A:   Yeah.  Finding out that John Doe HM was

15   going to harm himself.

16   Q:   Who do you think she found that out from?

17   A:   I want to say Shelly.

18   Q:   Okay.

19   A:   Yeah, it was Shelly.

20   Q:   Did Shelly tell you that she called Lisa?

21   A:   No.  I was there when Shelly called Lisa.

22   Q:   What do you remember Shelly telling Lisa?

23   A:   Just along the lines of, you know, whether

24   or not this is true, we need to make sure that John

25   Doe HM is okay.  Being that we couldn't get a hold of

1  John Doe HM, we were worried.

2      Q:  Sure.  And what else -- if you remember,

3  what else may Shelly have told Lisa?

4      A:  I can't say for sure anything.

5      Q:  Okay.  Do you remember if Shelly relayed

6  to Lisa say that there was a suicide note or that

7  Crystal Marshal called or any of those facts?

8      A:  Not off the top of my head.

9      Q:  Okay.  And was Shelly concerned?

10      A:  Yes.

11      Q:  And how do you know that?

12      A:  Well, obviously, she was taking all the

13  necessary steps to try to track down John Doe HM.

14      Q:  Did she say she was worried?

15      A:  Well, sure.

16      Q:  Okay.  So I have Mark and Shelly -- Mark

17  calling Shelly about this.

18      A:  Yes.

19      Q:  Then Shelly calling Lisa about your

20  conversation with Crystal Marshal.  Did Ed Doe make

21  any phone calls with respect to his son?

22      A:  I don't think so.

23      Q:  Okay.

24      A:  I think we were trying to keep him kind of

25  out of the loop.  I don't think we really wanted to

DepoScript3

51

1    worry him with it too much.

2         Q:   You told me you had a conversation with --

3    did you have a conversation with your mother that

4    day?

5         A:   No.

6         Q:   Did you have any conversation with your

7    mother the next day?

8         A:   Possibly.  I mean, I did talk to her.  It

9    might have been that day.  I just don't know.

10        Q:   Do you remember what you told your mom

11   about this?  This is Cindy Hibbard, right?

12        A:   Correct.  No, I really don't.

13        Q:   Did you tell her that Crystal Marshal

14   called you with a suicide note?  Did you recap those

15   facts to her?

16        A:   I'm not sure if I did to my mother.

17        Q:   Did you talk to your father about it?

18        A:   No.

19        Q:   Have you described to me everybody that

20   you talked to with respect to this incident?  In this

21   deposition today, have you described everybody that

22   you know you talked to that day?

23        A:   Yes.

24        Q:   And have you described to me every

25   conversation that you were either a witness to or you

DepoScript3

52

1    heard about with respect to the incidents that we're

2    talking about?

3         A:   To the best of my knowledge.

4         Q:   And do you know who Steve Nelke is?

5         A:   No.

6         Q:   Do you know who Paul Horning is?

7         A:   No.

8         Q:   Okay.  Do you know who Tom Rich is?

9         A:   No.

10        Q:   Do you know who Kathy Rensing is?

11        A:   That sounds familiar, but no.

12        Q:   Okay.  Do you know who Steve DeGhelder is?

13        A:   No.

14        Q:   Have you talked to -- do you know who John

15   Doe HM's friends or pals were at the time during

16   12/31/05?  Do you remember who his friends were?

17        A:   Not really.  Me.

18        Q:   Anybody else?

19        A:   No, not off the top of my head.

20        Q:   Did you ever hang out with any of John Doe

21   HM's friends?

22        A:   Ron Coleman.

23        Q:   So what do you know about Ron Coleman?

24        A:   He's an interesting man.

25        Q:   Yes.  Well, tell me what makes him

DepoScript3

1    interesting.

2        A:   He's a good guy.

3        Q:   What makes him interesting?

4        A:   He's eccentric.

5        Q:   What else do you know about him?

6        A:   He has been a long, long, long time

7    friend.

8        Q:   Of John Doe HM's?

9        A:   Yes.

10       Q:   Do you know, were they friends on

11   12/31/05?

12       A:   Yes.

13       Q:   Did they ever live together?

14       A:   I believe they did, actually.

15       Q:   When did they live together?

16       A:   That I don't know.

17       Q:   Okay.  Do you remember what Ron Coleman

18   did for a living?

19       A:   I don't recall.

20       Q:   Did you and John Doe HM and Ron Coleman

21   hang out sometimes?

22       A:   Every once in a while, sure.

23       MS. VON KAENEL:  Okay.  I don't have any

24   questions.  She now has a chance to ask you some

25   questions.

1          MS. RANDLES:  I just have a couple of

2  follow-ups.

3                        EXAMINATION

4  BY MS. RANDLES:

5     Q:  Shawn, do you remember on 12/31/05, after

6  you received the call from Crystal Marshal, did she

7  blow up your phone after that?

8     A:  As in calling it non-stop?  As in like

9  repeated phone calls?

10     Q:  Yeah.  Did she repeatedly call you after

11  that?

12     A:  Yeah, as far as I remember.

13     Q:  And you didn't talk to her?

14     A:  No.  I remember trying to avoid her

15  calls.

16     Q:  Now, at some time did you have a

17  conversation with Mark questioning Crystal Marshal?

18     A:  I'm sorry?

19     Q:  I said at some time did you have a

20  conversation with Mark where you were questioning the

21  voracity of what Crystal Marshal told you?

22     A:  Yes.

23     Q:  When did that occur?

24     A:  That day.

25     Q:  Later in the afternoon?

55

1    A:   Yeah.  It was after everything had already

2  been instigated.

3    Q:   And did you come to the belief then that

4  she was obsessed with John Doe HM?

5    A:   Yes.

6    Q:   Did you believe that the obsession caused

7  her to make a false allegation concerning him?

8    A:   I definitely believe it to be a good

9  possibility.

10    MS. RANDLES:  I have nothing else.

11                    FURTHER EXAMINATION

12  BY MS. VON KEANEL:

13    Q:   I'm going to follow up on some things she

14  asked you.  You said she -- after she talked to you

15  the first time on that day, you said she made

16  repeated phone calls to you?

17    A:   Yeah.

18    Q:   And you didn't answer any of those phone

19  calls?

20    A:   Correct.

21    Q:   Does making repeated phone calls make

22  someone obsessed?

23    A:   In what regard?

24    Q:   Well, you said -- she asked you a question

25  about being obsessed.  So I'm wondering does making

DepoScript3

1   repeated phone about someone make someone obsessed?

2        A:   Yeah, but she was making repeated phone

3   calls to me, not John Doe HM.  She was obsessed about

4   John Doe HM, not me.

5        Q:   So that's what you equate as her being

6   obsessed with John Doe HM?

7        A:   No.

8        Q:   Well, what do you use as a basis of your

9   saying that she was obsessed with John Doe HM?

10       A:   That she was very -- she had to know where

11  he was at all times.  She had to know who he was with

12  at all times.

13       Q:   And how do you know that?

14       A:   Because she would ask me.

15       Q:   When is that?

16       A:   Prior to the incident.

17       Q:   All right.  So you had other conversations

18  with her prior to the incident where she said she

19  wants to know where he was?

20       A:   Yeah.  That's what our conversations --

21  when she could call me, it was in regards to the fact

22  that she couldn't get ahold of John Doe HM and she

23  needed to find him.  And it was always an elaborate

24  story.

25       Q:   What do you mean?

DepoScript3

1        A:   It was always -- I cannot remember her

2   son's name?

3        Q:   Austin?

4        A:   Yes.  Thank you.  Stuff that had happened

5   with Austin and she needs his help and everything

6   else.

7        Q:   Did you know Austin to not be well?  Do

8   you know if Austin had any problems?

9        A:   No, not that I know of.

10       Q:   Okay.

11       A:   But it just seemed that any time -- there

12   seemed to be some type of elaborate story along those

13   lines in order to get John Doe HM to run to her aid.

14       Q:   Do you know if any of those stories were

15   not true?

16       A:   Yes.

17       Q:   How do you know that?

18       A:   Because John Doe HM explained them to me.

19   When I would talk to him a day or two later and

20   asking hey, is Austin okay, he would say there was

21   never anything wrong to begin with.

22       Q:   Okay.  And did this happen on more than

23   one occasion?

24       A:   Yes.

25       Q:   And did John Doe HM go to her on more than

1    one occasion?

2        A:   Yes.

3        Q:   Anything else to your knowledge as to why

4    you would describe her as being obsessed with John

5    Doe HM?

6        A:   Nothing I can really think of off the top

7    of my head.

8        Q:   Do you know if she loved him?

9        A:   I don't know that.

10       Q:   Do you know if he loved her?

11       A:   I do not know that either.

12       Q:   And then you state -- you described a

13   conversation you had with Mark with respect to

14   Crystal Marshal, which you haven't told me before.

15   Can you talk to me a little bit about this

16   conversation you had with Mark with respect to

17   Crystal Marshal?

18       A:   What do you mean?

19       Q:   Well, you said you had a conversation

20   later in the afternoon -- and you correct me if I'm

21   wrong.  This is when Ms. Randles was questioning

22   you.  Later in the afternoon you had a conversation

23   with Mark about Crystal Marshal, is that right?

24       A:   Sure.

25       Q:   Okay.  What was that conversation about?

DepoScript3

1        A:   I couldn't really tell you everything it

2    was about.  I don't really know.

3        Q:   Tell me what you remember.

4        A:   I think Mark was just asking me -- I'm

5    drawing a blank.  I can't really say.

6        Q:   Well, do you remember what you said about

7    Crystal Marshal?

8        A:   I mean, not exactly.

9        Q:   Well, give me generally what you said.  It

10   doesn't have to be exactly, sir.

11       A:   I'm trying to remember, and I really can't

12   as far as --

13       Q:   Well, why don't you tell me how long

14   after -- do you know when you had this conversation

15   with Mark about Crystal Marshal?

16       A:   It had to have been after the incident.

17       Q:   You said after everything, meaning after

18   John Doe HM was taken to the hospital?

19       A:   I don't know what time he was taken to the

20   hospital.  It was after the initial phone call.  It

21   was that evening.  It was New Year's Eve.

22       Q:   Who was present for that conversation?

23       A:   It was just Mark and I.

24       Q:   Okay.  And Ms. Randles' words were you

25   questioned the voracity of Crystal Marshal.  Is that

DepoScript3

1    what you said?

2         A:   I don't even know what voracity means.

3         Q:   Well, the truth or her ability to tell the

4    truth.  Is that what you guys were talking about?

5         A:   Sure.  Yeah, the reliability of what she

6    was saying.

7         Q:   What generally were you saying about that?

8         A:   Just that -- well, one, it's hard to

9    believe that John Doe HM would, in fact, do anything

10   along those lines.  And two, Crystal isn't exactly

11   the most -- I don't want to say she's dishonest, but

12   she wasn't exactly honest at times, though, either.

13   She tended to be somewhat manipulative.

14        Q:   Anything else you would talk about with

15   respect to Crystal Marshal?  Anything else that was

16   said that you remember?

17        A:   No.  I mean, nothing really.

18        Q:   So this occurs sometime the evening of

19   12/31/05, is that right?

20        A:   Yes.

21        Q:   Are there any other conversations that you

22   have with anyone with respect to Crystal Marshal,

23   other than this conversation you had with Mark and

24   other than the conversation you actually had with

25   her?

1    A:   On that day?

2    Q:   Yes.  Or later.

3    A:   I don't think so.

4    Q:   All right.  So there's no one you have a

5    conversation with with respect to Crystal Marshal

6    after 12/31/05, is that right?

7         MS. RANDLES:  Objection, mischaracterizes

8    his testimony.

9    Q:   (By Ms. Von Kaenel)  Well, you tell me.

10   You either -- after 12/31, you had described to me a

11   conversation you have with Mark Doe about Crystal

12   Marshal.  Is there anybody else after that

13   conversation or before that conversation -- from the

14   time you talked to Crystal Marshal on, you've

15   described the conversation you had with Mark.

16   Anybody else you talked to about Crystal Marshal?

17   A:   Not that I recall.

18   Q:   All right.  Is John Doe HM the person you

19   find out from that what Crystal Marshal told you was

20   not true?  Is that who told you?

21   A:   I don't remember who told me.  I'm pretty

22   sure it was not John Doe HM, though, but I don't

23   remember exactly who it was.  I think it was my

24   mother who told me that there wasn't a letter.

25   Q:   Do you remember when she told you that?

DepoScript3

1    A:   I was home by then.  So it was sometime in

2  early January, but I can't give you an exact date.

3    Q:   Would it have been before or after John

4  Doe HM came to Arizona?

5    A:   I couldn't tell you.

6    Q:   Is there anybody else that you remember

7  having a conversation -- you've described your

8  conversation with your -- all of your conversations

9  with respect to Crystal Marshal.  Is there anybody

10 else you remember having a conversation with about

11 Crystal Marshal while you were in Arizona?

12   A:   Not that I can remember.

13   Q:   Do you remember Mark and Shelly talking

14 about Crystal Marshal?

15   A:   Not really, because they didn't really

16 know her.

17   Q:   Anybody else talk about her that you can

18 recall after you were in Arizona, other than what you

19 said your mother said she talked to you about?

20   A:    I mean, I know her name would come up in

21 conversation when I would hear my mother on the

22 phone.  I'm not really sure what exactly they were

23 talking about, though.

24   Q:   Just to recap, do you have any -- do you

25 remember any conversations -- have you had any

1   conversations with John Doe HM about Crystal

2   Marshal?  Have you told me every conversation you've

3   had with him about her from the incidents on 12/31

4   on?

5       A:   Yeah.  I mean, other than small little

6   conversations.

7       Q:   Like what?

8       A:   Like I really messed up with that whole

9   situation as far as getting involved.  He would talk

10  about how much he's lost because of it.

11      Q:   So he blamed her?

12      A:   He holds her partly responsible, sure.

13      Q:   Anything else he said about her?

14      A:   No.  It's just very, very vague

15  conversation.

16      Q:   Did he ever talk to you -- prior to the

17  incident -- so incidents around 12/31/05 -- did he

18  ever talk to you before then about Crystal Marshal's

19  voracity?

20      A:   Yes.

21      Q:   What did he say about that?

22      A:   That he doesn't ever know what to believe

23  with her anymore.  I'm trying to remember the

24  incident and how it came about.  I can't remember.

25      Q:   Just to put a date -- this is before

DepoScript3

64

1    12/31/05?

2        A:    Yes.

3        Q:    And this is a conversation he has directly

4    with you?

5        A:    Sure.

6        Q:    Okay.  You don't remember?

7        A:    No.

8        Q:    So at one point he tells you he doesn't

9    know when to believe her or what to believe?

10       A:    Yeah.  It had something to do with

11   Austin's father.  You know, she had John Doe HM

12   believing one thing, and I don't know if she was

13   doing it to get sympathy or why she was doing it.

14   Obviously, John Doe HM, I guess, found out the truth

15   down the road, and he was just like why -- you know,

16   he was just talking to me.  He was just talking to me

17   about why would you lie about something so simple.

18   So he was just kind of questioning the whole idea.  I

19   mean, she's lying to me about something this

20   simple -- or this small, so what else is she -- you

21   know, is she trustworthy, basically, is what he was

22   coming to the conclusion of.  But I can't remember

23   exactly all of the details.

24       Q:    Do you think it was before Christmas or

25   after Christmas?

1    A:   It was before Christmas.

2    Q:   Do you remember if it was before

3  Thanksgiving?

4    A:   I would say it was before Thanksgiving.

5    Q:   So this is conversation that you had with

6  him a couple of months before the incidents?

7    A:   Yes.

8    Q:   Much before Thanksgiving?

9    A:   It was around that time.

10    Q:   Do you remember spending Thanksgiving with

11  her -- or do you remember if she spent Thanksgiving

12  with John Doe HM?

13    A:   I don't remember.

14    Q:   Is that every conversation you had with

15  John Doe HM with respect to her voracity?

16    A:   Yeah.  That I can remember off the top of

17  my head.

18    Q:   Is that every conversation you had with

19  John Doe HM or anyone else with respect to Crystal

20  Marshal making a false allegation with respect to the

21  incidents that are involved in this lawsuit?

22    A:   Say that again.

23    Q:   The last thing you told -- the last

24  conversation with Ms. Randles was -- the last

25  question was -- the question was -- and I'm going to

1   paraphrase it.  It had to do with Crystal Marshal

2   making a false allegation with respect to these

3   incidents.

4       A:   Yes.

5       Q:   Have you described every conversation with

6   respect to Crystal Marshal making a false allegation

7   that you know of or that you've been part of?

8       A:   Yeah, to the best of my knowledge.

9           MS. VON KAENEL:  I have nothing else.

10          MS. RANDLES:  I have nothing further

11   either.

12           Shawn, you have the right to read your

13   deposition and sign it.  You can read it to make sure

14   that the court reporter has gotten down everything

15   that you've said.  Do you want to read and sign?

16          THE WITNESS:  I don't know.

17          MS. RANDLES:  Okay.  Usually the court

18   reporters get everything down just right, but

19   sometimes it's a good idea just to look it over.  So

20   if you would like to do that, I'll just have the

21   deposition sent here and then send you a copy of the

22   deposition so you can look at it and make sure it's

23   accurate?

24          THE WITNESS:  That's fine.

25          MS. RANDLES:  Okay.

DepoScript3

67

1          MS. VON KEANEL:  Okay.  That's all.

2          (Wherein, the taking of the deposition

3     concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

1    I, Christopher C. Wiegers, Certified Court

Reporter, DO HEREBY CERTIFY that pursuant to

agreement between the parties, the aforementioned

witness came before me at the time and place

hereinbefore mentioned, and having been duly sworn to

tell the whole truth of his knowledge touching upon

the matter in controversy aforesaid; that he was

examined on the day, and his examination was taken in

shorthand and later reduced to printing; that

signature by the witness is reserved and said

deposition is herewith forwarded to the taking

attorney for filing with the Court.

    IN WITNESS WHEREOF, I have hereunto subscribed

my name this 13th day of May, 2009.

_____
            Christopher C. Wiegers

1    Gore Perry Gateway & Lipa Reporting

2

3

4    RANDLES, MATA & BROWN, LLC

5    Rebecca M. Randles, Esq.

6    406 West 34th Street, Suite 623

7    Kansas City, Missouri 64111

8

9    Enclosed please find the Original Signature pages

10   and errata sheets for the deposition of:

11   Shawn Hibbard taken 5/4/2009 in the case of:

12   John Doe HM vs. City of Creve Coeur, et al.

13   Please read your copy of the transcript, noting

14   any corrections on the enclosed erratta sheets,

15   and return all pages for filing in court to:

16   OFFICE OF THE COUNTY COUNSELOR

17   Lorena Merklin Von Kaenel, Esq.

18   41 South Central, 9th Floor

19   Your prompt cooperation will be appreciated.

20   Sincerely,

21

22   Gore Perry Gateway & Lipa Reporting

23

24

1    Page    Line    Should Read:

2    Reason for change:

3

4    Page    Line    Should Read:

5    Reason for change:

6

7    Page    Line    Should Read:

8    Reason for change:

9

10   Page    Line    Should Read:

11   Reason for change:

12

13   Page    Line    Should Read:

14   Reason for change:

15

16   Page    Line    Should Read:

17   Reason for change:

18

19   Page    Line    Should Read:

20   Reason for change:

21

22   Page    Line    Should Read:

23   Reason for change:

24

25

DepoScript3

71

1    Page     Line     Should Read:

2    Reason for change:

3

4    Page     Line     Should Read:

5    Reason for change:

6

7    Page     Line     Should Read:

8    Reason for change:

9

10   Page     Line     Should Read:

11   Reason for change:

12

13   Page     Line     Should Read:

14   Reason for change:

15

16   Page     Line     Should Read:

17   Reason for change:

18

19   Page     Line     Should Read:

20   Reason for change:

21

22   Page     Line     Should Read:

23   Reason for change:

24

25

DepoScript3

72

1   Comes now the witness, Shawn Hibbard,

2   and having read the the foregoing transcript

3   of the deposition taken on the 5/4/2009,

4   acknowledges by signature hereto that it is a

5   true and accurate transcript of the testimony given

6   on the date hereinabove mentioned.

7

8

9   _____

10  Shawn Hibbard

11

12  Subscribed and sworn to me before this

13  _____ day of _____, 2009.

14  My Commission expires

15

16

17  _____

18  Notary Public

19

20

21

22

23

24

25

DepoScript3

73

```
1    COURT MEMO

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF MISSOURI

4    EASTERN DIVISION

5    John Doe HM vs. City of Creve Coeur, et al.

6    4:07-CV-00946-ERW

7

8    CERTIFICATE OF OFFICER AND

9    STATEMENT OF DEPOSITION CHARGES

10

11   DEPOSITION OF SHAWN HIBBARD

12   TAKEN ON BEHALF OF THE PLAINTIFF

13    5/4/2009

14   Name and address of person or firm having custody of

15    the original transcript:

16   Lorena Merklin Von Kaenel

17   County Counselor

18   41 S. Central,

19   Clayton, MO 63105

20

21

22

23

24

25
```

74

```
1    ORIGINAL TRANSCRIPT TAXED IN FAVOR OF:

2    Lorena Merklin Von Kaenel

3    County Counselor

4    41 S. Central,

5    Clayton, MO 63105

6    Total:

7    1 ONE COPY - TAXED IN FAVOR OF:

8    Rebecca M. Randles

9    Randles, Mata & Brown, L.L.C.

10   406 West 34th Street,

11   Kansas  City, MO 64111

12   Total:

13

14   Upon delivery of transcripts, the above

15   charges had not been paid.  It is anticipated

16   that all charges will be paid in the normal course

17   of business.

18   GORE PERRY GATEWAY & LIPA REPORTING COMPANY

19   515 Olive Street, Suite 700

20   St. Louis, Missouri 63101

21   IN WITNESS WHEREOF, I have hereunto set

22   my hand and seal on this _____ day of _____

23   Commission expires

24   _____

25   Notary Public
```