CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  believed that John Doe HM was struggling with emotional

2  issues?

3          A.    Did he ever?

4          Q.    Uh-huh.

5          A.    After this all was over, yeah.

6          Q.    Okay.  Tell me what Chief Beardslee told you.

7          A.    He said that John Doe HM had had some type of

8  lawsuit, I believe it was, about something that happened

9  in his family.

10         Q.    Did he tell you what kind of lawsuit Mr. John

11 Doe HM was involved with?

12         A.    I don't recall exactly.

13         Q.    Have you learned from anyone the type of

14 lawsuit that Mr. John Doe HM was involved with?

15              MS. OWENS:  Other than conversations with

16 counsel?

17              MS. RANDLES:  Yes.

18         A.    I don't know exactly where I learned it, but

19 I did hear that it had something to do with some kind of

20 sexual thing, but I don't exactly -- I can't remember

21 exactly what it was.

22         Q.    (By Ms. Randles)  Okay.  Child sexual abuse;

23 does that --

24         A.    Okay.  Yes.  That's right.

25         Q.    Do you recall when you learned that?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    A.    That was after this -- after John Doe HM was

2  terminated.

3    Q.    Okay.  Did you ever receive from Chief

4  Beardslee information that John Doe HM was in counseling?

5    A.    No.

6    Q.    Okay.  Let's move now to the termination

7  meeting itself.  At the termination meeting, can you

8  describe for me who was at that meeting?

9    A.    I was, John Doe HM was, the chief was.  I

10  recall that Chief Eidman and Lieutenant Funkhouser

11  escorted -- and me escorted John Doe HM up to the chief's

12  office.  I don't know for sure whether -- I'm pretty sure

13  that Chief Eidman and Lieutenant Funkhouser were not in

14  the office with us.  The only people I recall was me, John

15  Doe HM and the Chief Beardslee, but I could be mistaken.

16  There might have been someone else there, but those are

17  the three that I am sure were there.

18    Q.    Okay.  And at the meeting, how long did the

19  meeting itself take?

20    A.    It wasn't very long.  No more than a half

21  hour, 20 minutes.

22    Q.    Okay.  I am going to hand you what's

23  previously been marked as Exhibit 22.

24          MS. MERKLIN VON KAENEL:  Did you circulate

25  your 49?  I just want to know I have the same thing.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1           MS. RANDLES:   (Indicating).

2           MS. MERKLIN VON KAENEL:   Thank you very much.

3  I appreciate it.

4      Q.    (By Ms. Randles)  Okay.  If you will take a

5  minute to look over this document, then I'll ask you some

6  questions about it.

7      A.    Okay.

8      Q.    Okay.  With regard to the meeting held on

9  January 4th, 2006, this appears to be a transcript of that

10  meeting.  Do you know how -- who makes these transcripts?

11      A.    Who write -- who --

12      Q.    Yeah.  Do you have -- was there a court

13  reporter or a typist, a police typist in there?

14      A.    No.  The chief typically would have a

15  recorder and he would record it and then it's transcribed

16  by someone else.

17      Q.    Okay.  After reading this, do you recall

18  whether there was any -- anything else that occurred

19  during the meeting of January 4th, 2006 that is not found

20  in this document, No. 22?

21      A.    Please ask that again.

22      Q.    Okay.  After reviewing Exhibit No. 22, do you

23  recall whether there was anything else that occurred

24  during that meeting that is not found in this document?

25      A.    In the office with the chief?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    Yes.

2    A.    No.

3    Q.    Okay.  So then the things -- everything that

4  occurred in that office is found in Exhibit 22 to the best

5  of your recollection?

6    A.    Yeah.  To the best of my knowledge, yes.

7    Q.    Okay.  There's one part where it says John

8  Doe HM, unintelligible, halfway down or two-thirds of the

9  way down Exhibit 22?

10    A.    Yes.

11    Q.    Do you recall what John Doe HM said --

12    A.    No.

13    Q.    . -- at that point?

14    A.    No.

15    Q.    At any point in time, did Mr. John Doe HM

16  become loud?

17    A.    No.

18    Q.    Did he become unruly?

19    A.    No.

20    Q.    Did he act in any manner unreasonable during

21  the course of the termination?

22    A.    No.

23    Q.    Okay.  You had indicated that you chitchatted

24  with him on the way up to the chief's office.  Do you

25  recall what you chitchatted about?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1     A.   Not specifically.

2     Q.   Do you recall generally the nature of the

3 topics that you talked about?

4     A.   I think John Doe HM was a little surprised at

5 how many people were there.  I think he made a comment

6 about that.

7     Q.   Okay.  Were you the first person that John

8 Doe HM saw on that day?

9     A.   I just don't recall that.  I don't know.

10    Q.   Okay.  Do you recall the process?  When John

11 Doe HM came in, was he searched?

12    A.   He was at one point, but I can't say where it

13 was, and I don't know if searched is the right word.  It

14 would be more like frisked.

15    Q.   Okay.  Like a pat-down?

16    A.   Yes.

17    Q.   Okay.  And were there more than one officer

18 accompanying you up to the chief's office?

19    A.   Yes.

20    Q.   And that was Officers Eidman and Funkhouser?

21    A.   Chief Eidman and Lieutenant Funkhouser.

22    Q.   Okay.  And what was the purpose for those

23 individuals accompanying everyone?

24    A.   The concern about John Doe HM's reaction.  We

25 didn't want anybody else involved other than the command

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  staff, we didn't want a scene, and we certainly didn't

2  want one of his peers having to take action if something

3  got out of hand.

4       Q.    Okay.  And when you say take action in case

5  something got out of hand, do you mean some sort of

6  physical altercation?

7       A.    Yeah.  Yes.

8       Q.    Have you ever had a situation where an

9  individual who has been terminated has engaged in any kind

10  of physical altercation?

11       A.    No, but I'm aware of what one person's wife

12  did.

13       Q. .  Oh, that sounds like a good story.  What did

14  one person's wife do?

15       A.    The wife was very unruly, and we were

16  concerned enough -- enough -- enough that there might have

17  been some physical altercation, but it never came to that.

18       Q.    Have you terminated other individuals besides

19  John Doe HM where you've been involved in the termination

20  process?

21       A.    Yes and no.  I mean, we terminated someone,

22  but he was brought back, so I don't know how to explain

23  that, --

24       Q.    Okay.

25       A.    -- but, yes, I was.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.    During that termination process, before he

2   was brought back, did you have the same kinds of safety

3   precautions that you exercised with Mr. John Doe HM?

4      A.    Yes.  We -- we did have more than just me,

5   and there were other commanders involved in it, and, yes,

6   I believe we did.

7      Q.    Okay.  And with regard to the individual

8   whose wife became unruly, did you also have the same kind

9   of safety procedures in place?

10      A.    No, because that happened like that [snapped

11   his fingers] and we didn't expect it.

12      Q.    Okay.

13      A.    And I think based on the fact that we didn't

14   expect that, we were not going to do that again.

15      Q.    Okay.  That was -- did that precede John Doe

16   HM's termination?

17      A.    That was before -- yes, before John Doe HM's

18   termination.

19      Q.    Okay.  Now, at the time of the termination

20   meeting, obviously you knew that John Doe HM was out of

21   the hospital?

22      A.    Please say that again.

23      Q.    I said at the time of the termination

24   meeting, obviously you knew that John Doe HM was out of

25   the hospital?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1         A.    Yes.

2         Q.    And at that time, you knew he had not been

3    kept for 96 hours, correct?

4         A.    No.   I didn't know that.   I still don't know

5    how many hours he was kept.

6         Q.    Okay.

7         A.    I've heard different numbers.

8         Q.    Okay.   What numbers have you heard?

9         A.    Ninety-six, 72.

10        Q.    Okay.   At the time that you prepared the --

11   the investigation or the complaint, rather, I should say,

12   did you know that John Doe HM was out of the hospital?

13        A..   At the time I prepared the complaint?

14        Q.    Yes.

15        A.    It was prepared on the 2nd, so, no, I was not

16   sure of whether he was out of the hospital or not.

17        Q.    Okay.   At the time that you talked to him on

18   the telephone and said, Don't come back in, we'll call

19   you, don't call us, we'll call you, essentially, at the

20   time of that conversation, did you know he was out of the

21   hospital?

22        A.    I can't say for certain.

23        Q.    Okay.   Who did you learn that he was out of

24   the hospital -- from whom did you learn that he was out of

25   the hospital?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      A.      I don't recall.

2      Q.      Did you at some point before the meeting

3 learn that he had been released?

4      A.      Before the termination meeting?

5      Q.      Yes.

6      A.      I believe so, but I can't tell you how.  I

7 don't remember.

8      Q.      Okay.  Did you know that he had been released

9 as soon as the doctors saw him at the hospital?

10      A.      Did I know that?

11      Q.      Uh-huh.

12      A.      No.

13      Q.      Okay.

14              MS. RANDLES:  Let's go off the record for

15 just a minute.

16          [Discussion was held off the record.]

17              [Lunch break was taken.]

18      Q.      (By Ms. Randles)  All right.  We took a break

19 for lunch, and now that we're back on the record, you know

20 you're still under oath?

21      A.      Yes.

22      Q.      You indicated that you thought that perhaps

23 Chief Beardslee was the one who handled the investigation

24 for termination of John Doe HM.  Do you know how many

25 occasions Chief Beardslee handled investigations for

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  termination?

2        A.   For termination?

3        Q.   Yes.

4        A.   He probably handled most of those.

5        Q.   Okay.  And he would do the investigation

6  himself?

7        A.   At times.  There would be combinations of who

8  did the investigation, but it's his final determination

9  who would be terminated, so he would probably do some type

10  of investigation.

11        Q.   Okay.  Okay.  So with regard to John Doe HM,

12  it's your recollection that he handled the investigation

13  in its entirety, is that correct, or your belief I should

14  say?

15        A.   Well, my belief would be he -- he did it,

16  because all I did was fill out the internal investigation

17  and get the copy of the police report.

18        Q.   Okay.  Now, do you -- with regard -- I'm

19  doing some cleanup, so we're going to jump around a little

20  bit, but with regard to the safety alert that was sent out

21  to individuals of the police department at Creve Coeur, do

22  you know whether or not any of the other municipalities

23  surrounding Creve Coeur received a similar safety alert

24  with regard to John Doe HM?

25        A.   I don't know.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1       Q.      Okay.  Do you know whether it's standard

2  operating procedure to send safety alerts to other

3  surrounding municipalities in a situation like the John

4  Doe HM situation?

5       A.      I don't know that.  I have never had that

6  experience, so I don't know.

7       Q.      Okay.  Do you know -- have there been any

8  occasions that you're aware of in which a safety alert has

9  been sent to other municipalities?

10      A.      Creve Coeur Police Department sent out safety

11 alerts --

12      Q.      Yes.

13      A.      -- on their own officers?

14      Q.      To -- yes, to other municipalities.

15      A.      Not that I'm aware of.

16      Q.      Okay.  Do you know if Creve Coeur has sent

17 out safety alerts concerning other members of the public

18 to other municipalities?

19      A.      Members of the public?

20      Q.      Yes.

21      A.      Yes.

22      Q.      Okay.  Does that happen frequently?

23      A.      Oh, yes.

24      Q.      Okay.  What kinds of situations arise that

25 would cause Creve Coeur to send safety alerts to other

1  municipalities?

2        A.    Instances where someone may have a workplace

3  violence type situation that may occur, you know, somebody

4  gets fired from a particular job, schools, school type

5  situations, I mean, they're considered like BELOS, be on

6  the alert, be on the lookout for safety.  The

7  hospitals, St. John's in particular, has people who show

8  up who are safety concerns and that all the officers need

9  to know about who they are.  Monsanto occasionally would

10  have a safety alert on somebody that they may have fired

11  to let us know that if the guy comes back on, there could

12  be a workplace violence type thing, so, yes, we -- we've

13  had other safety alerts.

14        Q.    Okay.  And do you know what the process is --

15  does this differ from like an all-points bulletin or

16  point-to-point?

17        A.    Yeah.

18        Q.    Okay.

19        A.    Yes.

20        Q.    And how does it differ?

21        A.    Because we probably work in most cases with

22  the security department of St. John's or Monsanto and --

23  and alert them to -- or they alert us to who the person is

24  and we inform our officers with photographs and stuff of

25  what the person looks like and the circumstances so that

1   they can be aware if this guy shows up.

2         Q.    Okay.  And is this something that you

3   dispatch to other municipalities, --

4         A.    No.

5         Q.    -- or is it something that you send to them

6   or that you communicate to them in some other manner?

7         A.    We would probably communicate in some other

8   manner.

9         Q.    Okay.

10        A.    We just wouldn't sent it out to no -- just

11  to, Here, take a look at it.  We would probably send it to

12  a particular individual.

13        Q.    Okay.  Okay.  Now, we talked.some about the

14  -- the investigative report, feel free to refer to it if

15  you like, or the complaint, rather, the investigative

16  complaint?

17        A.    Mm-hm.

18        Q.    Now, you indicated that you received a call

19  from Sergeant Chellis, I believe it says on a Sunday in

20  the report.

21        A.    Saturday.

22        Q.    On a Saturday.  Okay.  Did he call you via

23  cell phone or did he call you at home?

24        A.    He called me at home.

25        Q.    Okay.  Do you have a cell phone?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1        A.    Yes.

2        Q.    Okay.  Now, when you called John Doe HM, do

3   you recall whether you called him on your cell phone or

4   whether you called him from your home phone or from the

5   work phone?

6        A.    I think I called him from my office phone.

7        Q.    From your office phone?  Okay.  And when you

8   talked to Sergeant Lasater, do you know whether you called

9   him from your office phone, your home phone or your cell

10  phone?

11       A.    On Saturday, it probably would have been on

12  my home phone, but I request -- I think I called him back

13  and requested a copy of the report, and that probably was

14  on my office phone.

15       Q.    Okay.  Okay.  When -- I want to talk to you

16  for a minute about videotaping and recording of

17  information.  I understand that there are videotapes in

18  the Creve Coeur police cars; is that correct?

19       A.    Yeah, in-car -- yes, in-car digital cameras,

20  yes.

21       Q.    Okay.  And then is there also audio

22  recording?

23       A.    Yes.

24       Q.    Okay.  The audio recording, is it part of the

25  in-car digital video or is it a separate recording device?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    A.    No.  It's part of the -- the system.

2    Q.    Okay.  Do officers carry any kind of

3 recording devices with them on a regular basis?

4    A.    They're supposed to have a microphone.

5    Q.    Okay.  And is that connected then to their

6 vehicle?

7    A.    It transmits back to the vehicle, yes.

8    Q.    Okay.  Do they have a recording device

9 besides the microphone on their person?

10    A.    They carry audio cassette recorders, --

11    Q.    Okay.

12    A.    -- the small, personal audio cassette

13 recorders.

14    Q.    And is that the kind of thing that comes on

15 automatically whenever there's a stop, --

16    A.    No.

17    Q.    -- or is it something you have to --

18    A.    You have to turn that one on manually.

19    Q.    Okay.  Okay.  Now, what are the protocols or

20 what are the responsibilities for audio taping whenever

21 there is an incident?

22    A.    Any time that an officer contacts a citizen,

23 makes a citizen contact, he's supposed to record it --

24    Q.    Okay.

25    A.    -- via his personal recorder.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1       Q.      Okay.  And does that include traffic stops?

2       A.      Yes.

3       Q.      So any contact of any sort whatsoever with a

4  citizen, they're supposed to record that?

5       A.      Supposed to.

6       Q.      Okay.  And is there any other situations

7  where recorders are supposed to be used?

8       A.      Well, the investigations, if -- your serious

9  crimes, the detective's policy is to videotape

10  their interviews with suspects.  I believe -- it has been

11  a while since I've been in investigations, but I believe

12  even it's a mandate of the prosecuting attorney for

13  homocides for sure now to videotape it.  That's the only

14  other policy I can think of off the top of my head.

15      Q.      Okay.  Are witness statements video or audio

16  taped on a regular basis?

17      A.      Occasionally, but not -- there's no mandate.

18      Q.      Okay.  Okay.  And with regard to internal

19  affairs proceedings, are internal affairs proceedings

20  video or audio taped?

21      A.      If you are interviewing the officer who the

22  complaint is alleged against, most of the time, they are

23  recorded.

24      Q.      Okay.  Okay.  Do you ever have situations in

25  which your video or audio tape becomes evidence for

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  another municipality's police department or prosecution

2  for another municipality?

3       A.    I can't think of any, but I'm sure it could

4  happen, that we could use -- we would use tape -- hold a

5  tape for somebody else.  I can't think of right now an

6  instance.

7       Q.    Okay.  Do you know if you have used any tape

8  in an investigation from St. Louis County?

9       A.    A tape?  A videotape?

10      Q.    Any kind of video or audio.

11      A.    I can't think of a specific case.

12      Q.    Okay.  Do you have any knowledge as to

13  whether or not St. Louis County has the ability to either

14  video or audio tape individuals?

15      A.    I don't know what their procedures are and

16  what they have.

17      Q.    Okay.  Okay.  I am going to hand you what's

18  previously been marked as Exhibit 3.  Did you review this

19  document as part of your preparation for today's

20  deposition?

21      A.    No.

22      Q.    Okay.  Have you ever seen this document

23  before?

24      A.    I can't recall specifically, but I was on

25  John Doe HM's background board to be hired, so I probably

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  did review it at some point.  I almost had to.

2          Q.    Okay.

3          A.    But I don't specifically -- can't tell you

4  yeah until -- nothing is jumping out at me yet.

5          Q.    Do you have any idea who would have written

6  that?

7          A.    Well, yes.  It was written by Detective Tom

8  Rich.

9          Q.    Okay.  And where do you find that?

10          A.    On the last page.  It says, Respectfully

11  submitted, Detective Thomas Rich.

12          Q.    Oh, okay.  I looked all over that and

13  couldn't find his name.  Thank you.  Okay.  You said you

14  were on the board that looked at John Doe HM's background

15  information.  Can you describe for me how police officers

16  are hired at Creve Coeur?

17          A.    Well, it's -- they come in and they put an

18  application in, obviously, it's a fairly large document,

19  maybe 10, 12 pages, with a lot of information, at which

20  time the admin commander, because we have I guess so many

21  of them, he goes through them and looks for -- him and his

22  adminee, they look for people who fit our specifications;

23  for instance, one of the things is -- is college, some

24  college, so that's one of the things that might disqualify

25  somebody.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    So they go through the list of applications.  They

2  call them down to people that they feel would be

3  possibilities.  It's then submitted -- the application is

4  then sent to -- we have changed the procedure a little bit

5  in the last couple of years, but ultimately it goes to --

6  and I am going to be a little bit out of sequence here

7  when I say this -- it goes to a background investigation,

8  which is usually the -- the detective usually handles

9  that.

10    The investigation's commander then brings the

11  person in and does some questions, some specific

12  questions, integrity type questions.  Oh, I did forget one

13  step.  The admin commander does kind of a -- some tests

14  with regards to the person's integrity, their learning

15  capability, and physical requirements, whether they pass

16  the physical requirements, then it goes on to the next

17  step, which would be the background and the admin

18  commander asking some more integrity type questions, then

19  goes to a CVSA, which is similar to -- most people would

20  know the polygraph, but they don't know what the CVSA is,

21  a computer voice stress analysis, which is similar to a

22  lie detector, and one of the detectives gives them one of

23  these tests, and then based on that, it goes to the chief,

24  and the chief reviews it and sends down to the admin

25  commander, you know, Let's set something up to talk to

1  these individuals.

2        It then goes to the board, which usually is

3  comprised of me, the chief and another commander, and we

4  ask the candidate various questions, basically from our

5  knowledge and experience of what it takes to be a police

6  officer, and we discuss that, make a recommendation to the

7  chief, and he decides whether or not to hire the

8  individual.

9        Q.    Okay.  Do you recall whether or not you made

10  a recommendation with regard to John Doe HM?

11        A.    I must have, but I can't recall exactly what

12  I said, but I had some questions.

13        Q.    Okay.  Do you recall the kinds of questions

14  that you had?

15        A.    Yes.

16        Q.    What were they?

17        A.    I was a little concerned that John Doe HM was

18  going out with one of our dispatchers.  I knew that that

19  wasn't going to be a good thing.  I know that he had lost

20  a lot of weight, you know, and he should have been

21  applauded for that, but I was wondering whether or not he

22  would be able to keep the weight off to pass, you know,

23  further physical requirements, which we have since

24  instituted, and I was a little -- I was mostly concerned

25  about whether or not -- the issue with his wife and

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   Crystal.  I didn't see that -- it hadn't been resolved,

2   and I didn't know how that was going to be resolved.

3        Q.    Okay.

4             MS. MERKLIN VON KAENEL:  If I can stop, it's

5   1:30.

6             MS. RANDLES:  All right.

7             MS. OWENS:  Okay.  Can we go off the record.

8   [Break was taken for a conference call to the judge.]

9        Q.    (By Ms. Randles)  Now, it seems like it's

10  been forever ago, but the last time that we were on the

11  record and we were discussing this, we had just talked

12  about the background information concerning John Doe HM,

13  and you indicated that you had some concerns about the

14  relationship he had with Crystal Marshall?

15       A.    Yes.

16       Q.    Okay.  Your concerns about Crystal Marshall,

17  did they have anything to do with the fact it was Crystal

18  Marshall?

19       A.    Partially, but mostly it was because it was

20  an employee of the police -- another employee of the

21  police department.

22       Q.    Okay.  And you said it was partly because of

23  your concern about Crystal Marshall.  What -- what were

24  your concerns in that regard?

25       A.    Well, I think I have already discussed some

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   of the things about Crystal Marshall, and I wasn't really

2   a fond -- I didn't really like Crystal Marshall that much,

3   to put it bluntly.

4           Q.    Okay.   That's fair enough.   Not everybody

5   likes everybody.   But with regard to Crystal Marshall's

6   influence in the environment at the police department, did

7   you find her to be a disruptive force?

8           A.    She was a -- since she's a dispatcher, she

9   really didn't have a lot -- I didn't really have a lot of

10  connections with her.   I didn't -- I didn't supervise her,

11  but I cannot recall anything specifically where she was a

12  disruptive force.   That would probably be a question

13  better for the dispatcher commander at the time.

14          Q.    Okay.   Were you aware of her dating any other

15  individuals who were on the force?

16          A.    On the force?

17          Q.    Yes.

18          A.    I don't believe so.

19          Q.    Okay.   Were you aware of her dating any other

20  police officers in the surrounding communities?

21          A.    Yes, but I don't -- I don't know into what

22  time frame that falls.   I don't know if it was before or

23  after.

24          Q.    Okay.   Who did you know that she had dated at

25  some point?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    A.    Some police officer from Overland.

2    Q.    Was that individual married to your

3  knowledge?

4    A.    Yes.

5    Q.    Okay.  You had indicated that you weren't a

6  fan of her, that you and she didn't get along

7  particularly, and that happens in any organization, but

8  was there any particular issues that you thought Crystal

9  brought to the police force that you didn't care for?

10    A.    I really can't put my finger on anything that

11  she did at work that -- I just didn't like her character

12  overall.

13    Q.    Okay.  Was there ever a time when you were

14  concerned that Crystal Marshall was less than credible?

15    A.    Oh, yeah.

16    Q.    Okay.  And can you describe that for me?

17    A.    Well, the incident that I had with her, I

18  think she was less than credible.

19    Q.    Okay.  And how so?  What did she do?

20    A.    Well, I believe she exaggerated how affected

21  she was by whatever occurred.  I believe she made up what

22  I said.  Now, again, I go back on -- say I yelled at her.

23  There's no doubt about that.  And I may have used some

24  curse words, but there were no curse words directed at

25  her, they were directed in a larger vein, and she took

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   them to -- personally that I was directing them completely

2   at her, and that's the way she presented it, and my

3   understanding is that's the way it was perceived and

4   that's what happened.  I think she lied.

5           Q.    Okay.  Have you ever in your 30-year career

6   been disciplined on any other occasion for cursing at an

7   employee?

8           A.    For cursing at them?

9           Q.    Mm-hm.

10          A.    No.  I yelled at an employee before.

11          Q.    Were you ever disciplined for yelling at any

12  other employee besides Crystal Marshall?

13          A.    Mm-hm.  Yes.

14          Q.    On how many occasions?

15          A.    Once.

16          Q.    How long ago was that?

17          A.    In about the same time frame as that -- that

18  one, afterwards, maybe a year after that.  I don't exactly

19  know the dates, but 2000 and -- I'm not sure.

20          Q.    Okay.  In that situation, did you receive a

21  suspension?

22          A.    Written reprimand.

23          Q.    Okay.  In that situation, did you believe the

24  employee had lied concerning the events in that one?

25          A.    He misunderstood what happened, yeah.  I

1  wouldn't say he lied.  He misunderstood.

2       Q.    Okay.  But where Crystal Marshall is

3  concerned, you believe that she embellished the truth?

4       A.    Yes.

5       Q.    Had you ever heard rumors, and I know this is

6  hearsay, but have you ever heard rumors of Crystal

7  Marshall being -- embellishing a truth or being less than

8  credible?

9       A.    I can't say for a fact.  I just know what I

10 think myself.

11      Q.    Okay.  Do you know if she had a reputation

12 around Creve Coeur as being less than credible?

13      A.    I believe in some.instances, yes.

14      Q.    You say in some instances.  Is there

15 something specific you're talking about?

16      A.    No.  People -- but people talk about one

17 another and say what they -- the character of other people

18 in conversation when things come up about what happened.

19      Q.    Okay.  And with regard to Crystal Marshall,

20 it was your understanding that her reputation was that she

21 was less than credible?

22      A.    That's my belief, that she's less than

23 credible.  I can't say what other people thought.

24      Q.    Okay.  Do you know of any other officer who

25 has undergone counseling who is a police officer?  I'm not

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   going to ask you identifying information.

2          A.     Yes.

3          Q.     Okay.

4               MS. OWENS:  Can I ask you, if you can, speak

5   up a little bit?  I think he's having a hard time hearing

6   the questions still.

7               MS. RANDLES:  Okay.  Chief, can you hear me?

8   This is Rebecca.

9               DEFENDANT BEARDSLEE:  I can hear Stacie fine,

10  every time you talk.

11              MS. OWENS:  That's actually Miss Randles.

12              DEFENDANT BEARDSLEE:  Oh, I understand, but

13  I'm saying I can hear you, Stacie, every time you talk.

14              MS. OWENS:  Oh.

15              DEFENDANT BEARDSLEE:  Okay.  So I'm just

16  stating that.  Okay?  I cannot hear the other speakers

17  consistently.

18              MS. OWENS:  Okay.

19              MS. RANDLES:  All right.

20              MS. OWENS:  I'm sorry to interrupt you.

21              MS. RANDLES:  No.  That's perfectly fine.  I

22  will try to keep my voice up.  I'm losing it.  That's one

23  of the problems.

24              MS. OWENS:  Yeah.

25          Q.     (By Ms. Randles)  Okay.  And again, I am not

BOYD-GWINN REPORTING

141

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   looking for any identifying information of any kind

2   whatsoever concerning any officer in this series of

3   questions.  Okay?

4        A.   Okay.

5        Q.   But how many individuals do you know who have

6   -- are members of the police force -- have been members of

7   the police force that have undergone counseling?

8        A.   Have been or currently are?

9        Q.   [Nodded head].

10        A.   Have undergone what type of counseling?

11        Q.   Any kind of psychological counseling.

12        A.   Oh, okay.

13        MS. OWENS:  Are you going to narrow that in

14   time?  I mean, he's been there 30 years.  Do you want to

15   do 30 years?

16        MS. RANDLES:  Well, if he says 300 --

17        A.   I wouldn't know about those that happened

18   before I became a commander, because that's privileged

19   information, so probably just since -- from 1999 is when I

20   would be more in the loop as to what happens to particular

21   officers.  I can recall two for sure, and there may be

22   more, but I right now can't think of who they might be,

23   but two for sure I can recall have had counseling.

24        Q.   (By Ms. Randles)  Okay.  And with regard to

25   those two, were either of them for marital counseling?

BOYD-GWINN REPORTING

142

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      A.   For marital counseling?

2      Q.   Yes.

3      A.   No.  They were, my understanding is, for fit

4  for duty.

5      Q.   Okay.

6      A.   And now, again, just having recalled that, I

7  believe one of our sergeants because he was involved in a

8  shooting, so that -- but that had nothing to do with -- I

9  believe, so that makes three that I'm aware of now.

10     Q.   Okay.  With regard to the two, not the

11 sergeant who was involved with the shooting, we'll put him

12 aside, but with regard to the other two, was -- did the

·13 counseling in any manner affect their job position?

14     A.   I don't know.

15     Q.   Are both of them still employed by Creve

16 Coeur?

17     A.   No.  One is.  Only one.

18     Q.   Okay.  Do you know if one of them was

19 terminated as a result of the fit for duty examination?

20     A.   I don't know.

21     Q.   Okay.  Were both of these individuals seeking

22 counseling or fit for duty examinations during the time

23 that Chief Beardslee was the chief?

24     A.   One for sure.  The other one, no.

25     Q.   Who was the chief at the time that Beardslee

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  wasn't?

2      A.    Acting chief, Don Kayser.  He was the

3  captain.

4      Q.    And on these two situations, was this

5  individual counseling that they sought or was this a fit

6  for duty evaluation that was requested by the police

7  department?

8      A.    I'm pretty sure they were requested by the

9  police department.  One of them I'm sure, the other one

10  I'm not so sure, because I was actually involved in one of

11  them.

12      Q.    Okay.  And the one that was -- that took

13  place when Chief Beardslee was the chief, is that

14  individual still with the department or is that one

15  terminated?

16      A.    Terminated.

17      Q.    Were you part of the termination process on

18  that situation?

19      A.    No.

20      Q.    Do you know the reasons for -- the

21  termination occurred?

22      A.    Yes.

23      Q.    And what was the reason given?

24      A.    He refused to take a polygraph test or a

25  CVSA.  We use a CVSA.

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    Was it surrounding a particular incident that

2    occurred -- that had occurred?

3    A.    Alleged to have occurred, yes.

4    Q.    Okay.  And was it an incident that occurred

5    at work or was it an off duty incident?

6    A.    Off duty.

7    Q.    Without giving any identifying information,

8    can you describe for me the incident that occurred in

9    which the individual refused to take the CVSA?

10    A.    I don't -- the incident that he's accused of?

11    Q.    Yes.

12    A.    He was accused of -- I don't want to get the

13    term wrong, but I believe it was sexual assault of his

14    daughter.

15    Q.    Is this one that was subsequently prosecuted

16    in the City of St. Louis?

17    A.    St. Louis City arrested him, but never

18    prosecuted him.

19    Q.    Okay.  Aside from these two fit for duty

20    evaluations, do you know of any other individuals who had

21    undergone psychological counseling and the sergeant who

22    was involved in the shooting?

23    A.    I don't recall any.

24    Q.    Okay.  In your estimation, does the fact of

25    counseling in any way raise questions concerning an

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   individual's ability to function on the job?

2        A.    The result?

3        Q.    No.  I'm sorry.  Let me rephrase that.  In

4   your estimation, does the fact that an individual is in

5   therapy or in counseling have any impact on the

6   individual's ability to do his job?

7        A.    Not if he's in -- if he's actually seeking

8   counseling, no.  I mean, I would wait for the

9   recommendation of the counselor or the mental health

10  professional before I determined whether or not the

11  officer was fit for duty.

12       Q.    Okay.  Now, in situations where an individual

13  isn't up for a fitness for duty examination, but he is in

14  counseling for personal issues, does the mere fact that

15  he's in counseling raise any concerns for the Creve Coeur

16  Police Department about his ability to do his job?

17       A.    Well, I would think it would determine -- it

18  would -- it would determine -- it would matter what he was

19  being counseling -- in counseling for, and I am not

20  exactly sure how I would know he was in counseling to

21  begin with unless he told me or she told me what it was

22  for.

23       Marriage counseling, I'm not sure whether that is

24  -- on the face of it have anything to do with fit for

25  duty, --

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    Okay.

2    A.    -- but it could, but I guess it depends on

3    what the person is being counseled for --

4    Q.    Okay.

5    A.    -- and if I even know about it.

6    Q.    Would it raise concern for you to know that

7    one of your officers was in counseling because he had been

8    sexually abused as a child?

9    A.    Not really.

10   Q.    To your knowledge, would it raise concerns

11   among the command staff if an individual were known to

12   have sought counseling for trauma as a child?

13            MS. OWENS:  Objection.  Calls for

14   speculation.  If you know, if you have personal knowledge.

15   A.    I don't know.

16   Q.    (By Ms. Randles)  Okay.  To your knowledge,

17   did the fact that John Doe HM was in counseling prior to

18   12/31 raise any concern among the command staff regarding

19   his ability to perform?

20   A.    We didn't know about it, so it couldn't have.

21   Q.    Okay.  When you say we didn't know about it,

22   I assume you mean that you, Captain Hodak, didn't know

23   about it, correct?

24   A.    I did not know about it.

25   Q.    Okay.  And you said we didn't know about it.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   Do you know if any of the other command staff knew about

2   it?

3           A.    I'm confident that most of the other

4   commanders knew nothing about it.

5           Q.    And why are you confident?

6           A.    Because, since that time, we were notified of

7   it, and we all said, Didn't know it.

8           Q.    Okay.  And who notified you of the fact that

9   he was in counseling?

10          A.    Chief Beardslee.

11          Q.    At what point in time did he do that?

12          A.    Sometime after John Doe HM was terminated.

13          Q.    Okay.  I am going to hand you what's

14  previously been marked as Exhibit 18.  I'll give you a

15  minute to look that over.

16          A.    A minute probably is not going to be long

17  enough.

18          Q.    Okay.  You may have as much time as you like

19  to look it over.

20          A.    Okay.

21          Q.    Okay.  Do you recognize the document I handed

22  you that's been previously marked as Exhibit 18?

23          A.    Yes.

24          Q.    Can you describe for me what that exhibit is?

25          A.    Well, it's a -- I was looking at the front

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   here.  It appears to be a six-month evaluation of Officer

2   John Doe HM's performance.

3            Q.     Okay.

4            A.     It's marked six-month and annual, and that's

5   what I was kind of trying to determine, which one it was.

6            Q.     Okay.  Now, I have also given you Exhibit

7   19, --

8            A.     Mm-hm.

9            Q.     -- and I'm wondering how these two documents

10  fit together.

11           A.     Is this -- this is from this?

12           Q.     No.  I -- it appears to me that Exhibit 19

13  has your signature down at the bottom; is that correct?

14           A.     Yes.

15           Q.     Okay.  So Exhibit 18, is this the document

16  that comes to you from the -- from the sergeants, the

17  supervising sergeants?

18           A.     This is the template of the document, and,

19  yes, it would be, but I can't determine what the date --

20  oh, here's the date on here.  Okay.  This is probably his

21  -- his -- his final evaluation, before he's either

22  recommended or not recommended to come off probation, and

23  this would be attached.  The final score is attached to

24  the back of the evaluation.

25           Q.     Okay.  So Exhibit 18 and 19 would actually be

1  the same document, it would be part of the same document?

2      A.    It should be, but I'm going to verify this

3  here.  Yes.  It looks like the scores are the same scores

4  down here, so it would be the -- should be from the same

5  document, yes.

6      Q.    Okay.  And with regard to this document,

7  which sections did you have any input concerning?

8      A.    Oh, I couldn't tell you without looking at my

9  officer performance files myself, but it would depend on

10  whether I agreed or didn't agree with what the verbiage

11  was in some of these statements and whether or not I could

12  point to the fact that this is the reason I don't agree

13  with this.

14      Q.    Okay.  And then so do you then -- when this

15  document comes to you for your review, do you have the

16  opportunity to change the information that's on it?

17      A.    Suggested changes, but if the sergeants are

18  adamant about the fact that that's what they feel, then I

19  don't make them change it.

20      Q.    Okay.  All right.  I was just curious how

21  that process worked.  All right.

22      A.    I suggest changes where I think they're

23  appropriate or I see something that the sergeant hadn't

24  seen, which happens occasionally, and I say, We'll put in

25  a little note off to the side and say, Did you realize

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  this, this or this, and if the sergeant said, No, I

2  didn't, and does that -- does that change the score of the

3  officer, yes or no, sometimes good, sometimes bad.

4       Q.   Okay.  Now, on this particular one, is it

5  safe to assume this is the final document since it has

6  John Doe HM's signature on it?

7       A.   Well, since they're detached, they're usually

8  together, but the scores are exactly the same.  If you

9  look at the bottom of one of the pages, like page number

10  eight, which is essential job function five, it says,

11  Total rating is .33.  If you look on here, it's .33.  They

12  all match, so it appears as though it's from the same

13  document.

14       Q.   Okay.  Okay.  And then this would -- since it

15  appears that they're from the same document, it would also

16  appear that this is the final document?  This is the final

17  approved document?

18       A.   With -- with the fact except for my memo,

19  which I would have attached to this also, that says he's

20  off probation.

21       Q.   Okay.  So this document -- document 18 should

22  actually include 18, 19 and whatever number your

23  memorandum was?

24       A.   Yes.  My memorandum would be attached to

25  this.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    Okay.  Okay.  And you have had an opportunity

2    to review the -- the performance appraisal.  Was there

3    anything in the performance appraisal that at this time

4    you disagree with?

5    A.    That I disagree with now?

6    Q.    Sure.

7    A.    It's very difficult to say, because we're not

8    in the same time frame.

9    Q.    Sure.  Is there anything in the performance

10   appraisal that you recall you disagreed with at the time

11   that it was written?

12   A.    No.  I don't recall.

13   Q.    Okay.  Now, there was -- in the performance

14   appraisal, there is an indication that Mr. John Doe HM had

15   said something negative about command staff.  It's on page

16   six, performance criteria 3(d), He has been heard by

17   command staff as making negative comments.  Do you recall

18   anything about that?

19   A.    No.

20   Q.    Okay.  This indicates on the very front page

21   that Sergeant Kellogg and Sergeant McCrary are the

22   supervisors.  Would this document have been prepared

23   jointly by them, or is one of them responsible for

24   preparing the evaluation?

25   A.    They do it together.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.    Okay.

2      A.    Now, one sergeant will probably do the actual

3  typing, but he takes information from the other sergeant,

4  and they're encouraged to do them together.

5      Q.    Okay.

6      A.    In this particular case, I can't speak for

7  whether they did this one together themselves, but

8  Sergeant McCrary and Sergeant Kellogg were always pretty

9  good at doing information together.

10     Q.    Okay.  All right.  So one person isn't

11 responsible for the appraisal, it's whoever the

12 supervising sergeants are?

13     A.    Team.  Supervising team.

14     Q.    Okay.  Now, do you recognize the other

15 signatures on here?  I'm having difficulty reading them,

16 and so I was just wondering if you knew whose signatures

17 those were.

18     A.    Signature, employee, is John Doe HM.

19 Supervisor one is James Kellogg.  Supervisor two is

20 Charles McCrary.  And then I'm the department division.

21     Q.    Okay.  Thank you.  Okay.  If you would look

22 at the essential job functions number four, safety, that

23 -- it states, Officer John Doe HM uses good safety

24 practices during his traffic stops.  What does that mean?

25     A.    Well, he -- essentially what officers do when

BOYD-GWINN REPORTING

153

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   they stop a car is the -- whether they offset their

2   vehicle from perpetrator they're stopping, whether they

3   angle their car to give themselves cover, whether they

4   approach their car correctly, you know, from the driver's

5   side or the passenger side approach, how they interact

6   with the driver, you know, whether they stand in the fatal

7   funnel or whether they don't stand in the fatal funnel,

8   whether the door can -- the door can open up and hit them

9   and knock them into the roadway, how they proceed back to

10  their unit to write a ticket so they don't turn their back

11  on the violator, how they're sitting in the car while

12  they're watching the violator to make sure they look up

13  once in a while to make sure the guy don't jump out and

14  shoot them, there's a whole bunch of things that go along

15  with the safety of a traffic stop.

16          Q.   Okay.  Okay.  And I would assume that it is

17  imperative for the safety of the officer that they engage

18  in -- avoid high-risk behaviors such as standing right

19  where the door could knock them into traffic and that kind

20  of thing?  It's a safety --

21          A.   It's a safety --

22          Q.   Yeah.

23          A.   -- for their own safety.

24          Q.   For their own safety.  Okay.

25          A.   Yes.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.    Now, have you had any input in the position

2  statement that was filed in this matter with the EEOC?

3      A.    Since I don't know what that is, I am going

4  to have to say no.

5      Q.    I'll show you the position statement, but I

6  am going to assume that your answer is going to remain the

7  same.  Okay.  I am going to show you what's previously

8  been marked as Exhibit 29, and have you ever seen that

9  document before?

10     A.    No.

11     Q.    Okay.  Now, a position statement is a

12  statement of position for the city that is given to the

13  EEOC, and did you ever -- I don't want to know what was

14  said, but did you ever meet with attorneys concerning

15  information found in that statement?

16     A.    No.

17     Q.    Okay.  Did you ever have any incidence

18  involving John Doe HM in which you believe that he showed

19  issues of poor judgment?

20     A.    I believe the auto accident that he had was

21  pretty poor driving judgment.  I believe it was his fault,

22  and if I recall correctly, he failed to yield.

23     Q.    Okay.  Are auto accidents something that

24  happen occasionally at the police department?  Police

25  officers are --

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      A.   You are talking to the wrong person there.

2      Q.   Okay.

3      A.   I -- I disagree with that they should happen
4  occasionally.

5      Q.   Okay.  Do they happen occasionally?

6      A.   Yes.  They do.

7      Q.   Okay.  Approximately how often would you
8  estimate in the last two years has there been an auto
9  accident by a police officer?

10     A.   Probably one a month.

11     Q.   One a month?  Okay.  So although it shouldn't
12  happen, it's something that does happen periodically?

13     A.   Yes.

14     Q.   Okay.  Has anyone ever been terminated as a
15  result of an auto accident to your knowledge?

16     A.   Not yet.

17     Q.   Okay.  And I would assume then that John Doe
18  HM's termination had nothing to do with the auto accident?

19     A.   Nothing.

20     Q.   Okay.  Aside from the auto accident, are
21  there any other issues of poor judgment that you believe
22  John Doe HM showed?

23     A.   Again, you know, not being in the same time
24  frame, I can't recall things, but there was a dust-up that
25  he had with his supervisors somewhere, and I don't recall

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  exactly what happened.  It was basically left between the

2  two sergeants.  I don't know exactly what caused it and

3  how it transpired.

4       Q.  Okay.  And do you know whether or not any

5  discipline was meeted out to any individual involved in

6  that dust-up?

7       A.  I didn't and I don't think anybody did.

8       Q.  Okay.  Aside from those, are there any other

9  incidents that you believe showed poor judgment on behalf

10  of John Doe HM?

11       A.  If I go back to the evaluation, leaving his

12  sector and leaving the City of Creve Coeur without

13  notarizing -- or I'm sorry -- being authorized by his

14  watch commander is not a good thing.  That shows not real

15  good judgment.  Calling out -- getting out of his police

16  car without calling out that he's out of the car is a big

17  violation of my policy.

18       Q.  Okay.  Why is that?  Is that a safety issue?

19       A.  Safety issue.  We want to know whether -- if

20  they walk inside some place, you want to know -- if

21  something happens in the business and the business calls

22  and says, Something is going on, you got a cop in here, we

23  have no idea who it is, and he won't get any help either.

24       Q.  Okay.

25       A.  So we need -- officers on our department are

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  mandated to call out when they get out of their police car

2  for business checks/walkthroughs, bathroom breaks, meals.

3  Whatever it is, they are mandated to go on the radio and

4  call out what their location is.

5       Q.    Okay.  Can you tell from the document whether

6  that was a habit or was it something that had --

7       A.    Well, if it makes it in here, it's probably

8  something that he does more than just once.

9       Q.    And when you say makes into there, you mean

10  into the evaluation?

11       A.    Yes.  If it makes it into the evaluation, it

12  is not a one -- usually not a one-time occurrence.  There

13  are things that occur that are so severe that are one-time

14  occurrence that have to make it into here, but for the

15  most part, things -- the whole idea of the coaching is to

16  make the person aware of what they're not doing correctly

17  or doing correctly, to keep it up, or not keep it up, and

18  if it makes it into here, it means that he hasn't

19  responded to the coaching that he was given.

20       Q.    Okay.  Now, with regard to that, with regard

21  to his leaving the sector and failing to tell others that

22  he was getting out of his police car, did either of those

23  play any role in his termination?

24       A.    No.

25       Q.    Is it fair to say that the only reason he was

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  terminated was because of the event of 12/31?

2         A.    That would be my belief.

3         Q.    Okay.  Okay.  Now, I just have a little bit

4  of cleanup.  There's some documents that have your name on

5  them, so I would like you to identify them for me and we

6  will run through that very quickly.

7               MS. RANDLES:  Would you mark this as exhibit

8  next.

9               [Reporter marked Exhibit 50.]

10        Q.    (By Ms. Randles)  Now, the first one I am

11 giving you, actually I don't -- it doesn't appear to have

12 your -- your signature on it, but I was wondering two

13 things; first, can you tell me whose signatures those are?

14 I can see Beardslee, but the other two, can you tell me

15 who those signatures are?

16        A.    The assistant to the city administrator looks

17 like Jason Christianson.

18        Q.    Okay.

19        A.    And approved by city administrator is Mark

20 Perkins.

21        Q.    Okay.  Now, have you seen a form like this

22 before?

23        A.    Yes.

24        Q.    What is the purpose of this form to your

25 knowledge?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1       A.    This is a personnel action form that is

2    usually completed by the chief of police and sent to the

3    city administrator to document the fact that the person

4    has either been taken off probation, extended probation,

5    pay change, transfer, a whole bunch of different things

6    that can happen to an employee.  They're all kind of

7    stated right here what could happen to you, --

8       Q.    Okay.

9       A.    -- but I've seen them mostly because I have

10   gotten them because of pay increases and promotions.

11      Q.    Okay.  And these are the kinds of documents

12   then that go into the official personnel file?

13      A.    I can't say with a fact, but I'm sure that's

14   where they go.

15      Q.    Okay.

16      A.    I don't -- I haven't really --

17      Q.    Not your bailiwick?

18      A.    No.  Not my bailiwick.  I like that.

19      Q.    All right.

20            [Reporter marked Exhibit 51.]

21      Q.    (By Ms. Randles)  Okay.  Would you please

22   turn to the last page of the document that's just been

23   marked as Exhibit 51.  Is that your signature at the end

24   of this document?

25      A.    Yes.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    Okay.  Now, do you recognize this document?

2    A.    This is the field training document for when

3  a person gets off -- for when an officer is considered to

4  be removed from field training; however, it has been

5  changed since here -- since this time.

6    Q.    Okay.

7    A.    There's now 31 criteria.

8    Q.    Okay.  And going again to the last page where

9  it says comments of patrol division commander, is that

10  your writing?

11    A.    Yes.  It's my printing.

12    Q.    Okay.  It says, Officer John Doe HM has

13  demonstrated proficiency in all areas?

14    A.    Yes.

15    Q.    There do not appear to be any major areas of

16  concern at this point?

17    A.    Yes.

18    Q.    I recommend his release from field training?

19    A.    Yes.

20    Q.    Okay.  So is this the official document then

21  that released him from his field training?

22    A.    Yes.

23    Q.    Okay.  Okay.  I will hand you what's been

24  previously marked as Exhibit 14.  Can you describe for me

25  what this document is?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    A.    This is a periodic review that I send to the

2  sergeants.  I do a lot of auditing of various functions

3  that police officers are supposed to do, and this has --

4  this is concerning paperwork problems, correction notices,

5  that I send to every -- although this says to -- on the

6  "to" line, those are all the sergeants, Chellis, Kellogg,

7  Lively, McCrary, Romas and Williams at the time, and it's

8  to let them know that these officers need more attention

9  to their various mistakes on paperwork.

10    Q.    Okay.  And do you put every officer that

11  needs work on their paperwork in the same form, or do you

12  send it by watch or by commander?

13    A.    I usually send it to probably one, big,

14  generic email, --

15    Q.    Okay.

16    A.    -- with -- there might be some exceptions to

17  that, but most of the time, corrections like this are a

18  generic email to the supervisors, all of them.

19    Q.    Okay.  And how often would you send this kind

20  of email?

21    A.    Well, booking -- paperwork mistakes, probably

22  every six months.  Warrant applications, probably every

23  two months.  Traffic enforcement is every month.  Racial

24  profiling is every month.  Evidence submittal is maybe

25  every six months.  There's just a whole mess of stuff that

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    I audit.

2           Q.    Okay.  And you said that, for example,

3    paperwork was every six months.  Do you actually calendar

4    that in six months, I am going to review all the paperwork

5    and then send it out, or is that just kind of the way it

6    happens?

7           A.    No.  The -- in this particular case, the

8    records clerks are the ones who generate this, and they

9    send it to me, so there's like little ticklers all over

10   the place that say this is the time for this, and they

11   send it to me and I take care of it.

12          Q.    Okay.  So this is something then that is --

13   you routinely do?

14          A.    Mm-hm.

15          Q.    That every six months, the records clerks

16   will give you information and then you send it out?

17          A.    That doesn't mean every six months that I

18   send something out, because there might -- the records

19   clerks thinks there's a problem, I may not think it's the

20   same problem, so there may not be any issues --

21          Q.    Okay.

22          A.    -- occasionally.

23          Q.    Okay.  And I assume the same kind of process

24   occurs with the -- the traffic?

25          A.    Traffic stops?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    Traffic stops?

2    A.    I do that monthly, yes.

3    Q.    Okay.  So this is not the only one of these

4  that you have ever sent out?

5    A.    Oh, no.

6    Q.    Okay.  Okay.

7         MS. RANDLES:  Would you mark this as Exhibit

8  52.

9         [Reporter marked Exhibit 52.]

10   Q.    (By Ms. Randles)  Is the printing on Exhibit

11 52 your handwriting?

12   A.    Yes.

13   Q.    So you filled out this sick leave report?

14   A.    Yes.

15   Q.    And was it filled out on behalf of John Doe

16 HM?

17   A.    Well, John Doe HM didn't fill it out himself.

18 It might have been at the direction of the chief.

19   Q.    Okay.  Do you recall whether or not the chief

20 told you to fill it out?

21   A.    I don't recall specifically, but I certainly

22 didn't do it on my own volition.

23   Q.    Okay.  I'm having some difficulty reading the

24 -- it's hours of absence from 7:00 a.m. to 3:00 p.m.,

25 total time absent.  Is that 40?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      A.    Forty hours.  That's a week.

2      Q.    Okay.  Can you describe for me what the

3  purpose of this form is?

4      A.    When officers call in sick, this is a

5  standard form that's filled out for -- it's been updated

6  since then, it looks a little bit different, but

7  essentially the information is the same.  The officer

8  calls in sick, someone takes the message and puts in the

9  cause of absences, what's the cause, and then when the

10 person is supposed to -- if he's consulted a doctor and

11 whether or not his -- he's expected to return to work, --

12     Q.    Okay.

13     A.    -- and then normally it goes to division

14 commander, and I sign it and send it to the chief's

15 office.

16     Q.    Okay.  And it actually says, Message taken

17 by.  Is that your --

18     A.    Yeah.  That's my signature.

19     Q.    -- your signature?  Okay.  And time called

20 in, at 1500 hours on 12/31/05?

21     A.    Is that the -- that's the time that I got the

22 call probably at my house.

23     Q.    Okay.

24     A.    Somewhere in that area.

25     Q.    All right.  Then the message taken by, this

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    was a message -- it wasn't taken from John Doe HM,

2    correct?

3         A.    No.

4         Q.    So this 12/31/05, 1500 hours, is that

5    referring to your receipt of the telephone call from

6    Sergeant Chellis?

7         A.    I believe so.

8         Q.    Okay.

9         A.    But it's probably not exact what time I got

10   the phone call.  This was done to -- for the most part to

11   give the reason why he wasn't at work.  There has to be a

12   reason why somebody isn't working, there has to be some

13   paperwork that follows, and this was done to show that he

14   wasn't going to be at work.

15        Q.    Okay.  All right.

16             [Reporter marked Exhibit 53.]

17        Q.    (By Ms. Randles)  Okay.  I have just handed

18   you what's been marked as document -- as Deposition

19   Exhibit No. 53, and recommendation of division commander,

20   is that your signature?

21        A.    Yes.

22        Q.    Can -- do you recognize this form?

23        A.    It's a request for permission to engage in

24   outside employment.

25        Q.    Okay.  And do you recall having approved that

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  Mr. John Doe HM be allowed to engage in outside

2  employment?

3          A.    I don't specifically recall it.  No.

4          Q.    Okay.  What is the purpose of this form?

5          A.    It is to make sure that -- if the officer

6  wants to work outside the police department, that his

7  other job doesn't conflict with his police officer's job,

8  his police job.  There's various things that he can and

9  cannot do so that the police department doesn't become the

10 second job, so to speak.  So being a police officer is his

11 first job, and there are certain things in our SOP that

12 you cannot work as, like a bartender or things like that.

13 So it's to make sure that whatever job he's putting -- his

14 secondary job he's putting in for, that it conforms with

15 our guidelines and SOP, so people check it to make sure

16 that it's -- and that it doesn't -- and he doesn't work so

17 many hours at it that he be tired for his police job and

18 things of that nature.

19         Q.    Okay.  And in this particular situation, it

20 appears that he was going to be engaging in some IT work?

21         A.    It says here sales networking, wiring of

22 computers and networks.

23         Q.    Okay.  So that there was no prohibition

24 against him engaging in IT work along with his job as

25 police officer?

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      A.    No.  It apparently mandate -- conformed to

2  what our SOP was at the time.

3      Q.    Okay.  And this -- in order for this kind of

4  request to be approved, does it require all three

5  signatures?

6      A.    Yes.

7      Q.    Okay.  So you couldn't approve alone the

8  permission to engage in outside employment?

9      A.    Well, at any point, it can be for the most

10 part denied by either the chief of police or the city

11 administrator.

12     Q.    Okay.

13     A.    And at that time, Captain Kayser was the

14 acting chief of police.

15     Q.    Okay.  Now, you know, most of these we're

16 going to identify through the 30(b), so my inclination is

17 not to have Captain Hodak further identify documents.

18          MS. OWENS:  I don't want to -- I hate for you

19 to do it twice, so --

20          MS. RANDLES:  Yeah.  That's kind of my -- my

21 thinking, because I have got a bunch of documents to

22 identify, but it's my inclination -- we have been on the

23 record for a long time.  I know that Lorena has some

24 questions to follow-up with, so -- and -- well, are you

25 willing to stipulate to the authenticity of the documents

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   that you have produced?

2           MS. OWENS:  Yeah.  I mean, I think you will

3   go through them with the 30(b) and/or when you take Mr.

4   Beardslee's deposition, because I think you and I

5   discussed he's better apt to answer some of those than the

6   30(b) person, but, yeah, to the extent that we provided it

7   to you under Rule 26 disclosure, then it was part of the

8   personnel file.

9           MS. RANDLES:  Okay.  All right.  Then, in

10  that case, I'll turn the questioning over to Lorena at

11  this time.

12          MS. MERKLIN VON KAENEL:  Chief Beardslee, can

13  you hear me if I speak like this?

14          DEFENDANT BEARDSLEE:  I've been able to hear

15  -- excuse me for the way I say this, but I've been able to

16  hear clearly the female voices this afternoon.

17          MS. RANDLES:  Okay.  Good.

18          MS. MERKLIN VON KAENEL:  I'll take that as a

19  yes.

20          MS. OWENS:  I was just going to say, before

21  you start, real quick, because Chief Eidman just reminded

22  me of something, we sent these out before the protective

23  order.  I probably need to reissue them to you with a

24  confidentiality stamp, or if you can agree, because a lot

25  of them, they obviously contain information about your

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   client, --

2               MS. RANDLES:  Right.

3               MS. OWENS:  -- and to some extent, they may

4   contain information in the personnel files about other

5   people as well, so any of the documents that go along with

6   these depositions would all be under the confidential --

7   under the protective order as far as disclosure to outside

8   people.

9               MS. RANDLES:  Okay.

10              MS. OWENS:  And we can talk about that more

11  specifically off the record, and we'll probably need to

12  reissue them to you with a stamp on them.

13              MS. RANDLES:  All right.  And actually, if

14  you need to go through them, you just give me a list of

15  the numbers that you consider confidential, I won't

16  require you to reissue them.

17              MS. OWENS:  Okay.  That sounds perfect.

18         Sorry, Lorena.

19              MS. MERKLIN VON KAENEL:  No problem.

20                   CROSS-EXAMINATION

21  QUESTIONS BY MS. MERKLIN VON KAENEL:

22         Q.    Officer -- Lieutenant Hodak; is that correct?

23         A.    Captain.

24         Q.    Captain?  Oh, I can never remember the -- the

25  names.  Captain Hodak, my name is Lorena Merklin von

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  Kaenel, and I represent St. Louis County Police Officers

2  Thomeczek and Lasater and Chief Lee of the St. Louis

3  County Police Department, and if you -- same rules.

4      If you don't understand something I'm saying, I am

5  not clear enough, or you can't hear what I'm saying, just

6  ask me to repeat the question and I will be happy to do

7  it, and I don't have that many questions.

8      I just want to confirm that -- and I am going to go

9  back to some of the questions that Miss Randles has asked

10  you.  You stated that you created Exhibit No. 23, which is

11  the investigative report for the incident that occurred on

12  12/31 of 2005; is that correct?

13      A.   Yes.

14      Q.   Okay.  And that's everything -- that contains

15  all your notes with respect to the people you spoke with,

16  and that involves everything you did with respect to this

17  incident; is that correct?

18      A.   Yes.

19      Q.   Okay.  And then that report was handed to

20  Chief Beardslee; is that correct?

21      A.   That -- that -- this report (Indicating) was

22  done at the direction of Chief Beardslee.

23      Q.   Okay.  And then you would have given it to

24  Chief Beardslee?

25      A.   Yes.

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    And would you have given it to anybody else

2  for further follow-up?

3    A.    No.

4    Q.    Okay.  And with respect -- and then any

5  investigation following that, would it have been at the

6  direction of Chief Beardslee?

7    A.    Any further investigation of this would have

8  been at the direction of the chief, yes.

9    Q.    And you didn't -- and you didn't order any

10  further investigation?

11    A.    The only thing I did was call Sergeant

12  Lasater for a copy of the police report.

13    Q.    Okay.  And -- and just remind me.  It does

14  refer to a police report in -- in your investigative

15  report there in Exhibit No. 23.  Would that have been the

16  police report you received from Police Officer Lasater of

17  St. Louis County?

18    A.    I'm looking at a copy of his report.  Right.

19    Q.    You know what, why don't we do this.  I'm

20  going to make this a little bit easier for you.  I am

21  going to hand you what I am marking as Exhibit No. 54 and

22  I will ask you to look at it.

23            [Exhibit 54 was marked.]

24    Q.    (By Ms. Merklin von Kaenel)  I am going to

25  hand you No. 54, and will you look at that for me, and is

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  that the -- is that -- does that look like the police

2  report you received from Sergeant Lasater?

3       A.   It's got the same number, it's in a little

4  bit different format because CARA has changed its format,

5  but it is the report that I remember getting from Sergeant

6  Lasater, from -- from one of the officers in St. Louis

7  County who sent it.

8       Q.   And if you wouldn't mind looking at it, it

9  consists of four pages, and there's some substantial

10  narrative on page three and part of page four.  If you

11  wouldn't mind refreshing your recollection about the

12  report now, I would appreciate it.  Would you mind just

13  looking it over for me?  I'm sorry.

14       A.   Okay.

15       Q.   You stated that you had had a conversation

16  with Sergeant or Police Officer Lasater.  Is this report

17  consistent with any kind of information you guys talked

18  about?  Was there anything that you guys talked about

19  other than what's in this police report or different?

20       A.   Nothing --

21       Q.   I think you said you don't remember exactly

22  what you two spoke about; is that right?

23       A.   I don't recall speaking with Sergeant Lasater

24  about anything else.

25       Q.   Okay.  But is what is in this police report

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  consistent with what you may have spoken to him, maybe

2  some of the things you may have learned?

3          MS. RANDLES:   Objection.

4      Q.    (By Ms. Merklin von Kaenel)  Well, go ahead.

5  Subject to her objection, you can still answer.

6      A.    Can you say that again?

7      Q.    Sure.  Is -- is the report consistent with

8  what you learned about from Police Officer Lasater about

9  the event of 12/31 of '05?

10     A.    Yes.

11     Q.    Okay.  Did you have any other -- other than

12 the conversation that you had with Police Officer Lasater

13 with respect to the event 12/31 of '05 and other than the

14 conversation you had with Police Officer Lasater to get

15 the police report, are there any other conversations you

16 had with any St. Louis County Police Department employees?

17     A.    No.

18     Q.    Okay.  And I'm going to ask you, and I think

19 you have it in front of you, it's -- well, let me get it

20 -- Exhibit No. 29.  Miss Randles I think identified it as

21 an EEOC position statement.

22     A.    I don't have that in front of me.

23     Q.    You don't have it in front of you?

24     A.    No.

25     Q.    Let me get it for you then.

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      A.     I've got a copy now.

2             MS. MERKLIN VON KAENEL:   Oh, thanks, Rebecca.

3      Q.     (By Ms. Merklin von Kaenel)   And then I am

4  going to turn your attention to page two, and I am going

5  to ask you to look at the very last paragraph that has

6  three sentences and continues to the second page -- I'm

7  sorry, that would be the third page.   So it starts with,

8  Upon completion of the investigation, it was determined

9  that --

10     A.     Okay.   Do you want me to read that out loud?

11     Q.     No.   You can just read it to yourself.

12     A.     Okay.

13     Q.     And while the document speaks for itself, I

14  am going to attempt to summarize it.   It states that Mr.

15  John Doe HM was engaged in conduct unbecoming of a police

16  officer, in violation of SOP 121.02 and 262.02C2, carrying

17  an unauthorized secondary weapon.   Is that how you read

18  it?

19     A.     Yes.

20     Q.     And is that to your understanding some --

21  some of the bases why Mr. John Doe HM was terminated?

22     A.     Yes.

23     Q.     And SOP 121.02 and SOP 262.02C2, those are

24  Creve Coeur standards?

25     A.     Standard op -- yes.   SOP --

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    And those are the terms of your employment as

2  as a police officer; is that correct?

3    A.    The SOP?

4    Q.    Yes.

5    A.    Yes.

6    Q.    Particularly 121.02 and 262.02C2, those are

7  two terms -- you must follow these SOPs as a part of your

8  employment with Creve Coeur; is that right?

9    A.    Yes.

10    Q.    Okay.  And then it continues, and I am going

11  to dare to summarize it again, that he was in violation of

12  SOP, and this is very much towards the end, SOP 121.04,

13  unable to physically or mentally perform duties.  Was that

14  also your understanding, that that was one of the bases

15  for which he was fired --

16    A.    Yes.

17    Q.    -- or terminated?

18    A.    Yes.  It is.

19    Q.    Okay.  So it's those three bases -- at least

20  those three bases why he was terminated?

21    A.    As far as I know.

22    Q.    As far as you know.  That's all I'm asking,

23  sir.  And as far as you know, was there anything that --

24  just as far as you know -- that took -- that converted Mr.

25  John Doe HM's employment from probationary to permanent,

BOYD-GWINN REPORTING

176

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  any act by the chief that made him a permanent employee of

2  Creve Coeur?

3         A.    No.

4         Q.    Was there anything, as far as you know, and

5  we spoke a little bit about the two guns, that gave Mr.

6  John Doe HM the permission to carry the Walther as an off

7  duty or secondary weapon?

8         A.    No.

9         Q.    And the ability to carry that Walther that he

10 was qualified for, that really wouldn't have come out

11 until mid-January, that list?

12        A.    Sometime after January 15th, usually before

13 January --

14        Q.    So in 2006, that was the practice?  It would

15 come out sometime around the middle of January?

16        A.    Yes.

17        Q.    And so officers wouldn't know really until

18 mid-January for what they would have gotten official

19 approval for --

20        A.    Correct.

21        Q.    -- to carry?

22        A.    Correct.

23        Q.    Okay.  Thank you.  And I am going to ask you,

24 and if you don't have it, I'll give you my copy to look

25 at, Exhibit No. 49, and I believe that was a memo that

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Officer DeGhelder, Steve DeGhelder, addresses to you, and

2    I have another copy if you don't have it.

3          A.    I have it.

4          Q.    Okay.  All right.  Is this a memo that you

5    remember receiving?

6          A.    Until I reviewed some things, no.

7          Q.    Okay.  So you don't know when you would have

8    received it?

9          A.    No.  I do not.

10         Q.    Okay.  And -- well, I guess I'm going to ask

11   you to speculate, but that's the beauty of depositions

12   sometimes, you can do that.  If you had known this

13   information, Crystal -- and I am going to read just from

14   the memo -- Crystal said John Doe HM had assaulted her and

15   threatened her at her residence.  Crystal said John Doe HM

16   threatened to commit suicide, and when she went to his

17   residence, he had a gun, a towel and a suicide note.

18   Would that have given you concern with respect to Mr. John

19   Doe HM?

20               MS. RANDLES:  Objection.  Calls for

21   speculation.

22         Q.    (By Ms. Merklin von Kaenel)  You may answer

23   the question.

24         A.    Absolutely.

25         Q.    And would that have been -- caused an

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    investigation of Mr. John Doe HM?

2        A.    Yes.

3        Q.    And could that have also been the basis for

4    termination after investigation?

5        A.    If it was sustained, yes.

6        Q.    After investigation?

7        A.    Yes.

8        Q.    Okay.  And I am going to ask you, and I know

9    I may be almost asking you to repeat what you said to me,

10   but I have to ask the question a different way, do you

11   remember using this memorandum or the information in this

12   memorandum of what Steve DeGhelder told you with respect

13   to this as part of your investigation of. Mr. John Doe HM?

14       A.    No.  I did not use that.

15       Q.    Okay.  You stated that you attended the

16   terminating -- termination meeting that included Chief

17   Beardslee and Mr. John Doe HM; is that correct?

18       A.    Yes.

19       Q.    And at that meeting, did Mr. John Doe HM

20   dispute Chief Beardslee's charges against him -- reasons

21   for termination?  I'm sorry.

22       A.    I don't recall John Doe HM saying anything

23   substantial with regards to what happened.

24       Q.    Okay.  And do you remember whether -- only to

25   your knowledge -- whether he subsequently wrote a letter,

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  memorandum or other document where he explained his side

2  of the story to Beardslee and asked for some kind of

3  reconsideration of his employment?

4       A.    I know nothing about that at all.

5       Q.    Okay.  And there's some discussion about a

6  post being issued, and that is Exhibit No. 30, a notice to

7  post.  Do you have it?

8       A.    No. 24?

9       Q.    No. 30.

10       MS. OWENS:  I have a copy of it.

11       A.    No. 30.  I have it, but --

12       Q.    (By Ms. Merklin von Kaenel)  Were you

13  involved in that?

14       A.    No.  That's -- the chief of police does that.

15       Q.    And is it your understanding that only the

16  employing police department can issue posts?

17       A.    Memo -- memos?

18       Q.    Yes.

19       A.    The chief of police of the -- yeah.  The

20  chief of police is the only one that sends that to post.

21       Q.    All right.  And that's the chief of police

22  that employs the police officer; is that correct?

23       A.    Yes.  Yes.

24       Q.    Okay.  And then with respect to the safety

25  alert which was the employee's safety alert Exhibit No.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   24, do you remember that?

2        A.    Yes.

3        Q.    Okay.  I just want to make sure you have it

4   in front of you.

5        A.    Yeah.  I have it.

6        Q.    That was issued as well by Chief Beardslee;

7   is that correct?

8        A.    Yes.  It was.

9        Q.    And that was internally distributed only to

10  your knowledge?

11       A.    On the bulletin boards only as far as I know.

12       Q.    Within the Creve Coeur Police Department?

13       A.    Yes.  Within the Creve Coeur Police

14  Department.

15       Q.    And I am going to -- now, I am going to go

16  back to something you said earlier in your deposition.  I

17  had some questions, and I am just -- it's going to be a

18  little erratic, but I'm going to go from the beginning and

19  try to track what Miss Randles was asking you, and I

20  thought of some questions as we were going along.

21            The two police officers that were sent to mental

22  health professionals during their employment with Creve

23  Coeur, you stated there was one that was employed and one

24  that's currently still employed.  One eventually was --

25  was terminated, and the -- there was one sergeant that was

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  sent for a mental exam because of a shooting?

2       A.    Yeah, critical stress incident management.

3       Q.    Were any one of those probationary employees?

4       A.    No.

5       Q.    All right.  And you have -- you have now

6  looked at the allegations -- I'm sorry.  You have read or

7  looked at the police report, which is Exhibit No. 54, and

8  I am going to ask you to look --

9            MS. MERKLIN VON KAENEL:  Do you have 47,

10  Stacie?

11           MS. OWENS:  Here's 47.

12      Q.    (By Ms. Merklin von Kaenel)  That was a

13  deposition exhibit from Mr. John Doe HM's deposition.   I

14  am going to ask you a little bit -- I am going to ask you

15  for your opinion.  You have been a police officer for 30

16  years; is that correct?

17      A.    Yes.

18      Q.    And you did -- you've been through the

19  academy and through in-service training for 30 years?

20      A.    Yes.

21      Q.    And you were a road officer for, what, almost

22  nine years?

23      A.    Yes.

24      Q.    And you have had -- tell me -- you have

25  pulled over many people in your career with Creve Coeur?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1   A.   Yes.

2   Q.   Hundreds, maybe thousands; is that fair?

3   A.   Fair.

4   Q.   Okay.  And No. 47, I will pose to you that

5   this is a drawing prepared by Mr. John Doe HM, and he

6   prepared this at a deposition that occurred in the line of

7   a certain amount of questioning, and the triangle that you

8   see at the -- the big triangle that you see at the bottom

9   with a W in the left bottom corner is a parking lot off

10  Highway 21.  Are you familiar with -- I mean, it has a

11  Wendy's or used to have a Wendy's.  Are you familiar with

12  this area?

13  A.   Somewhat.

14  Q.   Somewhat.  And it's south of the hospital,

15  the St. Anthony's, and it's -- it would be located -- in

16  relation to St. Anthony's, which has the big X all the way

17  to the right, it's located to the left of the X.

18  A.   Okay.

19  Q.   And south of 270, south of the hospital, and

20  where there says FB with a circle, it's a bank on a

21  corner.  Sound familiar, kind of, sort of?

22  A.   Yeah.  I'm familiar with the area, but I

23  can't say that I'm 100 percent familiar with that parking

24  lot.

25  Q.   That's okay.  I appreciate your candor.  In

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  pulling -- tell me something.  Why do police officers,

2  when they pull somebody over, why do they want to be

3  behind the person that they pull over?  Is that the

4  optimal position for a police officer to be?

5       A.   Yes.

6       Q.   And why is that?

7       A.   It gives you the tactical advantage, so that

8  if somebody does try something, that you -- they actually

9  have to turn around and come after you.  You can watch

10 them all the time and still be faced foward; otherwise,

11 you're -- if you pull in front of the officer, you're --

12 or the officer pulls in front of the car, he actually has

13 to come back to the violator, and he can't -- if he does

14 go back to his car to do whatever he's going to do in his

15 car, obviously you can't keep an eye on the guy behind

16 you.

17      It also offers you cover.  When you're behind

18 someone, you can get to -- you can run back to your car

19 faster and you -- the officer has to -- or the perpetrator

20 would have to come after you, so it's a more tactically

21 sound position.

22      Q.   And is that what a police officer, including

23 Mr. John Doe HM, would have been trained in the academy,

24 these tactical positions in pulling over people?

25      A.   Yes.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.   And would this have been further part of his

2  training and any police officer's training when they're

3  undergoing their field training with the Creve Coeur

4  Police Department?

5      A.   Yes.

6      Q.   And this is something that is taught all

7  police officers?

8      A.   Yes.

9      Q.   Creve Coeur, of course, that's all you can

10  speak to, of course?

11      A.   That's the only way that we would pull a car

12  over.  We would never pull a car over from the front.

13  It's almost impossible.

14      Q.   Okay.  So a police officer that's been

15  trained this way knows that you must -- your optimal

16  position is to be behind the person you're pulling over?

17      A.   Yes.

18      Q.   And so the -- would the converse be also

19  true, that if you were a police officer being pulled over,

20  you allow the pulling over police officer to stay behind

21  you?  Is that the -- the pulling -- if you're -- let's say

22  as a police officer you're being pulled over.  You're now

23  in a flip -- flip the position.  You're being pulled over.

24  You're a police officer being pulled over.  You know to

25  allow the police officer that's pulling you over to stay

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  behind you?

2      A.   Well, you know they're going to be behind

3  you.  I don't know of any circumstance where they would

4  ever be in front of you.

5      Q.   And as a police officer, would you -- and we

6  talked about -- we talked about this as part of reviewing

7  the St. Louis County Police report, and you stated that

8  turning his -- in this situation specifically with respect

9  to Mr. John Doe HM, in turning his vehicle around, he put

10  himself in -- I want to get your words -- put himself

11  facing the officer in a tactically -- well, I'm going to

12  ask you, is it a tactically aggressive position?

13      A.   I would consider it a tactically aggressive

14  position.  I have never stopped a car in my career that

15  ever did that, and if a car had done that to me, I would

16  be more than likely to keep cover and probably do exactly

17  what that officer did there, is draw my gun, what the heck

18  is this guy doing.

19      Q.   And tell me, why do you feel unsafe about

20  that?

21      A.   Because now he's looking at you, he's

22  watching you, and he's got -- for the most part, he's got

23  the advantage, because you cannot approach that car -- you

24  cannot approach him without him having the advantage of

25  you.

BOYD-GWINN REPORTING

186

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    And as a police officer, is it particularly

2  worrisome that the guy in the car facing you is a police

3  officer armed with two guns?

4    A.    Absolutely.

5    Q.    And why is that, sir?

6    A.    Well, based on the fact that that officer

7  knows -- you know, that officer -- the person that's being

8  pulled over, if he's a police officer --

9    Q.    Let's say it's -- John Doe HM is being pulled

10  over and he has two guns and he puts his car in that

11  position.

12    A.    Then I would be -- that -- I would be worried

13  if I was the officer.

14    Q.    And why is that, sir?

15    A.    Because that police officer -- the person

16  that's getting pulled over has the tactical advantage.

17  That man, I know, is already armed, and I already have

18  previous information that there's a problem, so I'm --

19  yeah, I'd be worried.  I'd be extremely careful.

20    Q.    Is part of your calculus also that that

21  officer has been trained to use weapons?

22    A.    Oh, absolutely.  Yes.

23    Q.    All right.  And -- and just to repeat, not to

24  make a -- not to beat a dead horse, but you stated that in

25  -- when a -- knowing that a police officer had turned his

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  vehicle, knowing that he was armed, you would also -- it

2  might also put you in a frame of mind where you might draw

3  your gun for your safety; is that correct?

4      A.   Yes.  If I knew the other person was armed,

5  absolutely.

6      Q.   All right.  And that's a reasonable -- in

7  your estimation, that's a reasonable thing to do in that

8  situation?

9      A.   Yes.

10     Q.   And is it part of the way you're tactically

11 trained?

12     A.   To protect yourself, absolutely.

13     Q.   Okay.  And if you look at drawing No. 47, I

14 am going to -- I am going to -- I am going to just explain

15 to you a couple of things about the drawing.  If you see a

16 line coming into what looks like this rectangle, that --

17 that line shows the path Mr. John Doe HM's vehicle took,

18 and where you see a rectangle with a triangle facing

19 forward, it says HM, and that's where Mr. John Doe HM's

20 vehicle came to a final rest.  All right?

21     Is -- for -- for a vehicle to come into this

22 parking lot, make this U-turn and face forward, is that

23 what you would consider an aggressive stance?

24         MS. RANDLES:  Objection.  Mischaracterizes

25 Mr. John Doe HM's testimony.  Go ahead.

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.    (By Ms. Merklin von Kaenel)  Well, having a

2   -- if you just see the path of the vehicle and where the

3   HM vehicle stays, I am going to posit the beginning of the

4   line is the entrance to this -- this place, and the lines

5   drawn are parking spaces or approximately parking spaces.

6   Is that an aggressive vehicle stance/position?

7      A.    It's not normal, --

8      Q.    Okay.

9      A.    -- and it would put me on alert.

10     Q.    And if you were the police officer following

11  this car, would you have been more comfortable and would

12  you have felt more safer if that vehicle had parked in one

13  of the spots, if he just pulled straight in and forward so

14  you would have had the back of the vehicle facing you?

15     A.    If he had pulled into a parking spot?

16     Q.    If he pulled into one of the parking spaces

17  in a more forward direction, so coming into this lot, he

18  would have gone straight and into one of these lines that

19  are towards the bottom of the rectangle, the bottom right

20  of the rectangle, if he had pulled into one of those

21  spots, --

22     A.    Back here (Indicating).

23     Q.    -- would that have put --

24     A.    That would seem to be more natural than

25  making a U-turn, facing back out.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.    And that would have had the rear of his

2  vehicle --

3      A.    Yeah.

4      Q.    -- in front of your vehicle, one of those

5  safe tactical --

6      A.    You would have been behind him.  In this

7  particular case, this is almost as bad a tactical position

8  as facing straight on, because the officer has to get out

9  of the car with the subject he's stopping right directly

10  in front of him, so this is almost in bad a tactical

11  position as coming face-to-face.

12      Q.    Okay.  Because this is another unsafe

13  position for the police officer stopping him?

14      A.    Absolutely.

15      Q.    And then --

16      A.    That's a straight-on shot to the police

17  officer getting out of his car.

18      Q.    And do you mean a straight-on shot meaning if

19  he had a gun in his hand?

20      A.    If the suspect had stopped right there, he

21  could put his hands right out the window and -- and the

22  police officer is getting out of the door, right in his

23  line of fire.

24      Q.    Okay.  And tell me, if you're a police

25  officer and you are pulling over someone that has just

BOYD-GWINN REPORTING

190

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1 made this move in the parking lot and positioned his

2 vehicle like this and he doesn't -- what's the first thing

3 you do when you pull somebody over? Do you ask them to

4 show their hands?

5     A. Most -- well, no, not really, but you can

6 show them to show -- you can ask them to see their hands,

7 but I would say normally people are pretty cognizant of --

8 when they get pulled over, most people aren't --

9 especially police officers know that they should show

10 their hands, not put them out the window, but maybe on the

11 steering wheel.

12     Q. Okay. Or the dashboard or something like

13 that?

14     A. Sure.

15     Q. And are -- are police officers, when they're

16 trained to be police officers, they're told that when you

17 ask someone you have pulled over to show their hands, they

18 must obey?

19     A. They should.

20     Q. They should obey. And why? Because,

21 otherwise, if you don't obey, it could be a violation of

22 following a police order; is that correct?

23     A. I'm not sure if we've ever done that.

24     Q. I understand that, but could it be a

25 violation of that?

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    A.    Of taking your hands out of your pockets?  I

2 believe it gives you the authority to go a little bit

3 further, but I'm not sure you can charge somebody with not

4 taking their hands out of their pocket --

5    Q.    What about -- and I apologize for stepping

6 over.  What if someone repeatedly doesn't obey a police

7 officer's commands to take --

8    A.    Sure.  That would be failure --

9    Q.    Failure to obey?

10    A.    -- failure to obey --

11    Q.    Do you have a city ordinance that says -- a

12 failure to obey ordinance?

13    A.    I believe we do.

14    Q.    Okay.  Could -- and I am skipping because I'm

15 going along these questions, and I apologize.  Could --

16 with respect to the weapon, the Walther, with respect to

17 the weapon that was qualified but had not appeared on a

18 memo for Mr. John Doe HM's ability to carry, could Mr.

19 John Doe HM have inquired independently before carrying a

20 Walther whether he had gotten permission from the chief or

21 not?

22    A.    Yes.

23    Q.    So what would he do?  Just he could ask you

24 or he could ask the chief?

25    A.    He could ask me or he could ask the chief.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    Q.    And he could do that before he puts the

2  weapon in his car; is that right?

3    A.    Yes.

4    Q.    Okay.  You -- again, I'm sorry for jumping.

5  You stated that sometimes you give out -- I mean, this is

6  in the context of talking about point-to-point bulletins

7  or internal safety alerts or your contacts between St.

8  John's and Monsanto, so you were talking about what --

9  what Creve Coeur Police Department does, and you stated

10 something to the effect -- if I am misquoting you, please

11 correct me, sir.  You stated something to the effect that

12 ex-employees can sometimes be a potential danger to their

13 employer, so alerts or cautions are given to the employer;

14 is that right?

15   A.    Occasionally, yes.

16   Q.    Okay.  And why is that, sir?

17   A.    Because the workplace violence that's been

18 kind of an epidemic I guess in the last 10, 15 years, that

19 people have come -- I mean, it's pretty common knowledge

20 that disgruntled employees have come back and shot up

21 their former places of employment, so in this day and age,

22 you really can't take a lot of chances with that if you

23 feel a person is disgruntled.

24   Q.    And a term of -- as a Creve Coeur police

25 officer, a term of your employment is every standard

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1    operating procedure or what you -- what is the Creve Coeur

2    Police Department rules; is that correct?

3              A.     Standard operating procedure?

4              Q.     You do call it that?

5              A.     Mm-hm.

6              Q.     Okay.  And with respect to the standard

7    operating procedure, that's the term of your employment,

8    you have to follow those to keep your employment; is that

9    right?

10             A.     Yes.

11             Q.     And -- and not to beat a dead horse, one of

12   those -- one of the terms of your employment is Creve

13   Coeur gets to decide which guns you carry off duty?

14             A.     We -- the officer has the ability to present

15   whatever weapon he has within this guideline, so the

16   guideline is from .22 caliber to I believe nine

17   millimeter, it may go up to .40, but within this

18   guideline, he can have any gun that he wants, model

19   weapon, and then present it for inspection and then

20   qualification.

21             Q.     And -- and -- but it's up to St. Louis --

22   it's up to Creve Coeur to decide what he gets to carry as

23   secondary or off duty?

24             A.     We get to decide it -- we -- we -- I'm a

25   little confused with the question.

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1     Q.     I'm sorry.  I'm sorry.  It's Creve Coeur's

2   decision what -- it's the permission -- you have to get

3   permission from Creve Coeur --

4     A.     Yes.

5     Q.     -- in term of your employment what you can

6   carry --

7     A.     Yes.

8     Q.     -- off duty?

9     A.     Yes.

10     Q.     Okay.  If you -- if -- as a Creve Coeur

11   police officer, if you're on psychiatric drugs, do you

12   have to disclose that to your employer?

13     A.     I don't really know.  I don't know.

14     Q.     Would someone else know that?

15     A.     Probably the chief.

16     Q.     Okay.

17     A.     And the human -- person in charge of human

18   resources.

19     Q.     Fair enough.  And who -- and tell me who that

20   was -- is -- was in 2005?

21     A.     I think it's Jason Christianson, but he

22   usually handles most of the human resources situations.

23     Q.     Okay.  Nothing further.  Thanks.

24                    REDIRECT EXAMINATION

25   QUESTIONS BY MS. RANDLES:

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1      Q.    Okay.  I have a few follow-ups to that.

2  Okay.  Looking at Exhibit 47 -- okay.  Looking at Exhibit

3  47, which is the drawing of the parking lot, is it the

4  fact that the cars are in a T-bone position that makes you

5  say the position is an aggressive stance?

6      A.    It's not the typical way a person is pulled

7  over, and the fact that the officer -- the -- the vehicle

8  is -- the driver's side is pointing right at the driver's

9  side of the officer's car, that is a tactically bad

10 position --

11     Q.    Okay.

12     A.    -- for any police officer.

13     Q.    Sure.  Now, it's the police officer's duty to

14 maintain safety in stops, correct?

15     A.    There's nobody else there.

16     Q.    Okay.  And so the police officer is the one

17 who is supposed to follow behind a car and pull in behind

18 him, correct?

19     A.    He -- yes.  The officer pulls in behind the

20 suspect.

21     Q.    Okay.  And in this situation, there is one

22 access point to -- or one egress/ingress to the parking

23 lot, and it is the one that they came in.  You see -- so

24 when the turn was made, it was pointing to an area where

25 there was no way to get back out on the highway.  Do you

BOYD-GWINN REPORTING

196

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  see that from this drawing?

2       A.    Well, I understand what you're saying now,

3  but you can't really tell that that's an egress or ingress

4  to begin with, so --

5       Q.    Okay.  In this situation --

6       A.    Because the line carries all the way across,

7  so I didn't know you couldn't get out that way either.

8       Q.    Okay.  Sure.  And you said you weren't

9  familiar with this particular parking lot, --

10      A.    No.

11      Q.    -- correct?  Okay.  Now, if Officer Thomeczek

12  comes in behind John Doe HM, is it Officer Thomeczek's

13  duty to follow behind Mr. John Doe HM as opposed to try to

14  cut him off?

15      A.    He's not supposed to cut off Mr. John Doe HM.

16      Q.    Okay.  So he's supposed to follow behind Mr.

17  John Doe HM, correct?

18      A.    Well, you can only do what the -- what the

19  suspect vehicle -- you can only follow what the suspect

20  vehicle does.  If the suspect vehicle does something

21  unusual, then you have to adapt to what -- the unusual

22  situation that he did.

23      Q.    Sure.  Absolutely.  And in this situation, --

24      A.    Right.

25      Q.    -- you -- you're not familiar with Mr. John

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  Doe HM's side of the story as to how the -- the situation

2  occurred that he ended up in this parking lot, are you?

3       A.    No.

4       Q.    And you have never talked to him about that?

5       A.    No.

6       Q.    And you have never talked to anyone besides

7  Sergeant Lasater concerning that, correct?

8       A.    Correct.

9       Q.    Okay.  As a matter of fact, Sergeant Lasater

10 wasn't the one that made the stop, was he?

11      A.    No.

12      Q.    And you have never spoken with Officer

13 Thomeczek about the manner in which the stop occurred?

14      A.    No.

15      Q.    Okay.  Now, if you would assume the plaintiff

16 was on the -- Mr. John Doe HM was on the phone to his wife

17 at the time that he's driving down 21 -- Highway 21, sees

18 Officer Thomeczek, sees Officer Thomeczek see him, and

19 asked his wife if she called the police, assume those

20 facts, okay, and she says, Yes, I called the police, so he

21 immediately makes a left turn into the parking lot and a

22 left turn toward the -- to park the car, before any sirens

23 or lights come on, would you consider that in that

24 situation an aggressive move to make a left turn into the

25 parking lot and then to continue that left turn toward a

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  parking space before any lights or sirens comes on?

2      A.   I'm not sure I would classify that as an

3  aggressive move.  I consider that an unusual move.

4  Officer John Doe HM could have pulled in anywhere in here

5  and parked anywhere in here facing the opposite direction.

6  Why is he making a U-turn?  He could park anywhere in

7  here.

8      Q.   Okay.

9      A.   Now, he could have made a left-hand turn into

10 the parking lot and stopped immediately.

11     Q.   Yeah.  Assuming, of course, that there were

12 no cars in any of those spaces, correct?

13     A.   Well, there's no cars drew -- drawn in there,

14 so I don't know.

15     Q.   Okay.  That's exactly the issue.  You don't

16 exactly know, because you weren't there, how this stop

17 occurred, do you?

18     A.   No.

19     Q.   Okay.  Now --

20     A.   Other than what I gleaned from the police

21 report.

22     Q.   Correct.  Now, a police officer who had made

23 a bad judgment in coming into the parking lot and instead

24 of following the vehicle attempted to cut him off, would

25 that be considered bad judgment on the part of a police

1  officer?

2          A.    To use his patrol car to cut him off?

3          Q.    Yes.

4          A.    I would not have recommended it, no.

5          Q.    Okay.  In fact, if an officer did that, could

6  they be the subject of reprimand?

7                MS. MERKLIN VON KAENEL:  And I am going to

8  just clarify, according to Creve Coeur rules.

9          A.    According to Creve Coeur rules, yes.

10         Q.    (By Ms. Randles)  Okay.  And the rules that

11  you have established in Creve Coeur, are those consistent

12  with the rules that are established in training academy

13  concerning how to make appropriate stops?

14         A.    Pretty much so.

15         Q.    Okay.  And the training academy is the

16  St. Louis Training Academy, correct?

17         A.    St. Louis County Municipal Police Academy,

18  yes.

19         Q.    Okay.  So there really wouldn't be any reason

20  to assume that the method for making a stop would differ

21  greatly from St. Louis County to Creve Coeur; isn't that

22  accurate?

23         A.    Yes.

24         Q.    Okay.  Okay.  Now, you indicated that -- that

25  Creve Coeur can tell an officer what gun to carry off

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  duty, correct, and we had spoken about that some earlier

2  today.  Now, is having a weapon in your truck, any kind of

3  weapon, considered carrying under the SOP of Creve Coeur?

4       A.    I would have to research that.  I'm not real

5  sure.

6       Q.    Okay.  Are officers allowed to take hunting

7  rifles in their vehicles to go hunting?

8       A.    Yes.

9       Q.    Are they allowed to take -- I know that

10 sometimes when -- I grew up on a farm.  Sometimes hunters

11 will take a handgun to plug a downed animal.  Would it be

12 inappropriate for them to have a handgun in the car for

13 purposes of hunting?

14      A.    No.

15      Q.    And would those handguns -- would that

16 handgun have to be approved in some manner by Creve Coeur

17 for the officer to have it in his vehicle?

18      A.    I don't believe so.

19      Q.    Okay.  And would a hunting rifle have to be

20 approved by Creve Coeur in some manner for an officer to

21 have it in his vehicle?

22      A.    No.

23      Q.    Then is it safe to say that for leisure

24 activity, there may be a cause that an officer could have

25 a gun that is not an authorized weapon in his vehicle

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

1  without violating any SOP?

2       A.    I believe that any citizen of the state can

3  carry a gun in their car --

4       Q.    Okay.

5       A.    -- without the authorization of the state, so

6  a police officer could probably have a gun in his car

7  also.

8       Q.    Okay.  Thank you.

9            MS. RANDLES:  I have nothing further.

10                    CROSS-EXAMINATION

11  QUESTIONS BY MS. OWENS:

12       Q.    I have just one follow-up to Miss Randles'

13  question.  Miss Randles asked you with regard to a handgun

14  or a weapon that somebody was carrying in their car.  What

15  if the off duty officer was carrying a gun on his person,

16  in other words, in his waistband or in a holster?

17       A.    Then it would have to be authorized by Creve

18  Coeur.

19       Q.    Okay.  Thank you.

20            MS. RANDLES:  Nothing further.  Read and

21  sign?

22            MS. OWENS:  Yeah.  Yeah.

23

24

25

BOYD-GWINN REPORTING

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

STATE OF_____          )
                                      )
COUNTY OF_____          )


I, CAPTAIN GEORGE MICHAEL HODAK, do hereby certify:

That I have read the foregoing deposition;

That I have made such changes in form and/or substance to the within deposition as might be necessary to render the same true and correct;

That having made such changes thereon, I hereby subscribe my name to the deposition.

I declare under penalty of perjury that the foregoing is true and correct.  ·


Executed this_____day of_____,
20_____, at _____.


_____
        CAPTAIN GEORGE MICHAEL HODAK


My Commission Expires: _____


Notary Public:       _____

Signature page and witness letter delivered to Sandberg, Phoenix & von Gontard, P.C.


TLM/Captain George Michael Hodak, 2/26/09
John Doe HM -v- City of Creve Coeur, et al.  Case No.
4:07CV00946 ERW.

CAPTAIN GEORGE MICHAEL HODAK, 2/26/09

## NOTARIAL CERTIFICATE

STATE OF MISSOURI          )
                           )
COUNTY OF ST. LOUIS        )

          I, TAMI L. MOSS, a Registered Professional
Reporter, Certified Court Reporter, and a duly
commissioned Notary Public within and for the State of
Missouri, do hereby certify that on February 26, 2009,
there came before me at the law firm of Chackes, Carlson &
Spritzer, LLP, 230 South Bemiston, Suite 800, Clayton,
Missouri 63105,

          CAPTAIN GEORGE MICHAEL HODAK,

who was by me first duly sworn to testify to the truth and
nothing but the truth of all knowledge touching and
concerning the matters in controversy in this cause; that
the witness was there upon carefully examined under oath
and said examination was reduced to writing by me; and
that the signature of the witness is reserved by agreement
of all parties, and that this deposition is a true and
correct record of the testimony given by the witness.

          I further certify that I am neither attorney
nor counsel for nor related nor employed by any of the
parties to the action in which this deposition is taken;
further, that I am not a relative or employee of any
attorney or counsel employed by the parties hereto or
financially interested in this action.

          IN WITNESS WHEREOF, I have hereunto set my hand
and seal on this 3rd day of March, 2009.

          My commission expires June 27, 2011.

          _____
                         NOTARY PUBLIC
          Tami L. Moss, C.C.R. No. 1030

- ' -

'05 66:15 101:6 174:9,13

- 1 -

1/1/06 85:17
10 106:19 133:19 193:18
100 183:23
1033 43:15,16
11 106:19
12 54:18 106:18,20 107:25
133:19
12/31 88:22 101:6,11,19
111:7 147:18 159:1
171:12 174:9,13
12/31/05 86:6 165:20
166:4
121.02 81:11 175:16,23
176:6
121.04 176:12
12th 107:10,11
14 161:24
15 54:18 108:23 109:22
193:18
1500 165:20 166:4
15th 39:21,23,24 40:2
75:24,25 177:12
16 108:23 110:2,3
17 108:23
18 148:14,22 149:15,25
151:21,22
19 114:19 149:7,12,25
151:22
1972 11:4
1977 11:5
1979 27:5
1999 13:24 142:19
1:30 136:5
1st 46:22 93:17,22

- 2 -

20 38:24 64:19 100:10
117:21
2000 14:16,17 139:19
2004 14:15,19,19 34:6,7
50:2
2005 11:8 31:21 32:1,5
46:16 114:20 171:12
195:20
2006 31:23 46:22 118:9,19
177:14
21 183:10 198:17,17
22 39:3,3 117:23 118:20,
22 119:4,9 194:16
23 68:21 79:21 86:3
171:10 172:15
24 89:18,19,25 90:2 180:8
181:1
25 38:24
26 169:7
262.02C2 175:16,23 176:6
270 183:19
27th 66:15,19,20
29 155:8 174:20

2nd 93:18 123:15

- 3 -

3 132:18
3(d 152:16
30 12:13 142:14,15 180:6,
9,11 182:15,19
30(b 104:5,7 168:16 169:3,
6
30-year 139:5
300 142:16
31 107:12 161:7
31st 46:16 92:8,10,23
93:22,22
33 151:11,11
3:00 164:24

- 4 -

40 164:25 194:17
40s 39:4
47 61:7 182:9,11 183:4
188:13 196:2,3
48 11:24 61:7,8,24
49 112:10,11,14 113:2
117:25 177:25
4th 92:23 118:9,19

- 5 -

50 159:9
51 27:13,17,19,19 28:2
105:24 160:20,23
52 164:8,9,11
53 166:16,19
54 172:21,23,25 182:7
5:00 30:25

- 7 -

7.11 63:18
7.12 63:18
72 123:9
72-hour 85:11
7:00 164:24

- 8 -

80 36:17

- 9 -

96 123:3
99 79:8

- A -

a.m 164:24
ability 8:25 32:13 42:14
132:13 146:1,6,16 147:19
177:9 192:18 194:14
able 35:9,10 77:19 103:16
135:22 169:14,15
about 10:12 11:1,10 12:14,
19 13:2,18 14:17,17
17:12,15 18:1 28:6 30:9,

25 31:8,10 32:1,8,13,18,
19,25 33:2 39:23 42:21
43:19 55:20 58:11 61:20,
22 67:21 71:5 75:4 92:3
93:12 94:10 101:8,15,18
102:5,6,24 111:11
113:16,18 114:18,18
116:8 118:6 119:25
120:3,6,24 127:9 128:13
129:16 135:25 136:12,13,
16,23 137:1 138:23
139:17 140:15,16,18
142:17 146:16 147:5,20,
21,23,24,25 148:1,4
150:18 152:15,18 169:25
170:4,10 173:11,18,18,22,
24 174:8,8 177:5 180:4,5
186:6,6,19 188:15 192:5
193:6,8 198:4,13 201:1
absence 164:24
absences 165:9
absent 164:25
Absolutely 102:22 178:24
187:4,22 188:5,12 190:14
197:23
abuse 116:22
abused 147:8
abusive 52:7
Academy 11:7,9 15:6 23:6
26:24,25 27:3,7,9 57:19
182:19 184:23 200:12,15,
16,17
access 64:9 91:2,5,9,10
196:22
accessible 90:20
accident 43:13,17 155:20
156:9,15,18,20
accidents 155:23
accompanying 120:18,23
according 200:8,9
Accreditation 24:22
accrued 48:5,9,13
accurate 200:22
accused 111:4 145:10,12
across 197:6
act 96:14,25 97:25 119:20
177:1
acting 51:5 52:18,22,24
57:20 94:15,18,23 95:6,
13 144:2 168:14
action 18:24 82:7 121:2,4
160:1
actions 50:12
activated 14:18
activity 201:24
actual 74:12 153:2
actually 12:6 14:24 17:15
25:17 36:1 56:21 57:18,
20 82:9 141:11 144:10
146:7 149:25 151:22
159:11 163:3 165:16
170:13 184:8,12
adamant 150:18
adapt 197:21
address 10:12,13,20,22
addressed 78:8
addresses 78:8

adequately 103:16
admin 14:3 23:23 24:8
133:20 134:13,17,24
adminee 133:22
administration 11:5 26:23
administrator 159:16,19
160:3 168:11
admitted 85:11
advantage 184:7 186:23,24
187:16
advise 86:10
affairs 15:22,25 21:8,19
72:12 83:16 131:19,19
affect 143:13
affected 109:23 138:20
affirmative 7:8
after 27:7 33:20 35:25
39:19 40:2 47:25 48:2,2,
12 49:10 52:12 65:15
70:9,17,24 84:18 89:6
92:10 104:14 112:23
114:22 116:5 117:1,1
118:17,22 137:23 139:18
148:12 177:12 179:4,6
184:9,20
afternoon 30:21,23 31:1
169:16
afterwards 6:5 139:18
against 17:19 18:1 19:10
44:11 45:24 46:2,5 47:5
80:11 131:22 167:24
179:20
age 6:10 9:24 193:21
agencies 20:6 24:23
aggressive 186:12,13
188:23 189:6 196:5
198:24 199:3
ago 28:18 136:10 139:16
agree 44:6,9 54:12 79:6
108:9 110:24 111:2
150:10,12 169:24
AGREED 6:1 44:8 150:10
ahead 174:4 188:25
aide 24:8
alarm 73:23 79:3
alert 90:2 91:9,12 96:24
97:2,19,25 98:7,16,17,20
125:20,23 126:8 127:6,
10,23,23 180:25,25 189:9
127:13 193:7,13
alerts 98:4 126:2,11,17,25
127:13 193:7,13
all 8:15 12:3 13:11 14:4,
24 17:24 20:25 21:16
23:25 25:3,5 30:1,3 31:2
35:18,18,21,21 36:16
46:14 47:20 49:15 57:19,
24 62:16 64:5,14 71:15
74:1 76:20 77:10,11 78:8
79:10,10 84:22 88:8 89:8
91:16 93:21 95:24 97:11
99:6,7 100:5 101:20,24
102:4 103:3,6 104:19,22
107:8 108:5,9 113:18
114:11 116:5 124:18
125:16 127:8 133:12
136:6 141:19 148:7
150:20,21 151:12 153:10

160:6,19 161:13 162:6,18
163:4,9 165:25 166:15
168:4 169:9 170:6,13
171:15 176:22 178:4
180:4,21 182:5 183:16
184:10 185:6,9 187:23
188:6,20 197:6
all-points 127:15
allegation 52:10,12 79:24
80:13 81:12
allegations 74:19 81:8
182:6
alleged 50:25 52:3,8 80:10,
12 115:22 131:22 145:3
allegedly 74:20 84:21
115:19
allow 185:20,25
allowed 37:1 38:6 39:4
67:18 76:21 89:9 115:14
167:1 201:6,9
allowing 32:22
almost 29:25 30:21 133:1
179:9 182:21 185:13
190:7,10
alone 81:18 168:7
along 107:22 138:6 154:14
167:24 170:5 181:20
192:15
already 57:10 112:1
136:25 187:17,17
also 17:2 24:16 26:2,3,24
28:5 30:5 37:9 38:15
39:5 52:16 53:8,12 54:9,
12 75:3 77:6,25 86:12
103:25 108:2 122:8
129:21 149:6 151:15,19
176:14 179:3 184:17
185:18 187:20 188:1,2
202:7
altercation 121:6,10,17
although 156:11 162:5
always 10:15,23 21:8
36:20 37:8 40:14 66:3
71:23 72:3 153:8
Amanda 10:10
among 25:9 147:11,18
amount 30:6 40:1 183:7
an 7:8 17:12,17,19 18:10,
13,25 19:10,23 21:8,19,
20 25:19 32:22,22 33:1,4
37:5 38:17 40:10,19
42:9,14 43:12,13,17
44:13 46:9,10 47:5,6,10,
11 49:12 50:16,17 51:7
52:7,13 56:5 57:24 59:2,
16,24 64:8,22 65:13 66:8
69:6 70:11,21,21,22
71:18,25 72:5,7 73:17
74:8,12,21 75:9 76:18
77:17 78:10,18,19,20
79:18 80:1,4 81:8,10,19
82:15,23 83:8,15,16
90:21 96:25 97:18,19
98:16,17 101:2 102:12
103:12 105:17 106:12
108:20 110:16,17 111:11
112:18 121:8 127:15

130:21,22 132:5,8 133:17
136:20 139:6,10 145:4,5,
25 146:4,12 147:11
152:1,14 156:8,15 160:6
161:3 174:21 175:17
177:6 178:25 184:15
188:23 189:6 193:18
196:5,24 197:3 198:24
199:2,3 200:5,25 201:20,
24,25
analysis 134:21
and/or 169:3
anew 59:23
angle 154:3
angry 52:7,8
animal 201:11
annual 149:4
another 20:10 70:23 132:1,
2 135:3 136:20 140:17
178:2 190:12
answer 7:18 8:25 29:11
35:9 43:15,16,20 72:23
102:2 106:5 155:6 169:5
174:5 178:22
answered 8:17
answering 8:19
Anthony's 183:15,16
any 8:15,22,24 10:7 11:12
12:22 13:5 17:1 19:8,9
21:11 22:4,17 23:19 25:9
32:2,12,15,17 33:9 34:8,
24 35:1 40:18 41:5,22
42:21 43:4 44:11 45:18,
24 46:1,3,4,16,18,23,25
47:24 48:25 49:19,22
50:5,10 51:24 53:20,21
56:23 58:6,15 59:2,6
65:12 68:10 81:4,5,21,25
82:7 83:15,25 84:1,2,6
85:21 86:1,13,22,25
87:10 88:21 89:1 91:12
92:3,6,11,22 95:6 96:1
97:11,14,14,19 98:3 99:5,
5,17 100:4 101:7,13,17,
18,20,23 102:5 103:4
105:14,16 108:11 109:5
111:23 112:22,23 113:2,
6,23,23 114:12 115:2,18,
22 118:18 119:15,20
121:9 125:22 126:7
130:2,22 131:3,3,6 132:3,
7,10,12 133:5 137:14,19
138:7,8 139:6,11 140:24
142:1,1,2,11 143:13
145:7,20,23,25 146:5,15
147:18 148:1 150:7
155:1,17 156:21 157:4,5,
8,23 158:23 161:15
163:20 168:9 170:5
172:4,7,9 173:17 174:11,
15,16 177:1 182:3 185:2
186:3 194:18 196:12
198:22 199:1,12 200:19
201:2 202:1,2
anybody 19:7 68:5 120:25
157:7 172:1
anymore 28:21,25 29:2

53:8
anyone 24:6 45:6 57:11
68:2 71:8 90:14,20
115:22 116:13 156:14
198:6
anything 16:23 32:1,8
38:13 67:20,23 93:11
96:6 109:17 111:17
118:18,23 136:17 137:11
138:10 146:24 152:3,9,18
173:18,24 176:23 177:4
179:22
anyway 60:3
anywhere 199:4,5,6
apart 79:14
apologize 192:5,15
apparently 168:1
appear 21:8 151:16 159:11
161:15
appeared 192:17
appears 105:20 112:16
118:9 149:1,12 151:12,15
167:20
applauded 135:21
application 133:18 134:3
applications 134:1 162:22
appraisal 152:2,3,10,14
153:11
appreciate 118:3 173:12
183:25
approach 87:25 154:4,5
186:23,24
appropriate 47:6 96:16
150:23 200:13
approval 177:19
approve 168:7
approved 151:17 159:19
166:25 168:4 201:16,20
Approximately 13:22 14:16
56:12 93:18 105:23
106:18 156:7 189:5
apt 169:5
area 10:3 40:2 42:4 47:18
97:1,12 165:24 183:12,22
196:24
areas 25:14 46:12 161:13,
15
aren't 191:8
arise 83:18 126:24
arisen 50:11
armed 67:14 187:3,17
188:1,4
armorer 38:25 39:5
armorers 36:14 38:20
around 98:10 125:19
140:12 177:15 184:9
186:9
arrested 145:17
arrests 110:2,11,11,16,16
Aside 56:23 99:17 143:12
145:19 156:20 157:8
ask 8:17 29:23 32:4
45:11,16 59:15 97:23
118:5,21 135:4 141:1,4
171:6 172:22 174:18
175:5 177:23 178:10
179:8,10 182:8,14,14

186:12 191:3,6,17
192:23,24,25,25
asked 42:13 62:23 171:9
180:2 198:19 202:13
asking 7:15 9:11 72:21
102:5 105:10 134:18
176:22 179:9 181:19
assault 111:4 145:13
assaulted 178:14
assessment 66:23
assign 15:18 17:7
assigned 14:2 38:5 106:21
assignment 12:24 13:5
53:5,7
assistant 159:16
assume 6:19 8:19 11:21
12:2 28:1,11 29:19 33:4
35:2 36:3 44:12 56:10,16
72:21 86:17 94:16
147:22 151:5 154:16
155:6 156:17 163:23
198:15,19 200:20
assuming 82:12 199:11
atmosphere 28:12
attached 112:2 149:23,23
151:19,24
attempt 175:14
attempted 199:24
attend 11:2
attended 179:15
attending 8:12
attention 41:3 42:20
109:22 111:14 162:8
175:4
attorney 131:12
attorneys 155:14
attorneys' 9:12
audio 20:1 129:21,24
130:10,12,20 131:15,20,
25 132:10,14
audit 163:1
auditing 162:2
authenticity 168:25
authority 192:2
authorization 202:5
authorizations 76:20
authorize 76:7
authorized 27:13,17,19,21
32:23 33:1,4 37:12,22
39:8 75:13 78:20 157:13
201:25 202:17
auto 43:12,17 155:20,23
156:8,15,18,20
automatically 130:15
available 23:11 58:14
avoid 7:5 98:1 154:18
aware 8:23 18:7 46:4,9
49:24 53:20 60:6,21,24
66:16 75:5 91:18 121:11
126:8,15 128:1 137:14,19
143:9 158:16
away 29:4,6 82:19
awfully 95:21

- B -

back 21:25 37:9 48:1,11,

13

11,14 60:18 61:15 75:10, 25 76:8,11 89:9 99:6 100:10 102:1 114:19 121:22 122:2 123:18 124:19 127:11 129:12 130:7 138:22 149:24 154:9,10 157:11 171:9 181:16 184:13,14,18 189:14,22,25 193:20 196:25
**background** 9:10 14:5,8 132:25 133:14 134:7,17 136:12
**backup** 36:21 37:3,3,7 38:17 77:1,3,9,16,17 78:20
**bad** 97:5 151:3 190:7,10 196:9 199:23,25
**bailiwick** 62:16 160:17,18
**bank** 183:20
**bartender** 167:12
**based** 54:7 55:17 61:2 108:5 110:13 122:13 134:23 187:6
**bases** 175:21 176:14,19,20
**basically** 93:13 135:4 157:1
**basis** 29:20 30:10,19 42:8, 10 43:2 107:3 114:7 130:3 131:16 179:3
**bathroom** 158:2
**bear** 79:10
**Beardslee** 8:4,12 9:3,6 14:18 44:1 45:14 57:22 61:17 87:12 89:7 113:9 115:25 116:6 117:4,15 124:23,25 141:9,12,15 143:23,25 144:13 148:10 159:14 169:12,14 171:20, 22,24 172:6 179:17 180:2 181:6
**Beardslee's** 169:4 179:20
**beat** 187:24 194:11
**beauty** 178:11
**became** 60:5 122:8 142:18
**because** 7:3,6 9:10 10:22 22:4 23:10 28:12 30:12, 24 36:16 39:24 48:1,4,9 55:13 57:18 59:20 60:4 63:7 66:3 71:15 73:17 74:24 78:15 82:16 89:7 97:23,24 100:22 107:9 122:10 125:16 127:21 133:20 136:19,22 142:18 143:7 144:10 147:7 148:6 152:7 159:1 160:9, 10 163:18 168:21 169:4, 21,24 173:4 182:1 186:21,23 187:15 190:8, 12 191:20 192:14 193:17 197:6 199:16
**become** 13:22 16:20 35:17 36:1 46:9 47:24 60:24 108:18 119:16,18 167:9
**becomes** 18:9 131:25
**becoming** 34:23
**begin** 40:10 59:9 146:21

197:4
**beginning** 11:1 181:18 189:3
**begun** 17:18
**behalf** 6:10 157:9 164:15
**behaviors** 154:18
**behind** 184:3,15,17 185:16, 20 186:1,2 190:6 196:17, 17,19 197:12,13,16
**belief** 81:13 125:13,15 140:22 159:2
**believed** 116:1
**BELOS** 127:5
**below** 22:11
**benefits** 47:11
**Beretta** 33:16,19,20 34:1 36:25 37:15 38:5,12,14 77:3
**besides** 11:13 52:16 69:1 86:1 88:19 99:24 121:18 130:9 139:12 198:6
**best** 71:24 119:4,6
**better** 105:8 110:22 137:13 169:5
**beyond** 17:3 87:12
**big** 157:16 162:13 183:8, 16
**Bill** 22:15
**bit** 9:9 10:25 23:4 55:15 88:5 125:20 134:4,6 141:5 159:3 165:6 172:20 173:4 177:5 182:14 192:2
**bluntly** 137:3
**board** 59:4 132:25 133:14 135:2
**boards** 90:12,13,16,20 91:3,4 181:11
**book** 63:21,23
**booking** 162:21
**bordering** 27:16
**borders** 18:22
**bottom** 90:5 149:13 151:9 183:8,9 189:19,19
**box** 79:24
**break** 8:16 38:22 61:14 124:17,18 136:8
**breakdown** 25:9
**breaks** 158:2
**brief** 52:1
**Briefly** 58:8
**bring** 35:22 111:13
**brings** 134:10
**broad** 49:2
**broken** 77:1
**brother** 78:12,15,19
**brought** 14:11 112:6,15 121:22 122:2 138:9
**bulletin** 89:11 90:11,13,16, 20 91:2,4,13 127:15 181:11
**bulletins** 193:6
**bunch** 15:1 34:14 98:18 101:25 154:14 160:5 168:21
**business** 30:9 99:3,3 157:21,21 158:2

**- C -**

**C-A-L-E-A** 24:23
**calculus** 187:20
**CALEA** 24:10,19,20
**calendar** 163:3
**caliber** 194:16
**call** 36:22 37:7 42:5,6 70:2,3,7 79:4 86:20 93:4 94:12 95:12 114:25 115:8 123:18,19,19 128:18,22,23 134:2 136:8 158:1,4 165:4,22 166:5, 10 172:11 194:4
**called** 43:14,14,16,25 45:19 46:1 60:4 67:8 69:16 86:10 87:24 93:7 111:10 128:24 129:2,3,4,6,8,12 165:19 198:19,20
**Calling** 157:15,16
**calls** 106:25 147:13 157:21 165:8 178:20
**came** 31:15 69:14 84:23 86:20 96:3 97:14 113:13 120:11 121:17 188:20 196:23
**cameras** 129:19
**candidate** 135:4
**candor** 183:25
**cannot** 67:17 137:11 141:16 167:9,12 186:23, 24
**capability** 102:12 134:15
**CAPTAIN** 6:9,14 9:16 10:15 22:13,13,17,17 23:18,20,20 24:3,4,18 53:1 61:18 88:2,3 104:6 112:13 144:3 147:22 168:13,17 170:23,24,25
**captains** 22:12 90:11
**car** 43:12,14 67:13,16 75:2 78:24,25 79:12,19 80:5 154:1,3,4,11 157:16,16 158:1,22 184:12,14,15,18 185:11,12 186:14,15,23 187:2,10 189:11 190:9,17 193:2 196:9,17 198:22 200:2 201:12 202:3,6,14
**CARA** 173:4
**care** 16:25 39:11 52:22 88:18 138:9 163:11
**career** 139:5 182:25 186:14
**careful** 187:19
**carries** 197:6
**carry** 36:24 37:1 38:1,4,6, 13 39:9 40:3 73:25 75:11,14 76:3,20,21 77:2, 3,5,6,9,19 78:6 98:17 130:2,10 177:6,9,21 192:18 194:13,22 195:6 200:25 202:3
**carrying** 40:10 60:13 67:16 76:7 80:1 175:16 192:19 201:3 202:14,15
**cars** 129:18 196:4 199:12,

**case** 19:15,18 54:6 70:18 71:7 72:13,15 73:12,19 74:16 97:17 114:10 121:4 132:11 153:6 163:7 169:10 190:7
**cases** 14:2,3 127:21
**cassette** 130:10,12
**catch** 42:23
**categories** 107:13,14
**cause** 126:25 165:9,9 201:24
**caused** 32:8 50:6,11 52:1 73:22 74:25 79:3 157:2 178:25
**cautions** 193:13
**cell** 128:23,25 129:3,9
**Center** 85:11
**certain** 16:17 17:10,19 18:3,3,9 19:2 72:4 113:15 123:22 167:11 183:7
**certainly** 104:6 121:1 164:21
**certainty** 82:11 95:8 113:12,16
**certification** 12:1
**Certified** 6:5 40:3 75:2,5 79:2 99:14
**certifies** 38:25
**chain** 79:1 107:10
**chance** 25:1 74:2,4
**chances** 96:4 193:22
**change** 13:10 22:4 55:3 66:24 74:20 150:16,19 151:2 160:5
**changed** 67:2,3 134:4 161:5 173:4
**changes** 59:21 100:21 150:17,22
**changing** 24:12 74:13
**character** 138:11 140:17
**charge** 13:7,16,20,23,25 14:8,14,23 15:8,10 23:23 24:4 192:3 195:17
**charges** 179:20
**Charles** 153:20
**chart** 109:1,9
**charted** 109:15
**check** 21:14 59:11 104:22 112:13 167:15
**checks/walkthroughs** 158:2
**Chellis** 68:4 69:10,14 86:8, 9,12,23 87:1,8 99:25 128:19 162:6 166:6
**Chief** 9:2,3,3,4,6,7 14:18 15:7 16:13,13 17:8,8 18:23 22:10,11 39:12 40:11 43:25 44:1,7 45:14 51:3,4,5 52:18,21,22,24 54:12,19 55:5 57:19,21 68:4 70:7,14,24 71:1 83:14 87:12,25 88:1 89:6,12 97:23 98:8 113:9 115:25 116:6 117:3,9,10, 13,15 118:14,25 120:21 124:23,25 134:23,24

135:3,7 141:7 143:23,23,
25 144:2,13,13 148:10
160:2 164:18,19 168:10,
14 169:12,21 171:2,20,
22,24 172:6,8 177:1
179:16,20 180:14,19,20,
21 181:6 192:20,24,25
195:15
**chief's** 39:12 70:19 75:14
92:19 117:11 119:24
120:18 165:14
**child** 9:24 116:22 147:8,12
**children** 9:20,22
**chitchat** 93:10
**chitchatted** 119:23,25
**Christianson** 159:17 195:21
**circle** 183:20
**circulate** 117:24
**circumstance** 186:3
**circumstances** 50:6,15
78:23 80:3 127:25
**citizen** 19:25 80:10 130:22,
23 131:4 202:2
**city** 14:5 27:22 47:11
49:13,13,13 51:8 63:22
89:10 98:25 145:16,17
155:12 157:12 159:16,19
160:3 168:10 192:11
**clarify** 200:8
**clarity** 7:16
**classify** 199:2
**clean** 7:23
**cleanup** 125:19 159:4
**clear** 6:21 171:5
**clearer** 7:3
**clearly** 169:16
**clerks** 163:8,15,19
**client** 170:1
**close** 85:8
**clouder** 43:12
**co-worker** 52:4,10
**coaching** 108:25 109:10,17
158:15,19
**code** 49:14 63:23
**Coeur** 9:4,7 12:13,16 22:3
27:6,11 29:8 31:19 35:8,
12 41:11,13 54:24 62:4
72:8,9 87:11 90:17 91:2,
7 97:6,21 105:20 109:19
115:22 125:21,23 126:10,
16,25 129:18 133:16
140:12 143:16 146:15
157:12 175:24 176:8
177:2 181:12,13,23
182:25 185:3,9 193:9,24
194:1,13,22 195:3,10
200:8,9,11,21,25 201:3,
16,20 202:18
**Coeur's** 195:1
**cognizant** 191:7
**college** 133:23,24
**combative** 73:21
**combinations** 125:7
**come** 16:18,19 21:25 28:5
31:6 33:14 41:2 50:4
61:3 75:15 93:5,8,14,16,
22 94:10,12 96:25 99:2

107:20 115:7 123:18
133:17 140:18 149:22
177:10,15 184:9,13,20
188:21 193:19,20 198:23
**comes** 12:25 15:17 16:8,11
17:12,17 19:19 42:5
75:14 76:4 88:17 103:18
108:6 127:11 130:14
149:16 150:15 197:12
199:1
**comfortable** 189:11
**coming** 66:8 67:20 80:10
98:24 99:1 188:16
189:17 190:11 199:23
**command** 22:3 79:1
120:25 147:11,18 148:1
152:15,17
**commander** 15:5,7 23:23
54:9 57:20,21 70:2
133:20 134:10,13,18,25
135:3 137:13 142:18
157:14 161:9 162:12
165:14 166:19
**commanders** 87:19,21 88:9
98:9 99:2 100:3,5 122:5
148:4
**commands** 67:19 192:7
**comment** 120:5
**comments** 152:17 161:9
**Commission** 24:22
**commit** 84:18 178:16
**common** 193:19
**communicate** 128:6,7
**communications** 89:2,4
**communities** 137:20
**community** 72:11
**compare** 103:19,20
**compared** 110:20
**compelling** 65:4,22,24,25
66:13,14,16 67:4
**competent** 31:20 102:15
105:12
**competitive** 29:13
**complainant** 20:7 21:10
**complained** 102:6
**complaint** 15:17 16:1,4,8,
12,19,22,22,23,24,25
17:12,18 18:19,19 19:10,
24,25 42:22 44:11 68:23
69:2 70:15,16,18 71:18,
25 72:18 74:17,18 80:6,
9,11 82:4,5,25 83:4,16,17
84:16 101:20,23 113:3,4
123:11,13 128:15,16
131:22
**complaints** 15:19 16:15,17
17:21 18:1,16 45:24
46:2,4 71:15,17,23 83:2
101:7,14,17,25 102:4
**complete** 80:24 83:21
**completed** 160:2
**completely** 7:17,18 139:1
**completion** 175:8
**compliment** 103:5,24
**compliments** 103:1
**comprised** 135:3
**computer** 134:21

**computers** 102:18 167:22
**concealed** 37:1 38:4
**concern** 32:8,11,12 74:25
79:14 92:3 109:21
120:24 136:23 147:6,18
161:16 178:18
**concerned** 81:10 89:8 96:9
98:19 121:16 135:17,24
138:14 140:3
**concerning** 19:25 22:1
44:18 45:16 46:20 51:25
86:2 87:12 88:11,22
100:11 101:24 109:18,20
110:9,25 112:18 114:15
126:17 136:12 139:24
142:2 145:25 150:7
155:14 162:4 198:7
200:13
**concerns** 8:23 75:3 101:8,
14 127:8 136:13,16,24
146:15 147:10
**conclusion** 71:14
**conclusions** 67:21
**concur** 54:10 108:7,7
**conduct** 81:8,10,10,19
82:14,23 175:15
**conducted** 18:11 44:18
65:14,15
**conference** 8:8 136:8
**confident** 88:9 148:3,5
**confidential** 9:12 91:20
170:6,15
**confidentiality** 169:24
**confidently** 48:6
**confirm** 171:8
**conflict** 167:7
**conformed** 168:1
**conforms** 167:14
**confrontation** 43:19,22
97:3
**confronted** 81:15 97:7
**confused** 194:25
**Congratulations** 9:20
**connected** 130:5
**connections** 137:10
**consider** 67:4 170:15
186:13 188:23 198:23
199:3
**considered** 81:19 107:23
127:5 161:3 199:25
201:3
**consistent** 173:17 174:1,7
200:11
**consistently** 141:17
**consists** 173:9
**construed** 50:21,22
**consult** 8:18
**consulted** 58:11 165:10
**contact** 20:18 29:25 53:7
57:11,17 69:14 84:6,9
97:13,20 111:9,12,13,16,
17 112:18,23 113:22,24
114:12 115:3 130:23
131:3
**contacted** 72:2,5 86:8 99:1
**contacting** 95:23
**contacts** 130:22 193:7

**contain** 169:25 170:4
**contained** 20:25
**contains** 171:14
**context** 193:6
**continue** 198:25
**continues** 175:6 176:10
**continuing** 11:18,20,22
12:5
**continuous** 35:23
**contract** 51:8,10
**control** 14:25 15:16
**conversation** 7:13,15 46:18,
23,25 84:10 86:9,23
87:3,7 93:7,17 94:9,16
95:2 97:11,16 111:6,11
123:20 140:18 173:15
174:12,14
**conversations** 32:16 42:3
68:13 84:13 87:10 88:21,
23 92:22 93:1,3 94:4
95:17 96:10,11 98:8
116:15 174:15
**converse** 185:18
**converted** 176:24
**coordinator** 12:6 34:3,5,18,
24 39:10 40:16,23
**cop** 157:22
**copies** 64:2,5 89:22
**COPS** 23:14 25:16,22
26:3,8,11,11
**copy** 20:4 64:2,22 89:16
111:22,23 125:17 129:13
172:12,18 175:1 177:24
178:2 180:10
**core** 35:11 107:23
**corner** 183:9,21
**correction** 162:4
**corrections** 162:17
**correctly** 154:4 155:22
158:16,17
**correspondence** 113:21,23
**counsel** 6:2,2 8:18,20
10:16,18,23 116:16
**counseled** 147:3
**counseling** 117:4 140:25
142:7,10,11,23,25 143:1,
13,22 144:5 145:21,25
146:5,8,14,15,19,19,20,23
147:7,12,17 148:9
**counselor** 146:9
**count** 78:11
**County** 67:9,9 69:16 72:11
73:2 82:10 84:3,18
132:8,13 171:1,3 172:17
173:7 174:16 186:7
200:17,21
**couple** 13:15 88:15,15
93:10 107:8,14 108:3
134:5 188:15
**course** 7:1,13 8:14 11:10,
13 18:24 28:20 38:23
44:20 71:1 92:14 119:21
185:9,10 199:11
**Court** 6:5 7:6 118:12
**cover** 154:3 184:17 186:16
**cranny** 71:21
**crazy** 94:15,18

create 91:12
created 171:10
credible 138:14,18  140:8,
  12,21,23
Creve 9:4,7  12:13,16  22:3
  27:6,11  29:8  31:19  35:8,
  12  41:10,13  54:24  62:4
  72:8,9  87:11  90:17  91:1,
  7  97:6,21  105:20  109:19
  115:22  125:21,23  126:10,
  16,25  129:18  133:16
  140:12  143:15  146:15
  157:12  175:24  176:8
  177:2  181:12,13,22
  182:25  185:3,9  193:9,24
  194:1,12,22  195:1,3,10
  200:8,9,11,21,25  201:3,
  16,20  202:17
crime 12:25  25:18,19
crimes 14:5  131:9
criminal 18:22  20:3,9
  26:22
crisis 29:10
criteria 39:5  107:23  152:16
  161:7
critical 49:12,17  182:2
CROSS-EXAMINATION
  170:20  202:10
Crystal 41:7,9  43:4  44:10,
  18  45:24  46:2,5,10,18,23,
  25  68:6  111:3  115:21
  136:1,14,16,17,23  137:1,
  2,5  138:8,14  139:12
  140:2,6,19  178:13,14,15
curious 150:20
current 12:3
currently 15:6  16:21  22:6,
  8,20  23:10  24:4  33:17
  49:11  58:2  75:24  99:21
  142:8  181:24
curse 138:24,24
cursing 139:6,8
custody 69:25  84:17  87:2
cut 197:14,15  199:24
  200:2
CVSA 134:19,20  144:25,25
  145:9
cycle 11:24,25

- D -

daily 29:25
damaging 82:8
danger 193:12
dare 176:11
dashboard 191:12
data 103:9  104:12,19
database 114:17
date 101:9,19  149:19,20
dated 137:24
dates 55:4  75:25  139:19
dating 137:14,19
daughter 145:14
day 30:20,21,22  43:10
  46:17  63:14  93:9,20  96:3
  99:25  120:8  193:21
day-to-day 26:4  41:22,25

42:8  43:2
days 44:5  88:15
dead 187:24  194:11
deal 57:10  81:17
dealing 18:15
debriefing 49:12
December 31:21  32:1,5
  33:23,24  39:21  46:16
  66:15,21  76:1  92:23
decent 31:16
decide 16:13  194:13,22,24
decides 71:1  135:7
decision 44:6  195:2
Defendant 8:12  24:22
  61:17  89:18,20  141:9,12,
  15  169:14
Defendants 6:3
defer 36:13
DeGhelder 111:7,24
  112:18,23  178:1,1  179:12
degree 11:5,6  26:22
  109:21,24
demeanor 74:14
demonstrated 161:13
denied 168:10
Dennis 22:13
department 12:7,13,15
  31:17,19  41:11  46:6
  62:1,4  64:3  70:23  75:3
  78:14  87:11,20  89:7
  90:15,18,21,22  91:2,4,5,8
  97:7  98:25  109:19
  115:23  125:21  126:10
  127:22  132:1  136:21
  137:6  144:7,9,14  146:16
  153:20  155:24  157:25
  167:6,9  171:3  174:16
  180:16  181:12,14  185:4
  193:9  194:2
depend 17:24  150:9
depending 17:6  52:20
depends 16:1,10  18:18
  19:24  33:13  76:25  78:8
  106:4  147:2
deposes 6:11
deposition 6:3,18,22  7:2
  8:13,15,24  60:11,12
  61:24  69:7  132:20
  166:18  169:4  181:16
  182:13,13  183:6
depositions 170:6  178:11
deputy 15:5,7  54:9
derelict 99:8
describe 15:24  36:19  43:7,
  21  49:22  50:6,14  67:1,5
  106:16  108:23  109:8
  117:8  133:15  138:16
  145:8  148:24  161:24
  165:2
described 73:19  85:10,10
description 52:1  79:24
  80:12  81:7
destroy 104:14
detached 151:7
detail 109:22
details 82:13  86:22,24
  91:19  101:4

detained 47:1  69:25
detective 12:21,23  13:1
  25:13  133:7,11  134:8
detective's 131:9
detectives 12:24  14:2  25:8
  134:22
detector 134:22
determination 16:5  17:2,9
  80:14,18  97:10  125:8
determine 18:24  45:4  50:8
  65:21  115:1  146:17,18
  149:5,19
determined 146:10  175:8
determining 98:6
device 129:25  130:8
devices 130:3
dialogue 96:16
differ 127:15,20  200:20
difference 57:2  58:23
  78:17
differences 58:13
different 13:14  16:9  28:17,
  18,20  35:16  55:3,15
  72:13  77:4,5,7  78:5
  100:23  106:25,25  107:1,
  12  123:7  160:5  165:6
  173:4,19  179:10
differently 100:23
difficult 40:1  74:6,13
  95:21  96:1  152:7
difficulty 153:15  164:23
digital 129:19,25
DIRECT 6:12  54:5  84:6,9
  86:13 .
directed 111:11,15  113:20
  138:24,25
directing 139:1
direction 15:15  97:13
  164:18  171:22  172:6,8
  189:17  199:5
directions 93:13
directly 23:15  85:21,24
  190:9
dis 110:8
disagree 54:12,13,13  152:4,
  5  156:3
disagreed 152:10
disciplinary 83:22  109:6
discipline 21:15  157:5
disciplined 40:19  45:5  82:1
  139:6,11
disclose 195:12
disclosed 91:25  92:2
disclosure 169:7  170:7
discourteous 18:20
discuss 19:6  45:19  135:6
discussed 69:12  87:1  88:8
  136:25  169:5
discussing 136:11
Discussion 61:13  70:13
  112:5  124:16  180:5
disgruntled 193:20,23
dispatch 42:4  128:3
dispatcher 12:14  41:10,12
  42:2,15  43:5,14,19  137:8,
  13
dispatcher's 42:21

dispatchers 23:24,25  42:3
  43:2  135:18
dispute 179:20
disqualify 133:24
disruptive 137:7,12
distance 85:4
distinct 77:15
distinctly 77:4
distributed 90:10,14  181:9
Distribution 90:6
division 14:20,22  153:20
  161:9  165:13  166:19
doctor 165:10
doctor's 52:21
doctors 124:9
document 20:21  21:17
  62:24  63:2  70:6  83:25
  89:15  112:14,15  118:5,
  20,24  132:19,22  133:18
  148:21  149:15,18  150:1,
  1,5,6,15  151:5,13,15,16,
  17,21,21  152:22  155:9
  158:5  160:3,22,24  161:1,
  2,20,25  166:18  175:13
  180:1
documentation 54:15
documented 20:12,15
documents 149:9  159:4
  160:11  168:17,21,25
  170:5
Doe 6:17,17  14:9,9  30:4,5,
  18  31:4,5,8,11  32:2,7,12,
  16  39:19,22  40:7  42:13
  46:17,20  47:1,4  48:16
  55:21  56:3,17,23  60:4,12,
  21  61:20  63:3,15  64:15,
  25  65:5,15,23  66:17,24
  67:7,10,11,12,21  68:8,10
  72:16,17  73:11,15,20
  74:19  80:3  81:5  82:6,22
  84:17,19  85:23  87:2,5,13,
  24  88:6,11,22  89:6,9
  91:24  92:2,7,11,15,23
  95:6,24  97:7,15  98:17,20
  99:6,10  100:20  101:7,14,
  18,24  102:6,11  104:7,25
  105:7,16  108:11  111:4,9
  112:19,23  113:7,25
  114:10,16,21,22  115:19
  116:1,7,11,14  117:1,4,9,
  11,15  119:8,11,15  120:4,
  8,11,24  121:19  122:3,15,
  17,20,24  123:12  124:24
  125:11,24  126:4  129:2
  132:25  133:14  135:10,17
  136:12  147:17  148:12
  149:2  151:6  152:14
  153:18,23  155:18  156:17,
  22  157:10  161:12
  164:15,17  166:1  167:1
  175:15,21  176:25  177:6
  178:14,15,19  179:1,13,17,
  19,22  182:13  183:5
  184:23  186:9  187:9
  188:17,19,25  192:18,19
  197:12,13,15,17  198:1,16,
  199:4

**Don** 22:13 144:2
**door** 154:8,8,19 190:22
**doubt** 138:23
**downed** 201:11
**draw** 71:14 186:17 188:2
**drawing** 183:5 188:13,15
 196:3 197:1
**drawn** 189:5 199:13
**drew** 199:13
**driver** 154:6
**driver's** 85:8 154:4 196:8,
 8
**driving** 67:11 155:21
 198:17
**drugs** 195:11
**due** 58:14,16
**dust-up** 156:24 157:6
**duties** 13:6 14:1,3,21
 15:11,21,24 70:4 176:13
**duty** 33:2,2,3,4,16 36:22
 37:5,5,7,9,24 38:6,10,17,
 19 39:9,19 40:10,19
 50:8,9,11 52:17 53:21
 70:2,3 75:20,22 76:21
 77:9,16,17 78:18,19
 84:20 86:17 98:11 99:12
 143:4,19,22 144:6 145:5,
 6,19 146:11,13,25 177:7
 194:13,23 195:8 196:13
 197:13 201:1 202:15

- E -

**each** 7:13,19 29:9 51:12
 63:24 64:1 72:13 93:11
 96:17
**earlier** 69:12 181:16 201:1
**easier** 58:17 96:23 172:20
**education** 11:1,19,20,22
 12:5
**EEOC** 155:2,13 174:21
**effect** 193:10,11
**effective** 64:16
**egress** 197:3
**egress/ingress** 196:22
**Eidman** 9:2,3 15:7 22:10
 24:22 57:20 88:1,19
 89:18,20 117:10,13
 120:20,21 169:21
**eight** 12:19 13:2,15 23:1
 25:4,16 151:10
**either** 17:7 18:20 23:20
 50:23 54:10,11 57:9 84:7
 105:17 108:7 110:18
 132:13 142:25 149:21
 157:23 158:22 160:4
 168:10 197:7
**elements** 66:7
**else** 16:6 25:11 47:13
 50:20 65:20 67:23 68:5,
 25 87:4,6 98:11 99:25
 117:16 118:16,18,23
 120:25 132:5 172:1
 173:24 195:14 196:15
**email** 16:22 111:11,12,23
 112:18,19 113:1,6,9,14,21
 162:14,18,20

**emails** 112:22 114:8,11
**embellished** 140:3
**embellishing** 140:7
**emergency** 43:15
**emotional** 91:25 92:4,7,12,
 16 116:1
**emotionally** 95:7,15,20,22
**employ** 65:8
**employed** 143:15 181:23,24
**employee** 10:18 47:10,12
 58:18,19,24,25 59:1,17
 60:6 90:2,21 91:7,8,11
 96:25 97:19 136:20,20
 139:7,10,12,24 153:18
 160:6 177:1
**employee's** 180:25
**employees** 14:6 91:1
 100:18 174:16 182:3
 193:20
**employer** 193:13,13 195:12
**employing** 180:16
**employment** 19:16 166:24
 167:2 168:8 176:1,8,25
 180:3 181:22 193:21,25
 194:7,8,12 195:5
**employs** 180:22
**en** 67:10
**encouraged** 153:4
**ended** 198:2
**Enforcement** 24:23 26:4,4
 162:23
**engage** 154:17 166:23
 167:1 168:8
**engaged** 81:5 82:7,22
 121:9 175:15
**engaging** 167:20,24
**enough** 16:12 60:2 121:16,
 16,16 137:4 148:17
 171:5 195:19
**entails** 19:12
**entire** 87:14,14,16
**entirety** 125:13
**entitled** 47:24
**entrance** 197:24
**environment** 29:8,13,14,14
 137:6
**epidemic** 193:18
**erratic** 181:18
**errors** 110:5
**escorted** 117:11,11
**especially** 42:7 191:9
**essential** 151:10 153:22
**essentially** 13:13 15:2,8
 23:7 25:6,23 48:22 55:8
 101:4 123:19 153:25
 165:7
**established** 200:11,12
**establishes** 83:25
**estimate** 56:13 156:8
**estimation** 145:24 146:4
 188:7
**evaluate** 43:1 95:10 103:16
**evaluated** 42:17 54:4
 103:12 104:18 109:12,15
**evaluating** 96:4
**evaluation** 24:12,13 49:1,5,
 8,9 50:7 51:2,18 52:2,13

54:5,17 55:22 56:3 61:1
 96:2 100:22 103:11,17,18
 144:6 149:1,21,24 152:24
 157:11 158:10,11
**evaluations** 15:14 49:20,25
 51:9 55:5,20 65:20
 103:13 109:13 145:20
**even** 15:19 17:5 18:7,22
 20:7 111:14 131:12
 147:5
**event** 73:24 159:1 174:9,13
**events** 74:1 85:21 86:13
 88:22 111:7 139:24
**eventually** 53:13 181:24
**every** 11:25 12:25 16:21,
 22,22 19:18 30:21,22
 55:6 71:21 76:14 88:8
 91:7 109:3 141:10,13
 162:5,10,22,22,23,24,25
 163:3,15,17 193:5
**everybody** 55:11 64:9 79:6
 89:14 98:11,17 107:1
 113:20 137:4,5
**everyone** 28:2 76:15
 120:23
**everything** 6:23 14:25
 39:11 107:9,9 109:11,11,
 14 119:3 171:14,16
**evidence** 19:12 21:12
 131:25 162:24
**ex** 47:5
**ex-employees** 193:12
**ex-wife** 84:20
**exact** 75:25 93:4 110:16
 112:14 166:9
**exactly** 43:10 55:10 63:8
 84:5 97:23 98:9 115:17
 116:12,18,20,21 135:11
 139:18 146:20 151:8
 157:1,2 173:21 186:16
 199:15,16
**exaggerated** 138:20
**exam** 55:20 182:1
**EXAMINATION** 6:12
 53:22 143:19 146:13
 195:24
**examinations** 143:22
**examined** 6:10
**example** 20:19 32:19 49:8
 59:21,25 60:3 72:11
 78:11 163:2
**examples** 24:9
**except** 87:11 151:18
**exception** 25:7
**exceptions** 162:16
**Excuse** 7:20 53:12 57:3
 63:6 169:15
**executed** 63:3,13,14
**exercised** 122:3
**exhibit** 60:19 61:6,7,8,24
 64:19 68:21 79:21 86:3
 89:25 90:2 100:10
 112:10,11,14 113:2
 117:23 118:22 119:4,9
 132:18 148:14,22,24
 149:6,12,15,25 155:8
 159:7,9 160:20,23 161:24

164:7,9,10 166:16,19
 171:10 172:15,21,23
 174:20 177:25 180:6,25
 182:7,13 196:2,2
**exhibited** 92:2 92:11
**exhibits** 60:14 108:23
**expect** 105:23 122:11,14
**expectation** 110:14
**expectations** 100:22
**expected** 110:12 165:11
**experience** 48:2 49:18
 58:21 64:5 126:6 135:5
**expertise** 47:18
**Explain** 74:3 121:22
 188:14
**explained** 17:13 180:1
**expressly** 6:7
**extended** 101:3 105:18
 160:4
**extent** 169:6 170:3
**extra** 64:22
**extremely** 187:19
**exwife's** 79:2
**eye** 184:15
**eyes** 9:13

- F -

**face** 79:8 146:24 188:22
**face-to-face** 96:3 190:11
**faced** 184:10
**facing** 67:12,15 186:11
 187:2 188:18 189:14,25
 190:8 199:5
**fact** 36:17 39:6 44:8 62:15
 65:18 74:18 75:1,5
 78:23,24 81:13 87:2
 98:19 122:13 136:17
 140:9 145:24 146:4,14
 147:17 148:8 150:12,18
 151:18 160:3,13 187:6
 196:4,7 198:9 200:5
**facts** 198:20
**fail** 34:1
**failed** 34:8,16,25 35:3,5
 155:22
**failing** 158:21
**failure** 192:8,9,10,12
**fair** 28:13 30:5 60:2 86:5
 137:4 158:25 183:2,3
 195:19
**fairly** 27:11 29:20 30:11,
 18,19 31:13 49:2 105:21
 107:1 133:18
**falls** 137:22
**familiar** 35:17,24 46:9,13
 47:21 48:15,24 49:15
 58:13 63:17 90:17 91:16
 102:10,11,17 183:10,11,
 21,22,23 197:9,25
**familiarization** 35:24
**familiarize** 33:18,19 35:23
**familiarized** 33:13 35:15
**families** 28:6
**family** 28:12 47:11 50:18
 51:22 68:11 116:9
**fan** 138:6

fantastic 107:21
far 60:14 115:7 170:7
176:21,22,23,24 177:4
181:11
farm 201:10
faster 184:19
fatal 154:6,7
fault 155:21
FB 183:20
FBI 11:7,9,13,14 57:19
feedback 15:14
feel 8:16 31:3 128:14
134:2 150:18 186:19
193:23
feeling 95:20
felt 189:12
female 10:1,2 169:16
few 196:1
field 106:14,16,21,22
107:4,12,15,18 108:1,7,8,
11,18 161:2,4,18,21
185:3
figure 95:22
file 21:14,15 44:11 45:3
62:12 83:22 100:15,18
102:2,7 103:3,5,7,7,8,15
104:6 114:13,15 160:12
169:8
filed 46:5 72:5 155:2
files 65:20 104:10,11
108:15 114:8 150:9
170:4
fill 54:17,19 108:3 109:1
125:16 164:17,20
filled 39:7 54:15 164:13,15
165:5
filler 65:13
final 20:21 80:6,14,17 81:4
125:8 149:21,23 151:5,
16,16 188:20
finally 43:17
find 19:13 31:18 65:4
67:17 73:6 100:17
109:18 133:9,13 137:7
finding 54:11
findings 80:7
fine 10:24 60:16,17 112:1
141:9,21
finger 138:10
fingers 122:11
finish 7:21 80:22
finished 7:17,18
fire 38:23 190:23
fired 127:4,10 176:15
First 6:23 9:9 10:9 18:24
27:6 33:3 35:14 36:19
49:23 59:9 61:21 62:8,10
81:8,17 84:3 86:5 97:24
99:4 107:7 109:21 110:4
120:7 159:10,13 167:11
191:2
Fit 50:8,9 52:17 133:22
143:3,19,22 144:5 145:19
146:11,24 149:10
fitness 50:11 53:21 146:13
five 41:21 56:15 78:5
151:10

flip 185:23,23
flow 103:13
flows 103:17
follow-up 168:24 172:2
202:12
follow-ups 196:1
followed 17:11,20 19:3
following 70:25 172:5
189:10 191:22 199:24
follows 166:13
fond 137:2
force 27:12 28:2,3,12
31:4,5,12 33:7 36:2
37:13 40:7,15 48:17 58:7
81:22 82:1 88:21 97:20,
21 105:21 137:7,12,15,16
138:9 142:6,7
forever 136:10
forget 134:12
forgetting 33:12
forgot 27:1 59:15
form 18:11 39:7,10,11,13
54:23 55:1,6 68:24 69:2
72:1 76:13 83:22 103:17
111:4 112:2 115:2,3
159:21,24 160:1 162:11
165:3,5 166:22 167:4
format 21:9 173:4,4
former 9:6 193:21
forms 24:14 76:6,9,11
108:24,25 109:10,17,17
formulated 80:13
Forty 165:1
forward 16:13 60:13
188:19,22 189:13,17
forwarded 61:1
forwards 16:4
found 39:24 63:20 64:2
84:14,15 85:6 86:3 113:2
118:19,24 119:4 155:15
four 41:17 153:22 173:9,
10
four-year 11:6 26:21
foward 184:10
frame 14:7 94:4 137:22
139:17 152:8 156:24
188:2
free 8:16 128:14
frequently 126:22
Friday 43:11
frisked 120:14
front 67:15 82:6 85:8
148:25 152:20 174:19,22,
23 181:4 184:11,12
185:12 186:4 190:4,10
full 9:14 107:11
full-time 53:16,18
fully 12:2 22:2 100:21
function 146:1 151:10
functional 38:21
functions 153:22 162:2
Funkhouser 15:6 22:15,18
23:2,5,10,11 88:2,19
117:10,13 120:20,21
funnel 154:7,7
further 17:1 135:23 168:17
172:2,7,10 182:1 192:3

95:23 202:9,20

- G -

gathered 19:9 21:12
general 12:24 16:3,18
90:23
generally 90:14 120:2
generate 163:8
generated 40:4,6 75:12
generic 162:14,18
GEORGE 6:9 9:15 22:12
germane 21:23
gets 18:8 107:2 127:4
161:3 194:13,22
getting 29:6 40:1 44:16
51:1 63:11 157:15
158:22 173:5 187:16
190:17,22
gigantic 71:19
give 50:1 51:25 57:24
59:24 60:2 64:19 93:13
106:5,18 108:2 148:14
154:3 163:16 166:11
170:14 177:24 193:5
given 6:18 19:4 33:5 53:8
54:4 56:3 61:3 64:18
91:8,9,10 105:22 109:3
144:23 149:6 152:12
158:19 171:23 172:1
178:18 193:13
givens 107:16
gives 134:22 184:7 192:2
giving 49:22 50:5 51:24
98:16,16 145:7 159:11
gleaned 199:20
Glendale 12:15
Glenn 22:10
Glock 99:14
goes 18:25 32:25 39:12
70:24 71:2 108:8 133:21
134:5,7,16,19,23 135:2
165:13
gone 73:7 75:6 79:1
106:22 189:18
Good 6:14,15 102:20,22
103:1 106:5 121:13
135:19 151:3 153:9,23
157:14,15 169:17
gotten 16:24 20:10 105:17
108:17 160:10 177:18
192:20
graduate 27:4
graduated 11:3 27:7
great 7:12 89:24 107:8
greatly 200:21
grew 201:10
grievance 40:21
grievances 46:5 59:3,5
grossly 103:21
group 29:2,4
guess 16:10 18:2 45:3,7
47:14,15 60:16 69:18
105:6 106:1 133:20
147:2 178:10 193:18
guessing 41:14 48:21 69:15
115:16

guideline 194:15,16,18
guidelines 167:15
gun 35:25,25 36:5,23,24
37:1,2,3,4,9 38:1 77:1,1,
2,4,8,10,15,17,17,18
178:17 186:17 188:3
190:19 194:18 200:25
201:25 202:3,6,15
guns 32:19,21 36:21
38:18,19,19 39:25 40:3,3,
4 73:25 76:22 78:5,6,10,
14,19,24,25 79:11,18
88:14 98:17,18 99:11,12,
14,15,17 177:5 187:3,10
194:13
guy 55:14 127:11 128:1
154:13 184:15 186:18
187:2
guy's 52:20
guys 173:17,18

- H -

habit 158:6
habits 32:12
hadn't 79:1 99:9 136:1
150:23
Hahn 24:8
half 12:19 13:2 30:24,24
117:20
halfway 119:8
hall 89:10 98:25
hand 68:20 108:22 117:22
121:3,5 132:17 148:13
161:23 172:21,25 190:19
handed 61:23 148:21
166:17 171:19
handgun 56:20 201:11,12,
16 202:13
handguns 76:18 85:6
201:15
handle 35:10
handled 18:21 43:17
124:23,25 125:4,12
handles 134:8 195:22
hands 190:21 191:4,6,10,17
192:1,4
handwriting 164:11
happen 41:25 70:20 79:9
88:6,16 126:22 132:4
155:24 156:3,5,12,12
160:6,7
happened 35:3 42:22 45:16
52:1 73:4,7 86:10 94:1,2
99:9 116:8 122:10 139:4,
25 140:18 142:17 157:1
179:23
happening 42:7
happens 16:21 54:3 70:10,
16 78:18 138:7 142:20
150:24 157:21 163:6
happy 171:6
hard 7:7 28:25 105:25
141:5
hardship 99:5,7
has 12:1 18:21 20:1,1
23:5,6 24:16 29:7 36:25,

25 38:22,23 39:4,6,11,22
40:14,22 49:13,14 51:8
53:21 54:14 55:18 59:3,
6,6 63:22 64:9 74:5,5,10
76:18,18 78:10,20 88:14
90:1 91:5,24 99:12,17,20
104:17 105:20 106:21
107:13,19 109:22 121:9,9
126:8,16 127:7 131:10
132:13 140:25 149:13
151:5 152:16 156:8,14
160:4 161:4,12 162:3
166:11,12 168:23 171:9
173:4 175:5 183:10,16
184:12,19 187:10,16,21
190:8,25 194:14,15
hasn't 66:6 158:18
hate 168:18
haven't 56:11 62:9 160:16
having 28:1 40:1 43:4
44:16 76:19 79:11 80:4
93:2,22 94:9 121:2 141:5
143:6 153:15 164:23
166:25 186:24 189:1
201:2
he'll 17:5
head 7:6,7 93:24 131:14
142:9
health 49:3,8,9 51:6 52:17,
19 53:22 146:9 181:22
hear 59:4 116:19 141:7,9,
13,16 169:13,14,16 171:5
heard 123:7,8 140:5,6
152:16
hearing 59:4 111:5 141:5
hearsay 140:6
heck 186:17
held 61:13 112:5 118:8
124:16
help 15:8 91:12 157:23
here's 88:16,17 149:20
182:11
HEREBY 6:1
Hey 97:15
high 11:1,2,3 109:21,24
high-risk 154:18
highest 100:8
highly 29:13 31:14
Highway 183:10 196:25
198:17
himself 17:1 125:6 164:17
186:10,10
hire 59:22,22 135:7
hired 35:22 59:17,24 60:4
106:13 132:25 133:16
history 19:17
hit 154:8
HM 6:17 14:9,9 30:4,5,19
31:4,5,8,11 32:2,7,12,16
39:19,22 40:7 42:14
46:17,20 47:1,4 48:16
55:21 56:3,17,23 60:4,21
61:20 63:3,15 64:15,25
65:5,15,23 66:17,24 67:7,
11,12,21 72:16 73:11,16,
20 74:20 80:3 81:5 82:6,
22 84:17,19 87:2,5,13,24

88:6,11,22 89:6,9 91:24
92:2,7,11,15,23 95:6,24
97:7,15 98:5,18,20 99:6,10
100:20 101:7,14,18,24
102:6 104:7 105:1,8,16
111:4,10 112:19,24
113:7,25 114:10,16,22
115:19 116:1,7,11,14
117:1,4,9,11,15 119:8,11,
15 120:4,8,11 121:19
122:3,20,24 123:12
124:24 125:11,24 126:4
129:2 135:10,17 136:12
147:17 148:12 152:14
153:18,23 155:18 156:22
157:10 161:12 164:16,17
166:1 167:1 175:15,21
177:6 178:14,15,19
179:1,13,17,19,22 183:5
184:23 186:9 187:9
188:19 189:3 192:19
197:12,13,15,17 198:16
199:4
HM's 60:12 67:10 68:10
72:17 102:11 108:11
114:21 120:24 122:16,17
132:25 133:14 149:2
151:6 156:18 176:25
182:13 188:17,19,25
199:4
HODAK 6:9 9:15,16 10:16
22:13 61:18 147:22
168:17 170:22,25
Hodak's 104:6
hold 58:2 94:13 132:4
holster 202:16
Home 10:13,20,21 70:3
128:23,24 129:4,9,12
homocides 131:13
hopefully 106:25
horse 187:24 194:11
hospital 85:17 93:23 94:6
95:19 114:22 122:21,25
123:12,16,21,24,25 124:9
183:14,19
hospitals 127:7
hot 42:5
hour 117:21
hours 11:24 123:3,5
164:24 165:1,20 166:4
167:17
house 67:10 79:3 81:14
165:22
however 161:4
huh-uh 7:3
human 195:17,17,22
Hundreds 183:2
hung 90:16
hunters 201:10
hunting 78:12 201:6,7,13,
19
hurdle 76:14
Hyland 85:11
hypothetical 72:16,20
hypothetically 72:21

- I -

IA 112:2
idea 59:10 82:22 99:23
109:8 133:5 157:23
158:15
ideation 82:2
identified 174:20
identify 159:5 168:16,17,22
identifying 49:23 50:5
141:1 142:1 145:7
identity 51:25
illegal 79:15
immediately 53:6 198:21
199:10
impact 146:5
impede 8:24
imperative 154:17
important 35:13
imposed 99:5
impossible 185:13
improve 107:22 110:22
in-car 21:18,21,22 129:19,
19,25
in-service 182:19
inappropriate 74:21 96:14
111:18 201:12
inappropriately 52:3
incidence 155:17
incident 44:18 46:10
49:12,17 67:3,6 70:5,11,
22 71:5,9 73:19 82:14
87:5,13,16 93:12 100:1
130:21 138:17 145:1,4,5,
8,10 171:11,17 182:2
incidents 157:9
inclination 168:16,22
include 56:16 131:1 151:22
included 72:6 179:16
including 184:22
increases 160:10
independently 192:19
indicate 82:5 95:7
indicated 20:11 26:21
35:14 53:2 65:11 74:15
75:17 84:12 90:10
102:14 112:17 119:23
124:22 128:18 136:13
138:5 200:24
indicates 40:4 72:4 152:20
indicating 64:25 89:23
112:23 113:24 118:1
171:21 189:22
indication 92:11 152:14
individual 18:13 51:20
53:8,11 58:4 59:9 62:12
63:24 64:1 74:21 75:9
76:18 86:1 97:1,18
106:13 113:24 121:9
122:7 128:12 135:8
138:2 144:5,14 145:9
146:4,12 147:11 157:5
individual's 146:1,6
individuals 45:18 51:15,16,
25 56:24 87:11 120:23
121:18 125:21 132:14

135:1 137:15 142:5
143:21 145:20
influence 137:6
inform 18:9 127:24
information 9:10,11 18:17
20:19,20 44:19 49:23
50:5 51:24 84:15,23 86:3
91:16,25 92:3 109:10
111:15 117:4 129:17
133:15,19 136:12 141:1
142:1,19 145:7 150:16
153:3,9 155:15 163:16
165:7 169:25 170:4
173:17 178:13 179:11
187:18
ingress 197:3
initial 16:4,12
initially 18:6,8 33:11 35:18
initials 24:23
input 57:12 103:13 150:7
155:1
inquired 192:19
inside 157:20
inspected 38:20
inspection 194:19
instability 92:16
instance 51:4 73:10 132:6
133:23
instances 78:2 127:2
140:13,14
instead 199:23
instituted 135:24
integrity 134:12,14,18
intelligent 31:14
interact 29:19,24 154:5
interaction 41:23 42:1
interested 61:19
interface 25:23
internal 15:20,22,25 16:14
18:10 20:16 21:5,8,19
64:12,13 68:15,22,23
69:1 72:12 74:17 83:16
113:3 125:16 131:18,19
193:7
internally 16:8,11 181:9
interpreted 103:19
interrupt 141:20
interviewing 131:21
interviews 131:10
into 6:6 8:8 15:19 19:10
43:18 69:25 72:16 77:1
83:16,16 84:17 87:2
97:1,8 137:21 154:9,19
158:9,10,11,14,18 160:12
188:16,21 189:15,16,17,
18,20 198:21,24 199:9,23
intranet 64:8,10,11
investigate 16:7 17:7 44:24
45:24 71:7 74:16
investigated 14:3,4 17:9
18:8,12,14 19:2 71:6,8,15
72:17 83:2,4,4
investigates 16:6,6 71:17
investigating 17:11,20
19:15 81:9
investigation 14:9 16:14
17:1,16,16,17,18,25 18:6,

10,25  19:5,7,10,12,23
  20:6,16  21:5,8,20  44:13,
  15,17,20,21  45:12  65:14
  68:16,22,23  69:1  71:2,18,
  22  72:1,7,10,12  83:16,18,
  21,25  113:3,7  123:11
  124:23  125:5,8,10,12,16
  132:8  134:7  172:5,7,10
  175:8  179:1,4,6,13
**investigation's** 134:10
**investigations** 13:21,23,25
  14:6,14  15:20  17:24  22:1
  23:14  25:7  68:19  124:25
  131:8,11
**investigative** 128:14,15
  171:11  172:14
**involved** 16:20  20:5,11
  49:12,17  50:23  56:10,11,
  13,22,24  58:4,9  70:22
  73:6  88:3  116:11,14
  120:25  121:19  122:5
  143:7,11  144:10  145:22
  157:5  181:13
**involves** 20:3  171:16
**involving** 46:10  155:18
**Iraq** 14:18  60:5
**isn't** 66:9  80:6  95:2
  146:13  153:10  166:12
  200:21
**issue** 50:10,16,17  51:21,21
  98:12  108:11  135:25
  157:18,19  180:6  199:15
**issued** 37:18  96:25  98:20
  180:6  181:6
**issues** 43:4  96:18  116:2
  138:8  146:14  155:19
  156:21  163:20
**its** 125:13  173:4
**itself** 17:16  21:3  92:15
  117:7,19  175:13

**- J -**

**James** 153:19
**January** 31:22  33:21
  39:21,24  40:2  46:22
  75:23,24  92:19  118:9,19
  177:12,13,15
**Jason** 159:17  195:21
**Jeff** 69:9,13  86:8,23  87:1,8
**job** 43:1  102:21,22  109:14
  127:4  143:13  146:1,6,16
  151:10  153:22  167:7,7,8,
  10,11,13,14,17,24
**jobs** 98:15
**John** 6:17,17  8:12  9:6
  14:9,9  30:4,5,18  31:3,5,
  8,11  32:1,7,12,16  39:19,
  22  40:7  42:13  46:17,20
  47:1,4  48:16  55:21  56:3,
  17,23  60:4,12,20  61:15,
  20  63:3,15  64:15,25
  65:5,15,23  66:17,24  67:7,
  10,10,12,21  68:17,20  72:16,
  17  73:11,15,20  74:19
  80:2  81:5  82:5,22  84:17,
  19  87:2,5,13,24  88:6,11,

22  89:6,9  91:24  92:2,7,
  11,15,22  95:5,23  97:7,15
  98:17,20  99:6,10  100:20
  101:7,14,18,24  102:6,11
  104:7,25  105:7,16  108:11
  111:4,9  112:19,23  113:7,
  25  114:10,16,21,22
  115:19  116:1,7,10,14
  117:1,4,9,11,14  119:7,11,
  15  120:4,7,10,24  121:19
  122:3,15,17,20,24  123:12
  124:24  125:11,24  126:3
  129:2  132:25  133:14
  135:10,17  136:12  147:17
  148:12  149:2  151:6
  152:14  153:18,23  155:18
  156:17,22  157:10  161:12
  164:15,17  166:1  167:1
  175:15,21  176:25  177:6
  178:14,15,18  179:1,13,17,
  19,22  182:13  183:5
  184:23  186:9  187:9
  188:17,19,25  192:18,19
  197:12,13,15,17,25
  198:16  199:4
**John's** 127:7,22  193:8
**jointly** 152:23
**judge** 136:8
**judgment** 155:19,21  156:21
  157:9,15  199:23,25
**jump** 125:19  154:13
**jumping** 133:4  193:4
**June** 33:21,24,24
**jurisdiction** 20:4,10
**justice** 11:5  26:22,23

**- K -**

**KAENEL** 60:17  61:10
  112:3  117:24  118:2
  136:4  169:12,18  170:19,
  21  171:1  172:24  174:4
  175:2,3  178:22  180:12
  182:9,12  189:1  200:7
**Kayser** 22:13  23:20  24:3,4
  53:1  88:3  144:2  168:13
**keep** 11:25  20:18  65:5,23
  68:18  84:13  103:3,6,9,15
  104:10,12,13,20  105:23
  135:22  141:22  158:17,17
  184:15  186:16  194:8
**Kellogg** 65:16  152:21
  153:8,19  162:6
**Kellogg's** 65:19
**kept** 63:21  66:17  98:24
  100:14  104:11  123:3,5
**kick** 18:3,4
**kicked** 98:10
**kind** 18:16  25:24  28:6,11
  31:11,18  40:25  42:12
  44:11,19  53:21,22  54:15
  65:7  82:7  94:21  107:20,
  21  109:9  110:3  113:21
  114:2,23  115:18  116:10,
  19  121:9  122:8  130:2,14
  132:10  134:13  142:1,11
  149:5  154:19  160:6

52:19  163:5,23  168:3,20
  173:17  180:2  183:21
  193:18  201:2
**kinds** 16:15  18:15  106:25
  122:2  126:24  135:13
  160:11
**Kirkwood** 11:3
**knew** 31:7  61:2  84:19
  99:13  122:20,24  123:2
  135:18  148:1,4  153:16
  188:4
**knock** 154:9,19
**knowing** 67:14  187:25
  188:1
**knowledge** 41:16  45:25
  47:12  51:7,13  71:25
  80:17  100:15,16  113:6,10
  119:6  132:12  135:5
  138:3  147:10,14,16
  156:15  159:25  179:25
  181:10  193:19
**known** 84:21  147:11
  178:12
**knows** 38:22,25  185:15
  187:7

**- L -**

**lady** 57:5
**language** 65:7
**large** 105:4  133:18
**larger** 138:25
**Lasater** 68:3,14  84:7,11,
  15,23,24,25  85:6,15,18
  86:2  129:8  171:2  172:12,
  16  173:2,6,16,23  174:8,
  12,14  188:7,9
**last** 54:4  61:6  91:23
  133:10  134:5  136:10
  156:8  160:22  161:8
  175:5  193:18
**later** 60:5
**law** 17:5  24:23  26:4
**lawful** 6:10
**lawsuit** 116:8,10,14
**lawyer** 19:14
**leadership** 11:11,13
**leads** 12:8
**learn** 66:7,10  111:3
  123:23,24  124:3
**learned** 52:12  66:6  107:20
  116:13,18,25  174:2,8
**learning** 18:14  134:14
**least** 12:1  79:6  106:2,3
  176:19
**leave** 115:3,12  164:13
**leaving** 157:11,12  158:21
**Lee** 171:2
**left** 39:19,22  60:12  157:1
  183:9,17  198:21,22,24,25
**left-hand** 199:9
**leisure** 201:23
**less** 56:15,15  138:14,18
  140:7,12,21,22
**letter** 179:25
**letters** 100:18
**licenses** 14:3,4

**lie** 134:22
**lied** 139:4,24  140:1
**lieutenant** 13:20,23,25
  14:13  15:6  22:15,18,20
  23:5,11  88:1  117:10,13
  120:21  170:22
**lieutenants** 22:16  90:11
**Lieutentant** 23:9
**life** 28:7
**lights** 198:23  199:1
**like** 7:20  11:18  18:19,20
  22:2  28:7,18  31:3  42:24
  43:11  54:18  63:20  72:9
  74:11  89:11  93:6,15
  94:16  104:6  110:7
  112:12  120:14,15  121:13
  122:10  126:3  127:5,15,25
  128:15  136:9  137:2
  138:11  148:18  150:3
  151:9  159:5,17,21  160:18
  162:17  163:9  167:12,12
  169:13  173:1  188:16
  191:2,12
**likely** 186:16
**likes** 137:5
**line** 15:3  22:23  48:23,23
  58:3  64:8  66:9  162:6
  183:6  188:16,17  189:4
  190:23  197:6
**lines** 189:4,18
**liquor** 14:3
**Lisa** 24:8  68:8  85:23
**list** 40:4,6  67:18  75:12
  76:4,15,19,22  134:1
  170:14  177:11
**listed** 40:20
**listen** 42:5,6
**lists** 39:8
**little** 9:9  10:25  23:4  41:18,
  20  55:15  88:5  120:4
  125:19  134:4,6  135:17,24
  141:5  150:25  159:3
  163:9  165:6  172:20
  173:3  177:5  181:18
  182:14  192:2  194:25
**Lively** 162:7
**located** 85:7  91:16  183:15,
  17
**location** 158:4
**logged** 115:9,10
**long** 9:18  12:9,18  13:1,16
  14:13  34:4  41:12,17,18
  53:24  99:1  104:20
  115:14  117:18,20  139:16
  148:16  168:23
**look** 15:18  39:10  55:14
  64:3  65:3  69:4  91:15
  100:18  103:22,23  109:16
  118:5  128:11  133:22
  148:15,19  151:9,11
  153:21  154:12  172:22,25
  173:1  175:5  177:24
  182:8  188:13
**looked** 45:4  103:20  109:13
  133:12,14  182:6,7
**looking** 33:18  63:19  69:21
  70:10  79:21  81:7  82:20

91:23 102:7 142:1
148:25 150:8 172:18
173:8,13 186:21 196:2,2
**lookout** 127:6
**looks** 110:7 127:25 133:21
150:3 159:16 165:6
188:16
**loop** 57:22 142:20
**Lorena** 168:23 169:10
170:18,25
**losing** 141:22
**lost** 77:14 135:19
**lot** 18:22 28:19 30:2,3
31:16 39:24,25 42:20
66:9 74:7,7,9 98:25,25
99:11,15 102:1 105:21
133:19 135:20 137:9,9
162:2 169:24 183:9,24
188:22 189:17 191:1
193:22 196:3,23 197:9
198:2,21,25 199:10,23
**loud** 119:16 175:10
**Louis** 11:4 27:3 67:9,9
69:16 72:11 73:1 82:10
84:3,18 132:8,13 145:16,
17 171:1,2 172:17 173:6
174:16 186:7 194:21
200:16,17,21
**low** 110:2,11
**Lunch** 124:17,19

- M -

**maintain** 196:14
**major** 161:15
**makes** 7:3 17:2 54:6
106:24 118:10 130:23
143:9 158:7,9,11,18
196:4 198:21
**making** 80:11 81:18
152:17 189:25 199:6
200:20
**male** 10:1
**man** 187:17
**management** 182:2
**mandate** 49:11,16 131:12,
17 168:1
**mandated** 158:1,3
**mandatory** 75:19
**manner** 8:24 32:3 41:5
43:5 52:5,7 69:25 95:6
104:11 119:20 128:6,8
143:13 198:13 201:16,20
**Manual** 63:25
**manually** 130:18
**many** 9:22 22:25 28:18
31:14 49:23 56:11,12
78:4,5 93:1 105:1,22
106:11 120:5 123:5
124:24 133:20 139:14
142:5 167:17 171:7
182:25
**marital** 142:25 143:1
**mark** 61:7 109:1 112:10
159:7,19 164:7
**marked** 61:8,23 64:19
68:21 90:1 108:23

109:22 110:2 112:11
117:23 132:18 148:14,22
149:4 155:8 159:9
160:20,23 161:24 164:9
166:16,18 172:23
**marking** 172:21
**Marriage** 146:23
**married** 9:16,18 138:2
**Marshall** 41:7,9,23 43:4,19
44:10,19 45:24 46:2,5,10,
15,18,23 47:1,6 68:6
111:4 115:21 136:14,16,
18,23 137:1,2 138:14
139:12 140:2,7,19
**Marshall's** 137:5
**massage** 14:4
**match** 151:12
**material** 21:7
**materials** 19:9,22
**matter** 6:18 57:12 87:12
146:18 155:2 198:9
**matters** 31:15 91:19
**may** 6:3 9:19 14:17,19
18:7,23 20:5,11 30:24
37:12,20 73:7 81:5 93:3,
7 104:13,14 111:24
112:1 127:2,3,10 138:23
142:21 148:18 163:19,20
170:3 174:1,2 178:22
179:9 194:17 201:24
**maybe** 20:7 39:21 133:19
139:18 162:24 174:1
183:2 191:10
**McCrary** 65:15 152:21
153:8,20 162:7
**McCrary's** 65:19
**McIntyre** 46:11
**meals** 158:2
**mean** 19:12 24:14 27:18
28:16 29:23 31:13 35:21
36:3,16 42:16 45:15
62:5,8 65:13 74:3 90:13
97:4 104:18 105:25
106:4 110:17 121:5,21
127:5 142:14 146:8
147:22 153:24 158:9
163:17 169:2 183:10
190:18 193:5,19
**meaning** 65:12 190:18
**means** 55:13 66:11 158:18
**medical** 19:16 49:1,2 52:17
**medium** 27:15
**meet** 36:10 39:4 155:14
**meeted** 157:5
**meeting** 52:18 64:15
117:7,7,8,18,19 118:8,10,
19,24 122:20,24 124:2,4
179:16,19
**meets** 100:21
**member** 47:11
**members** 68:10 88:21
97:20,20 102:24 103:1
126:17,19 142:6,6
**memo** 19:5 20:2 54:19,24
55:1 89:7,11 151:18
177:25 178:4,14 180:17
192:18

**memorandum** 62:1,5
151:23,24 179:11,12
180:1
**memos** 180:17
**mental** 49:5,6,7,9,20,24
50:7 51:2,6,18 52:2,19
53:22 55:20,22 56:3
101:8,15,20,21 146:9
181:21 182:1
**mentally** 176:13
**mere** 146:14
**MERKLIN** 60:17 61:10
112:3 117:24 118:2
136:4 169:12,18 170:19,
21,25 172:24 174:4
175:2,3 178:22 180:12
182:9,12 189:1 200:7
**mess** 162:25
**message** 165:8,16,25 166:1
**method** 200:20
**Metropolitan** 27:3
**MICHAEL** 6:9 9:15
**microphone** 130:4,9
**mid-January** 177:11,18
**middle** 177:15
**midnight** 30:12 31:1
**might** 30:25 31:9 33:23
39:15 42:6 47:6 87:5
88:5,16 106:19,19,19
107:21 117:16 121:16
133:24 142:22 162:16
163:18 164:18 188:2,2
**millimeter** 33:16 38:12,14
39:3 194:17
**mind** 8:8 50:4 102:8
173:8,11,12 188:2
**mine** 80:14
**minor** 18:19 101:4
**minute** 32:21 69:4 91:15
100:10 109:16 118:5
124:15 129:16 148:15,16
**minutes** 117:21
**Mischaracterizes** 188:24
**misquoting** 193:10
**miss** 30:25 41:23 46:15
47:5 141:11 171:9
174:20 181:19 202:12,13
**missed** 25:20 103:24
**Missouri-St** 11:4
**mistake** 110:8
**mistaken** 117:15
**mistakes** 110:4 162:9,21
**misunderstood** 139:25
140:1
**mix** 36:21
**model** 194:18
**moment** 59:9,16 64:16
**Monsanto** 127:9,22 193:8
**month** 39:20 156:10,11
162:23,24
**monthly** 164:2
**months** 48:3,12 162:22,23,
25 163:3,4,15,17
**morning** 6:14,15
**Moss** 6:4
**Mostly** 47:22 57:22 106:20
135:24 136:19 160:9

**move** 29:4 47:6 117:6
191:1 198:24 199:3,3
**Municipal** 200:17
**municipalities** 125:22
126:3,9,14,18 127:1
128:3
**municipality** 132:2
**municipality's** 132:1
**must** 38:14 54:12 71:10,13
135:11 176:7 185:15
191:18
**myself** 15:19 44:24 97:9,25
140:10 150:9

- N -

**name** 6:14,16 9:14 10:9
22:4 46:13 76:19 83:23
133:13 159:4 170:25
**named** 104:5
**names** 55:4 170:25
**narrative** 173:10
**narrow** 142:13
**National** 11:7,9 15:6 23:6
**natural** 189:24
**nature** 11:18 15:18 17:25
18:18 20:3 120:2 167:18
**necessarily** 18:7 22:4
**necessary** 16:20 18:9 73:15
**need** 8:15,18 10:19,21,22
59:11 73:13 93:8 115:1,8
127:8 157:25 162:8
169:23 170:11,14
**needed** 63:1
**needs** 66:10 162:11
**negative** 7:8 152:15,17
**networking** 167:21
**networks** 167:22
**never** 30:12 41:2 76:7
83:11,24 84:1 106:11
110:17 121:17 126:5
145:17 170:24 185:12
186:14 198:4,6,12
**new** 31:17 47:23 48:7
**next** 7:19,19 12:8,8 13:3,
19 22:22 70:9 91:23
93:19 134:16 159:8
**night** 43:11,11
**nights** 28:24
**nine** 33:16 38:12,13 39:3
182:22 194:16
**Ninety-six** 123:9
**nobody** 196:15
**nod** 7:5,7,8,8
**Nodded** 93:24 142:9
**none** 95:17
**nonprobationary** 58:15,18,
25
**nook** 71:21
**normal** 19:12 189:7
**Normally** 26:8 69:21
165:13 191:7
**notarizing** 157:13
**Notary** 6:4
**note** 115:18,22 150:25
178:17
**notebook** 63:21

notes 68:13,16,18 84:13
  104:13 171:15
nothing 65:20 88:7 95:11
  102:8,9 110:25 133:4
  143:8 148:4 156:18,19
  173:20 180:4 195:23
  202:9,20
notice 62:18 89:10 180:6
noticed 62:9,10
notices 162:4
notification 16:24 76:13
notified 93:6 148:6,8
notify 17:8 78:14
November 39:23 75:23,24
number 10:22 55:4 56:7
  61:7 85:12 93:4 105:3,5
  110:2,11,11,17,18 151:9,
  22 153:22 173:3
numbering 60:11
numbers 60:19 105:23
  106:2 123:7,8 170:15

- O -

oath 6:24 124:20
obey 191:18,20,21 192:6,9,
  10,12
object 82:16 97:1
Objection 72:20 147:13
  174:3,5 178:20 188:24
observation 32:7 85:12
  88:15 92:15
observe 30:9 32:1,8,11
  42:9,14 57:24 92:11
observed 43:12 67:10
obvious 55:13
Obviously 21:10 54:13
  122:20,24 133:18 169:25
  184:15
occasion 139:6
occasionally 15:20,23 16:7,
  11,25 17:2 27:22 71:4
  127:9 131:17 150:24
  155:24 156:4,5 163:22
  193:15
occasions 124:25 126:8
  139:14
occur 43:13 56:4 127:3
  158:13
occurred 14:5 20:5 23:7
  40:22 57:19 61:21 67:4
  87:5 88:8 93:17 94:4
  95:2 118:18,23 119:4
  138:21 144:21 145:2,2,3,
  4,8 171:11 183:6 198:2,
  13 199:17
occurrence 158:12,14
occurs 70:11 163:24
odd 32:2
off 8:10 12:16 33:2 36:22
  37:4,5,7,9,24 38:6,10,17
  39:5,9,19 40:10,19 48:8
  54:8 59:2 60:12 61:3,10,
  13 64:25 65:9,16 66:8
  74:6 75:22 76:15,21
  77:9,16,17 78:18,19
  80:11 84:20 99:12

100:11 107:15,18 108:7,
  8,17 112:3,5 115:15
124:14,16 131:14 135:22
  136:7 145:5,6 149:22
150:25 151:20 160:4
  161:3 170:11 177:6
  183:9 194:13,23 195:8
  197:14,15 199:24 200:2,
  25 202:15
offers 184:17
office 39:12 66:5 70:19,21
  75:14 117:12,14 118:25
  119:4,24 120:18 129:6,7,
  9,14 165:15
officer 9:12 10:5 11:25
  12:9,12 17:12,19 18:7,10
  19:1,4,10,23,25 20:2,20,
  21 21:13,20 25:16,18,19,
  20 26:6 31:16,20 32:13,
  22 33:25 34:10 35:12
  36:1,24,24 37:12 38:6,21,
  25 39:6 40:10,24 42:22
  43:17 46:10 47:24 49:12
  50:16 51:2 53:17,17,18,
  20,23 54:4,8 55:18 59:2,
  6 65:5,23 66:6,6,7,8,9,17
  67:14 69:24 70:12,22
  71:6,17 73:17,20,23 74:5,
  8,10,12 75:13 76:3,8
  78:10,18,20 79:18 80:12
  81:9,11,16,19 82:15,23
  84:7,17,19,23 85:5,5
  88:14 91:24 92:2,7 99:24
  101:2,18 102:5,12,15
  103:12,24 104:1,2 105:1,
  13 106:3,3,13,20,21,21
  107:4,6,7,12,13 108:1,20
  109:3,12,19 120:17
  130:22 131:21 135:6
  138:1 140:24,25 142:2
  146:11 149:1 150:9
  151:3 153:23 154:17
  156:9 161:3,12 162:10
  165:7 167:5,10,25 170:22
  172:16 173:16 174:8,12,
  14 175:16 176:2 178:1
  180:22 182:15,21 184:4,
  11,12,19,22 185:14,19,20,
  22,24,25 186:5,11,17
  187:1,3,6,7,8,13,15,21,25
  189:10 190:8,13,17,22,25
  193:25 194:14 195:11
  196:7,12,16,19 197:11,12
  198:12,18,18 199:4,22
  200:1,5,25 201:17,20,24
  202:6,15
officer's 21:14 54:10 67:19
  109:13 167:7 185:2
  192:7 196:9,13
officer-involved 71:23,25
officers 11:23 14:24 15:4
  18:1 25:10,17,18 26:5,8
  27:20 29:9,20,21 30:1,2
  33:15 34:8,25 35:6 38:1,
  20 39:8 40:3,5,18 48:7,
  7,24,25 49:16,20,23
  56:25 58:14,15 66:4

67:12,15 72:5 73:5,6,20,
  22,25,25 74:25 75:18
  76:12 81:15,22 82:1 89:9
  98:17 100:22 102:1,1,4
  103:7,9,16 104:10,19
  105:2,5,8,15,22 106:8
  109:2,9 110:12,14 114:12
  120:20 126:13 127:8,24
  130:2 133:15 137:20
  142:21 147:7 153:25
  155:25 157:25 162:3,8
  165:4 171:1 173:6
  177:17 181:21 184:1
  185:7 191:9,15,16 201:6
official 72:5 99:3,3 160:12
  161:20 177:18
officially 79:1
offset 154:1
often 156:7 162:19
okayed 40:11
old 60:19
Olive 43:13
Olivette 20:20
Once 17:17 18:13,25 40:11
  74:5 75:15,16,22 97:18
  106:12 139:15 154:13
  158:8
One 9:23 13:8 14:8 25:16,
  18,19 26:14 32:4,25
  34:16,19,21,22 35:11
  37:1,4,19 38:19 40:19
  46:11,11 50:16,17 51:3,4,
  15,17,19,21 54:1 56:7,10,
  16,19 57:1,5,5 59:20
  67:17,17 69:11 71:6,7
  73:6 75:1,1,2,4 76:25
  77:2,5,18,24,24,25 78:25
  80:1 81:6,8 83:19 85:7
  87:7 91:5 94:12 96:18
  99:1,13,16 100:20 105:8
  106:3,3,4 109:12,21
  110:1,4,7,7 119:7 120:12,
  17 121:2,11,14 124:23
  130:18 133:23,24 134:12,
  22,22 135:18 139:18,24
  140:16 141:22 143:7,17,
  17,18,24,24 144:9,9,10,
  12,14 145:15 147:7
  149:5 151:4,9 152:23
  153:2,7,10,19 156:10,11
  158:12 159:10 162:13
  164:3 173:6 176:14
  180:20 181:23,23,24,25
  182:3 189:12,16,18,20
  190:4 194:11,12 196:16,
  21,22,23 198:10 202:12
one-time 110:8 158:12,13
one-year 14:3
ones 11:16 163:8
only 8:16 9:13 10:18
  34:15,16,19,21,22 42:21
  45:7 49:11,11,16 64:4
  75:22 76:13 87:7 91:1
  95:21,23 96:2 97:9,25
  99:15 105:6 109:20
  113:15 117:14 131:13
  143:17 158:25 164:3

172:11 179:24 180:15,20
  181:9,11 185:11 197:18,
  19
Ooh 95:12
op 175:25
open 154:8
opened 39:18,22,22
operating 19:2 22:1 56:6
  126:2 194:1,3,7
opinion 54:20 57:25 74:20
  105:10,12 182:15
opportunity 30:8 42:9,14
  69:6 150:16 152:1
opposed 7:2 17:16 47:13
  67:16 197:13
opposite 97:13 199:5
optimal 184:4 185:15
oral 108:2
order 22:2 36:10 47:5
  74:8 105:23 108:18
  168:3 169:23 170:7
  172:9 191:22
ordinance 192:11,12
organization 51:8 138:7
originally 111:14
others 7:14 37:20 89:4
  158:21
otherwise 65:21 184:10
  191:21
our 18:24 31:17 33:16
  36:8 39:2 61:6 98:11,15
  109:12 127:24 133:22
  135:4,18 143:7 157:25
  167:11,15 168:2
outcome 44:3,4
outrageous 96:7
outreach 25:24
outside 166:24 167:1,6
  168:8 170:7
overall 138:12
Overland 135:1
OWENS 8:1,4,7,10,21
  10:17 45:7,10 47:13 50:1
  60:14,16 61:15 69:18
  72:20,23 82:16 101:9
  104:8,22 112:1 116:15
  136:7 141:4,11,14,18,20,
  24 142:13 147:13 168:18
  169:2,20 173:3,10,17
  180:10 182:11 202:11,22
own 29:16,17 31:8 48:2
  64:4 65:20 103:11
  104:12,13 126:13 154:23,
  24 164:22

- P -

p.m 164:24
page 133:10 151:9 152:15,
  20 160:22 161:8 173:10,
  10 175:4,6,7
pages 54:18 133:19 151:9
  173:9
paper 104:13
paperwork 83:11,18,20
  109:23 110:5 162:4,9,11,
  21 163:3,4 166:13

paragraph 79:23  85:9
  91:18,21,21  175:5
parameters 53:8
park 198:22  199:6
parked 189:12  199:5
parking 183:9,23  188:22
  189:5,5,15,16  191:1
  196:3,22  197:9  198:2,21,
  25  199:1,10,23
part 14:4  23:5  29:1  42:17
  44:21  51:19  83:21  85:9
  98:6,24  104:4  119:7
  129:24  130:1  132:19
  144:17  150:1  158:15
  166:10  168:10  169:7
  173:10  176:7  179:13
  185:1  186:6,22  187:20
  188:10  199:25
parte 47:5
Partially 136:19
particular 12:22  37:25
  50:10  62:24  70:18  71:7
  73:10,12,19  82:4,5  127:4,
  7  128:12  138:8  142:20
  145:1  151:4  153:6  163:7
  167:19  190:7  197:9
particularly 109:18  138:7
  176:6  187:1
partly 136:22
pass 113:9  134:15  135:22
passed 75:6  76:14  105:17
passenger 154:5
passes 75:9
past 24:17  28:14
pat-down 120:15
path 188:17  189:2
patrol 12:16,18  13:7,17
  14:19,21,24  15:4,15  23:8
  25:10,15  69:11  161:9
  200:2
patrolman 48:11
patrolman's 54:6
patrolmen 25:3,5
pause 8:1
pay 42:20  115:12  160:5,10
peers 110:13,14,20,21
  121:2
people 13:11,15  20:5,11
  27:19  28:19,21  29:1  36:9
  39:25  51:12  54:13  64:3
  66:5  77:23  78:4,5  79:6
  95:10  98:16  99:9  104:14
  106:24  117:14  120:5
  127:7  133:22  134:2,19
  140:16,16,17,23  167:15
  170:5,8  171:15  182:25
  184:24  191:7,8  193:19
per 78:24  79:15
perceived 139:3
percent 36:17  79:8  183:23
perfect 170:17
perfectly 141:21
perform 107:4  147:19
  176:13
performance 15:14  54:10
  108:11  114:18  149:2
  150:9  152:2,3,9,13,16

perhaps 47:5  124:22
period 13:10  23:5  33:17
  35:16  39:18,20,23  50:1
  53:19,25  60:7  84:4
  106:14
periodic 162:1
periodically 11:21  156:12
Perkins 159:20
permanent 59:22  60:5
  176:25  177:1
permission 166:23  168:8
  177:6  192:20  195:2,3
perpetrator 154:2  184:19
person 7:14  31:6,7,8,11
  37:1  42:17  45:11  50:17
  51:8,13,21,23  66:10
  78:21  108:6  120:7
  127:23,25  130:9  134:11
  147:3  153:10  156:1
  158:16  160:3  161:3
  165:10  169:6  184:3
  185:16  187:7,15  188:4
  193:23  195:17  196:6
  202:15
person's 121:11,14  134:14
personal 9:11  28:7  29:16,
  17  32:12,15  37:14
  102:11  103:11  110:14
  130:12,25  146:14  147:14
personally 98:1  139:1
personnel 21:14,15  45:3
  49:14  59:4  62:12  63:17,
  22  100:15  103:8  115:4
  160:1,12  169:8  170:4
perspective 102:11
phone 8:4,13  9:3  10:22
  57:7  59:10  93:5  96:2
  128:23,25  129:3,4,5,6,7,
  9,9,10,12,14  166:10
  198:16
photographs 127:24
phrase 81:2
physical 50:23  121:6,10,17
  134:15,16  135:23
physically 57:6  176:13
picked 46:17  93:23
piece 7:19
place 93:21  99:5  111:1
  122:9  144:13  157:20
  163:10  189:4
placed 62:11  109:10
places 193:21
Plaintiff 6:2,11,17  198:15
play 158:23
pleading 55:3
pleadings 55:2
plug 201:11
pocket 192:4
pockets 192:1
point 18:3,9  19:1,3,4  29:3
  39:14  40:9  44:10  46:16
  47:23  48:20  52:19  58:6
  81:12,13  82:12  119:13,15
  120:12  124:2  133:1
  137:25  148:11  150:12
  161:16  168:9  196:22
point-to-point 127:16  193:6

pointing 196:8,24
police 9:4,11  10:5  11:10,
  23,25  12:7,9,12,13,15
  18:24  19:23  20:4,6,9,19,
  21  25:10  26:25  27:3
  28:1  29:8,21  30:1,2,6
  31:17,19,20  32:13  33:3,
  14,25  34:8,10,24  35:6,12
  36:1  37:11,18  38:5  41:11
  42:22  43:18  46:6,11
  48:7,7,24  49:15  51:2,3,4,
  5  53:16  54:12,19,24  55:6
  62:1,4  66:4,9  67:9,9,14,
  22  68:4  69:16,24  70:7,
  12,23  72:3,4,5  73:1,2,20,
  23,25  74:5,10,24  75:3
  76:2  78:14,18,20  79:4,4,7
  80:11  81:16  82:7,8  84:3,
  18  85:1,12  87:11,20
  88:14,21  89:7,8,12  90:14,
  18,21,22  91:2,4,5,8  97:6,
  20,21  98:17,25  101:18
  103:7  105:12,21  107:7
  109:19,19  114:12  115:23
  118:13  125:17,21  126:10
  129:18  132:1  133:15
  135:5  136:20,21  137:6,20
  138:1,9  140:25  142:6,7
  144:6,9  146:16  155:24,24
  156:9  157:15  158:1,22
  160:2  162:3  167:6,7,8,9,
  10,17,25  168:10,14
  171:1,3  172:12,14,16,16
  173:1,16,19,25  174:8,12,
  14,15,16  175:15  176:2
  180:14,16,19,20,21,22
  181:12,13,21  182:7,15
  184:1,4,22  185:2,4,7,14,
  19,20,22,24,25  186:5,7
  187:1,2,8,15,25  189:10
  190:13,16,22,24  191:9,15,
  16,22  192:6  193:9,24
  194:2  195:11  196:12,13,
  16  198:19,20  199:20,22,
  25  200:17  202:6
police-issued 34:9,17
policies 18:3  24:24
policy 47:21  48:18  49:13
  63:17,23  131:9,14  157:17
polygraph 134:20  144:24
poor 155:19,21  156:21
  157:9
pose 183:4
posit 189:3
position 23:22  27:6  28:17,
  20  48:22  49:19  57:8
  58:2  98:13  111:1  143:13
  155:1,5,11,12  174:21
  184:4,21  185:16,23
  186:12,14  187:11  190:7,
  11,13  196:4,5,10
positioned 191:1
positions 184:24
possession 85:6
possibilities 134:3
possible 37:11  77:18,21
  114:19

possibly 17:4  114:17
post 11:23  180:6,7,20
posted 89:15
posts 180:16
potential 70:22  193:12
potentially 82:8
practice 18:15  19:21
  177:14
practices 153:24
practicing 78:12
precautions 122:3
precede 122:15
predicate 82:20
preparation 132:19
prepared 69:1  123:10,13,15
  152:22  183:5,6
preparing 152:24
prepositional 81:1
prerogative 104:13
present 38:19  50:3  194:14,
  19
presented 18:11  139:2
pretty 28:2  29:18  35:13
  48:6  55:13  88:9  94:2
  96:5  113:15  117:12
  144:8  153:8  155:21
  191:7  193:19  200:14
prevention 25:18
prevention/D.A.R.E 25:19
previous 187:18
previously 64:19  68:21
  90:1  108:22  117:23
  132:18  148:14,22  155:7
  161:24
primary 26:15  35:11
print 114:7
printed 114:10
printing 161:11  164:10
prior 8:18  12:14  15:7
  18:13  21:15  31:21,25
  32:5  34:7,23  60:22  63:11
  89:10  92:7  101:6  147:17
privileged 142:18
probably 7:20  10:19  14:17
  18:20  20:2,3,16,25  21:10,
  14  27:1,15  29:5  30:20,22
  37:3  44:13  47:25  48:14
  62:8  70:3,6,13,23  73:5
  85:19  93:12  94:25  97:11,
  14,23  100:4  125:4,9
  127:21  128:7,11  129:11,
  13  132:25  137:12  142:19
  148:16  149:20  153:2
  156:10  158:7  162:13,21,
  22  165:22  166:9  169:23
  170:11  186:16  195:15
  202:6
probation 48:8  54:2,8  56:7
  59:3,8,8,23  60:7  61:4
  66:8  73:13,15,18  74:6,10,
  11,12  101:2,3  105:15,17,
  18  149:22  151:20  160:4,
  4
probationary 53:17,19,20,
  23,24  56:25  58:14,18,24
  59:1,6,16  60:22  65:1,5,9,
  16,23  66:4,17  100:12,18

105:1,2,5,8,15,22 106:3, 10,13,20 176:25 182:3
problem 8:9 79:11 163:19, 20 170:19 187:18
problems 31:14 92:1,7,12 141:23 162:4
procedure 40:14 51:1 56:6 61:19,22 63:18 126:2 134:4 194:1,3,7
procedures 18:4 19:3 22:1 24:24 88:17 122:9 132:15
proceed 154:9
proceedings 131:19,19
process 16:9 24:15 32:22, 25 35:23 38:16 40:9 52:13 58:10,14,16,24 69:21,22 70:1,11,11 75:6 92:17 98:6 120:10 121:20 122:1 127:14 144:17 150:21 163:23
processes 56:13 72:18
produced 6:10 169:1
Professional 6:4 51:6 52:17,19 146:10
professionals 181:22
proficiency 161:13
proficient 66:8 107:13,14, 17,24 108:9
profiling 162:24
programs 26:9
progress 107:10 109:1,2,9, 15,15
progression 107:6
prohibition 167:23
projects 24:5,9
promoted 13:13 29:5
promotions 160:10
pronounced 23:17
property 89:10
prosecuted 145:15,18
prosecuting 131:12
prosecution 132:1
prospective 14:6
protect 188:12
protection 47:5
protective 169:22 170:7
protocol 19:8
protocols 17:10,19 130:19
prove 38:22
provide 15:13 51:9
provided 115:21 169:6
proximity 85:8
psychiatric 195:11
psychological 49:3 142:11 145:21
Public 6:4 16:2,3 25:23,24 90:23 102:25 103:2 126:17,19
public's 15:19
pull 19:15,22 55:3 89:17 184:2,3,11 185:11,12 191:3 196:17
pulled 21:19 44:19 67:11, 14,15 79:4,7 182:25 185:19,22,23,24 187:8,9, 16 189:13,15,16,20

191:8,17 196:6 199:4
pulling 73:20 74:25 184:1, 24 185:16,20,21,25 190:25
pulls 184:12 196:19
purpose 37:25 57:16 120:22 159:24 165:3 167:4
purposes 7:16 60:10 103:16 201:13
pursuit 42:7
put 68:15 89:7,11 95:8 98:20 101:2 106:23 114:8,13 133:17 137:3 138:10 143:11 150:24 162:10 186:9,10 188:2 189:9,23 190:21 191:10
puts 165:8 187:10 193:1
putting 79:10 167:13,14

- Q -

qualification 39:17,20,23 66:13 75:7,10,19 194:20
qualified 39:6,25 76:3,18, 19,23 77:8,10,24,24 78:9 177:10 192:17
qualifies 75:17
qualify 33:20 34:1,8,11,13, 17 35:2,4,5,10,16,17,24, 25 36:2,3,10 37:10 38:14 56:20 66:14 67:18 77:18 78:4
qualifying 38:16
quality 14:25 15:16
quarterly 108:25
question 7:17,21 8:17,19 50:11 56:5 78:6 80:22 96:19 97:5 137:12 171:6 178:23 179:10 194:25 202:13
questioned 42:24
questioning 169:10 183:7
QUESTIONS 6:13 8:25 42:13 45:16 118:6 134:11,12,12,18 135:4,12, 13 141:6 142:3 145:25 168:24 170:21 171:7,9 181:17,20 192:15 195:25 202:11
quick 169:21
quickly 6:23 159:6

- R -

Racial 162:23
radio 42:23 158:3
raise 92:3 145:25 146:15 147:6,10,18
raised 32:12 101:8,14
RANDLES 6:13,16 8:3,6, 9,14,22 10:15,19,21 25:2 45:13 47:16 50:2 60:10, 15,18,20 61:6,9,12,18 69:20 72:22,25 82:19 89:19,21,24 101:11,13 104:4,9,21,24,25 112:6,

10,12 116:17,22 118:1,4 124:14,18 136:6,9 141:7, 11,19,21,25 142:16,24 147:16 159:7,10 160:21 164:7,10 166:17 168:20 169:9,17 170:2,9,13 171:9 174:3,20 178:20 181:19 188:24 195:25 200:10 202:9,13,20
Randles' 202:12
range 36:6,8 38:20 76:4
rank 100:8
rated 100:23 107:3
rather 6:22 123:11 128:15
rating 54:7 61:2 151:11
ratings 100:23
re 65:18
reach 10:15,18,23 25:13
react 97:8
reaction 120:24
reactions 67:19
read 67:22 91:17 111:21 175:10,11,17 178:13 182:6 202:20
reading 11:21 118:17 153:15 164:23
reaffirms 110:3
real 72:17 157:14 169:21 201:4
realize 81:1 150:25
rear 190:1
reason 8:15 34:12 55:19,21 56:2 59:2 62:25 65:4,23, 24,25 66:13,16 99:4 144:23 150:12 158:25 166:11,12 200:19
reasonable 188:6,7
reasons 34:14 49:3 54:14 59:5 66:4 144:20 179:20
Rebecca 6:16 141:8 175:2
recall 32:15,17,18 34:19,22 43:4 46:3 47:4,7 86:4,9, 22,25 87:6 88:10,20 89:1 93:2 94:6,8,9 95:2,4 101:16 102:25 103:4 105:1,4,7,14,19 108:10,13 111:5,12 112:25 113:16, 18 114:1,11,14,25 116:12,25 117:10,14 118:17,23 119:11,25 120:2,9,10 124:1 129:3 132:24 135:9,11,13 137:11 142:21,23 145:23 152:10,12,17 155:22 156:24,25 164:19,21 166:25 167:3 173:23 179:22
recalled 143:6
receipt 166:5
receive 47:11 75:10 76:14 101:17,23 113:23 117:3 139:20
received 16:1 53:13 85:18 101:7,13,25 102:25 114:12 125:23 128:18 172:16 173:2 178:8
receiving 178:5

recently 91:24
recodification 24:12
recognize 148:21 153:14 161:1 166:22
recollection 43:3 84:2 95:5 111:8 119:5 125:12 173:11
recommend 56:3 57:9 161:18
recommendation 51:16 52:16,21 54:7,11,22 55:24 64:24 100:11 108:5,6 135:6,10 146:9 166:19
recommendations 52:15 53:3,4 65:8,19
recommended 60:21 61:3 101:2 149:22,22 200:4
reconsideration 180:3
record 7:3,7,16,23 8:10 31:22 60:3 61:11,13,16 62:5 80:24 112:4,5 118:15 124:14,16,19 130:23 131:4 136:7,11 168:23 170:11
recorded 131:23
recorder 118:15 130:25
recorders 130:10,13 131:7
recording 129:16,22,24,25 130:3,8
records 19:16,16,17,17,22 42:4 163:8,15,18 20
rectangle 188:16,18 189:19, 20
REDIRECT 195:24
refer 52:2 60:18 128:14 172:14
referral 50:7
referred 49:1,20,24 55:21
referring 52:13 68:22 90:3 112:20 166:5
refers 65:18
refreshing 173:11
refused 144:24 145:9
regard 10:7 15:11,21,25 17:18,20 19:8 21:18,20 30:18 42:13 44:15,17 46:15 54:16 56:9 57:11 59:8 60:20 61:20 65:8 66:23 70:5 74:19 76:6,17 80:18,20 81:3,4 91:11,12 93:16 94:5 96:24 104:7,7 110:10 113:1,2 118:8 122:7 125:11,18,20,24 131:18 135:10 136:24 137:5 140:19 142:24 143:10,12 150:6 158:20, 20 202:13
regarding 56:7 101:7,14,18 102:18 111:7 147:18
regards 98:12 134:14 179:23
Registered 6:4
regular 29:20 30:10,11,11, 18,19 42:10 53:16 54:17 130:3 131:16
reissue 169:23 170:12,16

relation 183:16
relationship 136:14
release 161:18
released 85:16 95:18
  124:3,8 161:21
relief 25:16
rely 72:9
remain 155:6
remedies 49:14 59:3
remember 43:10 83:23
  87:4 94:11,16,22 111:20
  115:7 116:20 124:7
  170:24 173:5,21 178:5
  179:11,24 181:1
remind 172:13
reminded 169:21
removed 108:8 161:4
repeat 101:12 110:4 171:6
  179:9 187:23
repeatedly 192:6
rephrase 146:3
report 20:4,10,17,22 21:1,
  3,8 22:16,17 23:2,3,8,9,
  10,15,19,25 25:3,5,8
  26:12 67:22 68:16 72:4,6
  73:1 81:4 82:9,13,17,18
  84:3,14 85:2,12 107:6,12,
  19 108:1,2 110:5 125:17
  128:14,20 129:13 164:13
  171:11,19,21 172:12,14,
  15,16,18 173:2,5,12,16,
  19,25 174:7,15 182:7
  186:7 199:21
Reporter 6:5,5 7:6 61:8
  112:11 118:13 159:9
  160:20 164:9 166:16
reporting 21:4,18
reports 21:5 22:18 24:6
  108:3
represent 6:17 171:1
represented 8:20
reprimand 139:22 200:6
reputation 140:11,20
request 20:2 129:12 166:23
  168:4
requested 129:13 144:6,8
require 168:4 170:16
required 49:8,10 78:13
  83:21 115:3
requirements 134:15,16
  135:23
research 201:4
reserved 6:7
residence 178:15,17
resolved 136:1,2
resource 25:20
resources 195:18,22
respect 171:15,16 172:4
  174:13 178:18 179:12
  180:24 186:8 192:16,16
  194:6
Respectfully 133:10
respond 73:23 74:1
responded 73:20 74:24
  158:19
response 43:24
responsibilities 15:1 74:9

109:14 130:20
responsibility 26:2,3,15
  35:11
responsible 24:16 152:23
  153:11
rest 188:20
result 143:19 146:2 156:15
return 114:23 165:11
review 54:8,9 67:20 69:6
  103:13 108:1 132:18
  133:1 150:15 152:2
  162:1 163:4
reviewed 65:19 67:23,25
  68:1 178:6
reviewing 118:22 186:6
reviews 107:5 134:24
Rich 133:8,11
rid 68:16
rifle 201:19
rifles 201:7
risk 98:21 111:1
Road 43:13 182:21
roadway 154:9
role 70:25 158:23
Romas 162:7
room 9:2 42:4
rounds 38:24
route 67:10
routine 114:7,9
routinely 163:13
rude 7:22 18:19
Rule 169:7
rules 6:22 17:4 171:3
  194:2 200:8,9,10,12
rumors 140:5,6
run 26:9 59:23 97:8 159:6
  184:18

          - S -

safe 25:2 27:11 151:5
  190:5 201:23
safer 189:12
safety 25:17,18 26:5 88:17
  89:8 90:2 91:8,12 96:24
  97:2,19,24 98:3,7,12,20
  122:2,9 125:20,23 126:2,
  8,10,17,25 127:6,8,10,13
  153:22,23 154:15,17,20,
  21,23,24 157:18,19
  180:24,25 188:3 193:7
  196:14
said 24:19 48:1,14 65:16
  79:3 82:17 93:10 94:12
  103:6 110:3,10 113:17
  116:7 119:11 122:23
  123:18 133:13 135:12
  136:22 138:22 147:25
  148:7 151:1 152:15
  155:14 163:2 173:21
  178:14,15 179:9 181:16
  197:8
sales 167:21
same 13:11,14 14:23 21:1
  35:19 42:12 51:12 55:6,
  9,10 77:4,6 78:7 97:1
  104:10,21 105:16 107:2,2

112:14,14,16 117:25
  122:2,8 139:17 150:1,1,3,
  4 151:8,12,15 152:8
  155:7 156:23 162:11
  163:20,23 165:7 171:3
  173:3
Saturday 86:6 94:2,2
  100:4 128:21,22 129:11
saw 30:5 84:3 97:15 120:8
  124:9
saying 34:21 47:7 62:9
  80:13 87:23,24 110:23
  114:25 141:13 171:4,5
  179:22 197:2
scene 121:1
schedule 106:23,23
school 11:1,2,3 25:20
  26:10 106:22 127:4
schools 127:4
score 149:23 151:2
scores 150:3,3 151:8
scream 96:12,15
se 78:24 79:15
searched 120:11,13
seat 85:8,9
second 8:2,11 15:3 36:24
  48:23 58:3 61:11 65:3
  77:25 103:22 110:1
  112:4 167:10 175:6
secondary 36:18,19,20,23,
  23 37:4 39:9 76:20 77:1,
  2,2,8 80:2 167:14 175:17
  177:7 194:23
section 9:10
sections 63:18 150:7
sector 157:12 158:21
Security 19:17 127:22
seeking 143:21 146:7
seem 106:2 189:24
seemed 28:18 31:13
seems 43:10 136:9
seen 42:16 52:10 69:5
  82:9,13,18 83:11,24 84:1
  92:6 103:19 132:22
  150:24 155:8 159:21
  160:9
sees 198:17,18
self-initiated 110:15,16
self-protection 37:2
send 17:5 54:11 111:11,15
  113:17,17,20,21 126:2,25
  128:5,11 162:1,5,12,13,19
  163:5,9,11,16,18 165:14
sending 55:5
sends 16:23 107:5 134:24
  180:20
sense 29:12 77:11
sent 39:9 51:18 53:21
  76:8,11 111:18,24
  112:18,22 125:20 126:9,
  10,16 128:10 134:4
  160:2 164:4 169:22
  173:7 181:21 182:1
sentence 65:3 86:5 91:24
sentences 7:14 175:6
separate 20:18,21 103:7,8
  129:25

separately 79:13
sequence 134:6
Sergeant 13:4 16:3,19,23,
  25 17:2 18:21 22:22
  25:7 26:13,14 29:5 54:6
  68:3,4,14 69:9,13 70:1,7
  84:7,10,15,24,25 85:5,15,
  18 86:2,6,9,12,17,23 87:1
  107:5 128:19 129:8
  143:11 145:21 150:23
  151:1 152:21,21 153:2,3,
  8,8 166:6 172:11 173:2,
  5,16,23 181:25 198:7,9
sergeants 14:24 15:3,9,11,
  12 22:21,25 23:8,9,13,19
  25:4 26:14 54:6,17 60:25
  69:11 90:11 100:6
  103:25 104:10,23 108:6
  110:23 143:7 149:16,17
  150:17 153:12 157:2
  162:2,6
sergeants/supervisors
  103:21
serial 55:4
series 42:13 142:2
serious 16:12 18:23 131:8
seriousness 17:6
served 53:19
set 15:15 19:21 51:3,4,5,5
  52:18 90:23 93:5 134:25
seven 13:14
severe 158:13
sexual 52:5 116:20,22
  145:13
sexualized 52:5
sexually 147:8
she's 34:10 137:8 140:22
sheets 20:19
shifts 13:14
shoot 33:12 36:4,4 78:5
  154:14
shooting 49:9,13,17 78:15,
  19 143:8,11 145:22
  182:1
short 27:23 85:4
shorthand 6:3
shot 190:16,18 193:20
should 8:23 48:15 54:8
  65:16 73:23 96:25 98:7,
  10 123:11 125:13 135:20
  150:2,4 151:21 156:3
  191:9,19,20
shouldn't 59:5 156:11
show 7:7 92:15 127:7
  155:5,7 166:13 191:4,6,6,
  9,17
showed 81:13 155:18
  156:22 157:9
shows 128:1 157:14 188:17
sick 164:13 165:4,8
side 150:25 154:5,5 180:1
  196:8,9 198:1
sign 39:11 165:14 202:21
signature 6:6 62:18,21
  149:13 151:6 153:18
  159:12 160:23 165:18,19
  166:20

signatures 153:15,16
159:13,15 168:5
signed 76:6,15
signs 19:6 39:5,13 91:25
92:6,12,16
Sigsauer 99:15
silly 108:4
similar 80:10 100:20
125:23 134:19,21
simulation 108:3
since 23:6 34:6,18 39:21
40:16,23 48:6,7 64:6
69:5 73:12,14 131:11
135:23 137:8 142:19
148:6 151:5,7,14 155:3
161:5,5 165:6
sirens 198:22 199:1
sitting 63:8 154:11
situation 20:8,9 21:23
40:25 43:8 44:3 45:19
48:25 50:24 52:9 60:6
70:21 72:9 73:22 77:19
78:13 79:5,15 80:2,4
81:9 83:24 95:1 98:2
121:8 126:3,4 127:3
139:20,23 144:18 167:19
186:8 188:8 196:21
197:5,22,23 198:1,24
situations 49:7 50:19,23
73:24 101:1 126:24
127:5 131:6,24 144:4
146:12 195:22
six 23:8 25:5 41:21 48:2,
12 69:11 78:5 152:16
162:22,25 163:3,4,15,17
six-month 149:1,4
size 28:12
skipping 192:14
slim 96:5
small 27:12 130:12
smaller 27:16
snapped 122:10
Social 19:17
softball 28:23
some 9:11 10:11 15:21
17:3 20:12 21:25 25:10,
10 28:6,8,10 30:25 40:25
44:10 48:23 49:14 53:8
66:4,4 67:8 69:25 71:22
72:13,13 81:14 98:16
101:1 103:9 104:13,14,17
106:19,19 109:23 111:4,9
113:21 116:7,19 118:5
121:5,17 124:2 125:9,19
128:6,7,13 133:1,23
134:11,11,13,18 135:12
136:13,25 137:25 138:1,
23 140:13,14 150:11
157:20 159:4 162:16
164:23 166:12 167:20
168:23 169:5 170:3
171:9 173:9 174:2
175:20,21 178:6 180:2,5
181:17,20 201:1,16,20
somebody 16:6 95:22
97:15 127:3,10 132:5
133:25 166:12 184:2,8

191:3 192:3 202:14
someone 13:12 17:7 60:4
71:10,13,17 75:17 117:16
118:16 121:21 127:2
165:8 184:18 190:25
191:17 192:6 195:14
someone's 111:13
something 7:20 15:17,17
17:3 18:8,20,21 25:11
40:6 42:6,8,23 49:10
50:20 62:11 64:12 68:25
74:11 75:10 78:13 79:3
85:17 87:6 88:13 89:10
93:6,10 97:22 99:8
100:14 103:4,21,23,24
116:8,19 121:2,5 128:2,5
130:17 134:25 140:15
150:23 152:15 155:23
156:12 157:21,22 158:6,8
163:12,18 169:22 171:4
181:16 184:1,8 185:6
191:12 193:10,11 197:20
sometime 76:1 148:12
177:12,15
sometimes 17:5 19:14 42:3
55:2 151:3,3 178:12
193:5,12 201:10,10
somewhat 36:21 183:13,14
somewhere 40:2 72:6 97:8
108:15 156:25 165:24
soon 124:9
SOP 17:24 18:23 80:4
81:5,11 167:11,15 168:2
175:16,23,23,25 176:3,12,
12 201:3 202:1
SOPs 17:20 176:7
sorry 25:20 33:23,24 39:15
42:4 57:4 69:18 77:14
80:23,25 86:11 89:22
101:9 141:20 146:3
157:13 170:18 173:13
175:7 179:21 182:6
193:4 195:1,1
sort 121:5 131:3 183:21
sought 144:5 147:12
sound 46:13 183:21 184:21
sounds 121:13 170:17
south 183:14,19,19
space 199:1
spaces 189:5,5,16 199:12
speak 40:17 55:4 64:4
68:2,6,8,10 75:15 85:23
86:2 97:9 141:4 153:6
167:10 169:13 185:10
speaker 8:13
speakers 141:16
Speaking 32:21 173:23
speaks 175:13
special 8:23 24:5,9
specialized 53:5,6
specialty 12:22
specific 13:6,6 22:17 83:23
103:4 106:2 115:3
112:11 134:11 140:15
specifically 55:23 82:20,21
83:10,17 87:18 88:12
91:5 94:11 104:5 105:19

120:1 132:24 133:3
137:11 164:21 167:3
170:11 186:8
specifications 133:22
speculate 178:11
speculation 147:14 178:21
spells 73:4
split 49:4
Spoerry 22:13 23:16,18,19,
20 24:1,18 88:2,20
Spoerry's 23:22
spoke 68:3,3,4 73:17 88:1
114:22 171:15 173:22
177:5
spoken 73:11 174:1 198:12
201:1
spot 189:15
spots 189:13,21
SRO 25:19,20
SROs 26:9
St 27:3 67:9,9 69:16 72:11
73:1 82:10 84:3,18
127:7,22 132:8,13
145:16,17 171:1,2 172:17
173:6 174:16 183:15,16
186:7 193:7 194:21
200:16,17,21
stability 32:9 92:4 101:8,
15,20,21
stable 105:21
Stacie 141:9,13 182:10
staff 22:3 121:1 147:11,18
148:1 152:15,17
stamp 169:24 170:12
stance 188:23 196:5
stance/position 189:6
stand 154:6,7
standard 17:24 18:15 19:2,
11,21 21:16 22:1 38:23
39:7,19 54:23 56:6 126:1
165:5 175:25 193:25
194:3,6
standardized 107:1
Standardizing 24:24
standards 21:4 36:9 39:1,2
175:24
standing 154:18
standpoint 29:16,17
stands 102:8,9
start 7:18,19 9:9 12:16
59:16,23 101:21 169:21
started 29:6 60:3,7
starting 60:11
starts 91:19 175:7
stated 160:7 171:10 173:15
179:15 181:23 186:7
187:24 193:5,9,11
statement 20:2 45:6 81:18,
18 155:2,5,11,12,15
174:21
statements 81:14,23 82:2
131:15 150:11
states 153:23 175:14
stating 54:19 141:16
station 43:18
status 59:16,21 60:22
65:1,5,9,17,23 66:17

100:12 106:4,10
stay 185:20,25
stays 189:3
steering 191:11
step 7:13 35:19 70:10
134:13,17
stepping 7:19 96:17 192:5
steps 35:17 88:7
Steve 111:7,9,10,13,24
112:17,23 113:16 178:1
179:12
still 31:17,18 66:10 94:6
114:2,15,19 123:4 124:20
141:6 143:15 144:14
174:5 181:24 184:10
stipulate 168:25
STIPULATED 6:1
stipulation 49:8
stop 67:13 99:1 130:15
136:4 154:1,15 198:10,13
199:16 200:20
stopped 81:1 85:4 186:14
190:20 199:10
stopping 154:2 190:9,13
stops 131:1 153:24 163:25
164:1 196:14 200:13
story 121:13 180:2 198:1
straight 189:13,18 190:8
straight-on 190:16,18
Street 43:13 67:11 80:11
stress 134:21 182:2
stressful 73:24 74:1
strike 16:16 31:4 44:16
struggling 116:1
stuff 31:16 93:14 127:24
162:25
subject 97:18 109:11 174:5
190:9 200:6
submittal 162:24
submitted 133:11 134:3
subsequent 67:19 98:3
Subsequently 65:4,11,12
145:15 179:25
substance 61:21
substantial 88:7 173:9
179:23
substantially 100:19
such 91:19 107:19 114:8
154:18
sufficiently 110:25
suggest 103:22,25 150:22
Suggested 150:17
suggesting 47:4
suicidal 67:8 81:14,17,18,
22 82:2,2,24 84:21
suicide 84:19 115:18,22
178:16,17
summarize 175:14 176:11
Sunday 128:19
supervise 137:10
supervising 149:17 153:12,
13
supervisor 10:17 15:3,4
48:23 58:3,7 107:5
153:19,19
supervisors 23:14 54:5
109:1 152:22 156:25

162:18
**supervisory** 25:7
**supplies** 108:1
**supply** 107:25
**support** 29:9
**supported** 98:14
**supportive** 29:14,18
**supports** 82:14,22
**supposed** 15:15,16 21:7
23:7,8,9 47:14 93:14,20
97:8 107:10 109:4,14
114:24 115:2 130:4,23
131:4,5,7 162:3 165:10
196:17 197:15,16
**Sure** 8:3,7 21:13,24,25
24:17 28:15 30:7,14,16
38:21 39:11,16 43:3 47:8
48:4 61:12 63:9 69:5,15
71:20,24,24 77:16 83:1
85:14 88:1,2,7 90:19
94:2,11 95:11 96:11
97:24 104:8,19 106:24
108:4,15 111:14 112:13
114:19 117:12,12,17
123:16 131:13 132:3
139:19 142:21,23 143:24
144:8,9,10 146:20,23
152:6,9 154:12,13 160:13
167:5,13,15 174:7 181:3
191:14,23 192:3,8 196:13
197:8,23 199:2 201:5
**surprised** 120:4
**surrounding** 46:11,12
·72:10,10 125:23 126:3
137:20 145:1
**surveillance** 43:9,12
**suspect** 190:20 196:20
197:19,19,20
**suspects** 131:10
**suspended** 44:4,14
**suspension** 44:9 53:13
139:21
**sustained** 179:5
**sworn** 6:10
**system** 111:24 114:3,4
130:1

**- T -**

**T-bone** 196:4
**tactical** 73:22 79:5 184:7,
24 187:16 190:5,7,10
**tactically** 184:20 186:11,12,
13 188:10 196:9
**take** 8:16 15:18 16:3,25
20:20 35:9 45:6 68:13
69:4 72:1,15 73:6 74:2,4
88:18 91:15 103:22
106:18 109:16 114:24
115:2 117:19 118:4
121:2,4 128:11 144:24
145:9 163:11 169:3,18
192:7 193:22 201:6,9,11
**taken** 6:3,23 39:11 52:22
54:8 61:14 64:25 65:9,16
69:25 74:6 84:17 87:2
93:23 124:17 136:8

160:4 165:16,25 166:1
**takes** 17:17 135:5 153:3
165:8
**taking** 8:23 55:14 78:22
79:13,13 82:19 192:1,4
**talk** 18:16,23 20:5,8,11,13,
19 21:10 61:20,22 75:4
115:1,8 129:15 134:25
140:16 141:10,13 170:10
**talked** 11:13 45:15 71:5
73:5 93:12 94:7 114:18
120:3 123:17 128:13
129:8 136:11 173:17,18
186:6,6 198:4,6
**talking** 17:15,25 29:16
32:18 33:2 49:3 55:20
85:14 140:15 156:1
193:6,8
**Tami** 6:4
**tape** 2:1 131:25 132:4,5,
7,9,14
**taped** 131:16,20
**taping** 130:20
**target** 38:24 78:12
**taught** 27:9 185:6
**team** 153:13,13
**teams** 28:24
**telephone** 16:22 56:22
84:10 95:11,23,24 96:16
123:18 166:5
**template** 55:7 101:5
106:24 149:18
**temporarily** 59:24
**temporary** 59:22
**ten** 106:7
**ten-week** 11:10
**tend** 7:13 29:9
**tenure** 58:6
**term** 49:2 145:13 193:24,
25 194:7 195:5
**terminate** 58:17 74:7
**terminated** 31:22 34:11
47:2 53:14 59:1,5 62:13
63:3,15 73:18 74:9 82:2
88:6 89:6 92:24 95:19
96:4 112:24 117:2 121:9,
18,21 125:9 143:19
144:15,16 148:12 156:14
159:1 175:21 176:17,20
181:25
**terminating** 179:16
**termination** 34:12 56:10,
12,25 60:22 61:19 64:16
92:14 117:6,7 119:21
121:19 122:1,16,18,19,23
124:4,24 125:1,2 144:17,
21 156:18 158:23 179:4,
16,21
**terminations** 56:9
**terminology** 65:22
**terms** 25:24 37:8 176:1,7
194:12
**test** 144:24
**testimony** 76:2 188:25
**tests** 108:2,3 134:13,23
**Thank** 26:19 89:21 118:2
133:13 153:21 177:23

202:8,19
**thanks** 175:2 195:23
**themselves** 33:19 153:7
154:3
**therapy** 146:5
**they'll** 107:22
**they're** 15:16 18:14 25:17
26:5 30:12 35:18,18,21,
21 38:2 48:8 49:17 64:8
77:4,5 107:3 108:4 109:4
127:5 130:4 131:4
150:22 151:7,7,15 153:4
154:2,11,12 158:16 160:6
185:2 186:2 191:15,16
**they've** 33:13
**thing** 7:12 8:16 16:18
25:25 49:16 77:5 87:14
94:21 109:20 113:15
114:2 116:20 117:25
127:12 130:14 135:19
154:20 157:14 172:11
188:7 191:2
**things** 14:23 28:7,19,25
31:18 66:10 74:7 99:6
103:3 107:19,20 108:4
119:3 133:23,24 137:1
140:18 154:14 156:24
158:13,15 159:13 160:5
167:8,11,12,18 174:2
178:6 188:15
**thinking** 168:21
**thinks** 163:19
**third** 48:23 58:3 79:23,24
80:1 110:7 175:7
**Thirty** 9:19 12:10
**Thomas** 133:11
**Thomeczek** 84:7 85:5
171:2 197:11 198:13,18,
18
**Thomeczek's** 197:12
**though** 10:16 108:16
151:12
**thought** 32:2 111:18
124:22 138:8 140:23
181:20
**thoughts** 31:8,10
**thousands** 183:2
**threatened** 84:18 178:15,16
**threats** 67:8 81:15 82:24
84:21
**three** 13:15,18 22:12
25:15,17 37:12,14 41:17
93:12 99:12,12,15 117:17
143:9 168:4 173:10
175:6 176:19,20
**three-year** 11:23,25
**through** 6:22 10:16,18,23
11:12,14 35:15 75:6,18
79:1 85:1 106:14 133:21
134:1 159:6 168:16
169:3 170:14 182:18,19
**ticket** 154:10
**ticklers** 163:9
**tired** 167:17
**title** 22:3
**today** 8:15,20,25 28:15
69:7 112:7,15 201:2

today's 132:19
**together** 19:15,22 28:19,21,
24 44:17,19 106:23
149:10 151:8 152:25
153:4,7,9
**told** 19:6 45:2 70:7 88:6,
10,12 113:16 114:23
116:6 146:21,21 164:20
179:12 191:16
**Tom** 133:7
**took** 79:5 88:7 93:21
109:12 124:18 138:25
144:12 176:24 188:17
**top** 66:9 110:18 131:14
**topic** 12:8
**topics** 86:25 120:3
**Total** 151:11 164:25
**totality** 78:22 79:11,15
80:3
**touch** 50:23
**touched** 52:4
**toward** 198:22,25
**towards** 176:12 189:19
**towel** 178:17
**track** 181:19
**traditionally** 29:7
**traffic** 25:17,18 26:5,6
43:15,16 131:1 153:24
154:15,19 162:23 163:24,
25 164:1
**trained** 184:23 185:15
187:21 188:11 191:16
**trainee** 108:2
**training** 11:12,24 12:6
14:25 33:10,17 34:2,4,18,
24 35:16 39:10 40:16,23
57:18 106:14,16,21,22,22
107:1,2,4,12,15,18 108:1,
7,8,12,18 161:2,4,18,21
182:19 185:2,2,3 200:12,
15,16
**transcribed** 6:6 118:15
**transcript** 118:9
**transcripts** 118:10
**transfer** 160:5
**transferred** 13:12 14:19
53:6
**transition** 23:4,6
**transmits** 130:7
**transpired** 87:4 157:3
**trauma** 147:12
**triangle** 183:7,8 188:18
**tried** 97:16
**trouble** 44:16
**truck** 201:2
**true** 30:5 73:16 108:21
185:19
**truth** 140:3,7
**try** 55:10,15 72:23 98:1
141:22 181:19 184:8
197:13
**trying** 7:22,22 29:12 31:18
50:8 94:1 149:5
**turn** 130:18 154:10 160:22
169:10 175:4 184:9
196:24 198:21,22,24,25
199:9

turned 24:18 187:25
turning 186:8,9
turnover 105:21
Twenty-nine 9:25
twice 36:2 168:19
two 23:13 26:8 33:20
35:16 37:20 44:4 50:4
51:16 67:16 73:6 75:1,18
76:17,21 77:15 78:10,14,
18,24,24 79:11,16,18
80:4 85:6 91:19,21 93:3,
13 99:14 142:21,23,25
143:10,12 144:4 145:19
149:9 153:19 156:8
157:2 159:12,14 162:23
173:22 175:4 176:7
177:5 181:21 187:3,10
two-day 33:17 35:15
two-thirds 119:8
type 19:24 31:8 33:9 67:8
71:22 81:14 82:24 96:25
103:3 111:9 116:7,13
125:9 127:3,4,12 134:12,
18 142:10
types 16:17 19:9 21:7
77:15
typewriting 6:6
typical 7:13 196:6
typically 65:8 67:13 68:18
70:20 84:13 94:22 106:7
109:10 118:14
typing 153:3
typist 118:13,13

- U -

U-turn 67:12 79:8 82:6
188:22 189:25 199:6
U-turned 67:15
uh-huh 7:2 94:19 99:22
114:5 116:4 124:11
ultimately 134:5
UMSL 11:4
unable 176:13
unauthorized 80:2 175:17
unbecoming 81:8,10,16,19
82:15,23 175:15
uncommon 79:5
undergo 33:9
undergoing 19:23 185:3
undergone 11:22 140:25
142:7,10 145:21
undersigned 86:8
understand 6:24,25 7:14,
23,24 19:13 22:2 79:14
80:3 106:12 107:21
129:17 141:12 171:4
191:24 197:2
understanding 64:15 67:6,7
83:3,8 139:3 140:20
143:3 175:20 176:14
180:15
understood 107:7
unintelligible 119:8
unit 23:14 25:17,22 26:3,
11,12 154:10
units 46:11

University 11:4
unmarked 43:14
unreasonable 119:20
unruly 119:18 121:15
122:8
unsafe 186:19 190:12
unstable 32:2 95:7,9,15,20,
22
until 7:16,17,21 13:12
14:15 30:25 48:7 76:4
93:6,6 95:19 96:19 133:4
177:11,17 178:6
untrue 74:19
unusual 56:5 67:13,13
94:23 111:19 197:21,21
199:3
updated 165:5
upgrading 24:13
upset 43:17
use 37:8 38:23,25 40:5
55:6,7 65:24 101:5
132:4,4 144:25 179:14
187:21 200:2
used 28:23 31:15 40:24
113:2,6 131:7 132:7
138:23 183:11
uses 133:3
using 7:5 40:19 179:11
usually 16:3 30:24 33:17
54:9,18 91:19 100:21
110:20 134:8,8 135:2
151:7 158:12 160:2
162:13 177:12 195:22

- V -

vacate 97:12
vacation 47:21,24 48:3,5,8,
18 115:10
variety 110:15
various 59:3 135:4 162:2,9
167:8
vehicle 78:11,15 130:6,7
154:2 186:9 188:1,17,20,
21 189:2,3,6,12,14 190:2,
4 191:2 196:7 197:19,20,
20 199:24 201:17,21,25
vehicles 201:7
vein 138:25
Venable 85:5
verbal 65:12
verbally 85:1
verbiage 55:8 150:10
verified 85:2
verify 150:2
versus 58:24
very 67:13 74:6 102:22
117:20 118:2 121:15
152:7,20 159:6 175:5
176:12
via 81:3 95:22 113:13
128:22 130:25
Vianney 11:3
video 21:21,22 129:25
131:15,20,25 132:10,14
videotape 131:9,13 132:9
videotapes 20:1 129:17

videotaping 129:16
viewed 67:24
violated 80:4
violating 202:1
violation 17:4 18:23 81:11
157:17 175:16 176:11
191:21,25
violations 81:4
violator 154:11,12 184:13
violence 127:3,12 193:17
violent 50:19
virtually 19:18
visiting 84:20
voice 134:21 141:22
voices 169:16
volition 164:22
VON 60:17 61:10 112:3
117:24 118:2 136:4
169:12,18 170:19,21,25
172:24 174:4 175:2,3
178:22 180:12 182:9,12
189:1 200:7

- W -

waistband 85:7 202:16
wait 7:16,17,21 96:18
146:8
walk 157:20
Walther 177:6,9 192:16,20
want 22:21 31:17 38:13
61:21 73:21 74:2,4
117:25 120:25 121:1,2
129:15 142:14 145:12
155:13 157:19,20 168:18
171:8 175:10 181:3
184:2 186:10
wants 167:6 194:18
warned 99:9
Warrant 162:22
watch 13:7,7,21 30:12,20,
22,23 31:1,1 70:2 157:14
162:12 184:9
watches 25:16 106:25
watching 154:12 186:22
way 20:12 23:16 57:9
60:18 73:19,21 74:24
81:16 95:6,10,23 104:17
106:5 109:5 119:9,24
139:2,3 145:25 163:5
169:15 179:10 183:16
185:11,15 188:10 196:6,
25 197:6,7
ways 31:18
we've 127:12 191:23
weapon 32:23 33:1,4,13,16
34:9,17 35:10,10,15
36:19,20 37:5,24 38:10,
11,15,17,21 39:6 40:10,
19,25 67:17 75:11,20,22
76:3,20 78:20,21 80:2
175:17 177:7 192:16,17
193:2 194:15,19 201:2,3,
25 202:14
weapons 36:18,22 37:12,14
39:8 67:16,17 75:1,13
76:7,21 80:5 85:10

187:21
week 48:3,12 107:10,11
165:1
weekly 107:3
weeks 106:18,20 107:8,25
weight 135:20,22
welcome 59:13
Wendy's 183:11,11
went 11:4,7 43:18 70:18
79:2 87:18 89:14,14
178:16
weren't 45:2 138:5 197:8
199:16
what's 42:7 61:23 64:18
68:20 70:11 94:20
108:22 117:22 132:17
148:13 155:7 161:23
165:9 166:18 173:19
191:2
whatsoever 131:3 142:2
wheel 191:11
whenever 17:11 19:22
42:11 93:19 114:20
130:15,20
where 7:15 11:1 12:11,11,
20 15:15 18:3,9,16 19:1,
12 20:5,8,9 27:22 28:24
29:4 33:13,14,14 37:4
40:25 48:25 53:9 57:9
60:11 63:20 64:9 70:14,
21 71:1,25 75:6 84:21
85:7 90:23 94:13 96:9
97:12,12 99:5 101:2
107:14 116:18 119:7
120:12 121:8,19 127:2
131:7 133:9 137:11
140:2 146:12 150:22
154:19 160:14 161:8
180:1 183:20 186:3
188:2,18,19 189:2 196:24
which 11:16 12:18 13:8
37:15 39:7,12,18 40:4
54:5,18 67:11,12 72:6
73:22 77:4 81:10 100:3,
10 107:19 110:2,22
126:8 131:25 133:19
134:8,17,19,21 135:2,23
145:9 149:5 150:7,24
151:10,19 155:18 171:10
176:15 180:25 182:7
183:16 194:13 196:3
198:13
while 30:6 31:3 41:19,20
43:13 58:1 67:10 69:5
131:11 154:11,13 175:13
who's 59:2 62:12
whoever 153:11
whole 15:1 24:15 34:14
85:9 105:21 154:14
158:15 160:5 162:25
whom 27:21 89:13 90:10
114:12 123:24
whose 122:8 153:16 159:13
wife 67:8 121:11,14,15
122:8 135:25 198:16,19
wife's 79:3 81:14
Williams 26:13,14 162:7

willing 168:25
window 190:21 191:10
wiring 167:21
with 8:18 9:2,9 10:5 11:1
  15:11,21,25 17:18,20
  18:11,15 19:7,8 21:18,20
  25:6,23 29:19,25 30:18
  31:14,18 32:16 33:13,19,
  19,20 34:1,9,17 35:8,10,
  12,15,25,25 36:24 37:10
  38:14 39:6,25 41:23
  42:1,3,13 43:4,19 44:6,9,
  15,17 46:9,15,18,23,25
  47:21 48:24 49:15 50:16,
  17,18 51:5,8,21,22 52:17,
  18 53:7,25 54:9,10,15
  56:9,14,20 57:7,11,17
  58:6,13 59:8 60:17,20
  61:19 63:17 64:15 65:8
  66:23 67:18 68:13 70:5,
  11,14,22 73:7,11,15,19
  74:19 75:20,22 76:6,17,
  23 77:8,10,18,24 78:4,9,
  12,15,19 79:11,14 80:18,
  20 81:1,3,4,17 82:7,11
  84:6,9,10 85:23 86:2,9,23
  87:1,5,8,10,13,19 88:1,8,
  8,13,21 89:4 90:17
  91:11,16 92:22 93:2,8,11,
  16 94:5,10 95:8,12,18
  96:3,11,24 97:7,11,16,20
  98:12 101:21 102:10,11,
  17,21,22,24 103:1 104:6,
  7,22 105:25 108:11
  109:19,21 110:1,10,20,24
  111:2,6,9 112:6,15,19
  113:1,11,16,24 114:12,22
  116:1,11,14,15,19 117:14
  118:8,25 119:24 122:3,7
  125:11,18,20,24 127:21,
  24 130:3 131:3,10,18
  133:19 134:14 135:10,18,
  25 136:14,17 137:5,10
  138:17 140:19 142:24
  143:8,10,11,12 144:14
  146:21,24 150:6,10,13
  151:18,18 152:4,5,10
  154:6,15 155:2,14 156:3,
  18,25 158:20,20 160:13
  162:16 163:24 167:7,14,
  24 168:24 169:3,23
  170:5,12 171:15,15,16
  172:4 173:16,17,23
  174:1,7,12,13,14,16 175:7
  176:8 178:18 179:12,23
  180:24 181:22 182:25
  183:9,10,11,20,22,23
  185:3 186:8 187:3
  188:18 190:9 192:3,16,16
  193:22 194:6,25 197:4,9,
  25 198:12 200:12 202:13
within 39:1,2 181:12,13
  194:15,17
without 17:1 49:22 50:5
  51:24 63:19 89:10 98:16,
  16 99:3 102:1,7 111:20
  115:12 145:7 150:8

157:12,16 186:24 202:1,7
witness 6:7 20:18 24:25
  45:9 46:1 62:18,24,25
  69:19 85:20 86:13
  131:15
Witnesses 21:11 72:1,4
woman 56:19
wondering 135:21 149:9
  153:16 159:12
word 33:12,18 65:12,24
  120:13
words 44:16 93:10 138:24,
  24 186:10 202:16
work 10:5 30:25 41:12
  42:16,18,21 51:21,23
  93:5,14,17,20 94:10,13
  102:17,18,24 114:23
  115:8 127:21 129:5
  138:11 145:5 162:11
  165:11 166:11,14 167:6,
  12,16,20,24
worked 12:11,12 30:23
  41:10 42:11 43:5 50:17
  150:21
worker 97:6
working 30:4 38:2 43:9,11
  99:25 166:12
workplace 127:2,12 193:17
works 30:22 64:1
world 72:17
worried 88:5,15 187:12,19
worrisome 187:2
write 70:15,17 91:13
  113:17 118:11 154:10
writing 107:19 161:10
written 82:21,21 100:19,20
  108:2 133:5,7 139:22
  152:11
wrong 44:8 91:21 103:22
  145:13 156:1
wrote 82:9 115:19 179:25

- Y -

Yeah 10:17 11:23 21:22
  25:6 31:9 36:6 38:9,12
  41:2 48:8 50:12 55:7
  57:13 79:11 87:15 94:3
  99:13 103:18 108:19
  111:25 116:5 118:12
  119:6 121:7 127:17
  129:19 133:4 138:15
  139:25 141:24 154:22
  165:18 168:20 169:2,6
  180:19 181:5 182:2
  183:22 187:19 190:3
  199:11 202:22,22
year 12:14 13:22 33:20
  36:2 54:1 59:20 75:15,
  16,18 104:14 105:22
  106:3 139:18
yearly 100:22
years 9:19 12:10,13,19
  13:2,15,15,18 28:18
  41:17,21 53:19 134:5
  142:14,15 156:8 182:16,
  19,22 193:18

yell 96:12,15
yelled 43:23 138:22 139:10
yelling 139:11
yet 8:5 39:4 75:2,5 79:2
  82:13 133:4 156:16
yield 155:22
you'll 96:18
you've 121:19 182:18
yourself 65:14,15 110:22
  175:11 188:12