UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE HM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:07-CV-00946-ERW |
| CITY OF CREVE COEUR, et al., | ) ) ) |
| Defendants. | ) ) |

## SATISFACTION AND RELEASE OF JUDGMENT

COMES NOW St. Louis County, Lee, Lasater and Thomeczek's (collectively "Defendants"), by and through their attorneys, the St. Louis County County Counselor's Office, and hereby stipulate that the judgment against Plaintiff John Doe HM for costs entered on May 4, 2010 in Defendants' favor has been satisfied by John Doe HM and release Plaintiff from said debt in full satisfaction.

Respectfully submitted,

PATRICIA REDINGTON
COUNTY COUNSELOR

By /s/ Lorena V. Merklin von Kaenel
Lorena V. Merklin von Kaenel   #86527
Assistant County Counselor
County Government Center
41 South Central, 9th Floor
Clayton, Missouri 63105
(314) 615-7042

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served, via electronically and/or united states postage pre-paid mail, this November 18, 2010 on the following counsel of record:

RANDLES, MATA & BROWN, LLC
Rebecca M. Randles, MO #40149
406 West 34th Street, Suite 415
Kansas City, MO 64111
(816 931-9901
(816) 931-0134 (FAX)

_Lorena V. Merklin von Kachel_